# EXHIBIT 1

# Delaware

## The First State

PAGE 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF DISSOLUTION OF "PROVELL, INC.", FILED IN THIS OFFICE ON THE SEVENTH DAY OF NOVEMBER, A.D. 2012, AT 1:06 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

3616755  8100

121203136

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 9973237

DATE: 11-08-12

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:35 PM 11/07/2012
FILED 01:06 PM 11/07/2012
SRV 121203136 - 3616755 FILE

## CERTIFICATE OF DISSOLUTION
## OF
## PROVELL, INC.

Pursuant to the provisions of Sections 275(d) of the Delaware General Corporation Law, Provell, Inc., a Delaware corporation, certifies as follows:

1. The name of the corporation is Provell, Inc. (the "Corporation"). It was incorporated on 2/10/03 in Delaware.

2. The dissolution of the Corporation was authorized by unanimous written consent of the shareholders of the Corporation on October 30, 2012 in accordance with Section 275(c) of the Delaware General Corporation Law.

3. The names and addresses of the directors and officers of the Corporation are:

| Name and Title | Address |
| --- | --- |
| George S. Richards, Chairman & Chief Executive Officer | 10900 Wayzata Blvd., Suite 700 Minneapolis, Minnesota 55305 |
| Michael T. McGowan, Director & Chief Marketing Officer | 10900 Wayzata Blvd., Suite 700 Minneapolis, Minnesota 55305 |
| Charles Wenger, Director | 10900 Wayzata Blvd., Suite 700 Minneapolis, Minnesota 55305 |
| Derek Riesfield, Director | 10900 Wayzata Blvd., Suite 700 Minneapolis, Minnesota 55305 |
| Thomas M. Cavalli, Chief Financial Officer | 10900 Wayzata Blvd., Suite 700 Minneapolis, Minnesota 55305 |

4. The dissolution shall be effective on October 31, 2012. (Date is for accounting purposes only).

IN WITNESS WHEREOF, Provell, Inc. has caused this Certificate of Dissolution to be signed by a duly authorized officer this 31 day of October, 2012.

PROVELL, INC.

By: _____
Name: Thomas M. Cavalli
Title: Senior Vice President & Chief Financial Officer

LEGAL02/33474680v1