**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SARAH TONEY, on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:13-cv-42 |
| v. | ) ) | |
| QUALITY RESOURCES, INC., et. al., | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF FILING DEFENDANT QUALITY RESOURCES, INC.'S
<u>IN CAMERA SUBMISSIONS</u>**

Pursuant to the Court's Order [DE 106], Defendant QUALITY RESOURCES, INC. files this Notice of Filing its In Camera Submissions.

DATED: February 4, 2014

*Respectfully submitted,*

s/*Jeffrey A. Backman*
RICHARD W. EPSTEIN, ESQ.
(Fla. Bar No. 229091)
*Admitted Pro Hac Vice*
Richard.Epstein@gmlaw.com
JEFFREY A. BACKMAN, ESQ.
(Fla. Bar No. 0662501)
*Admitted Pro Hac Vice*
Jeffrey.Backman@gmlaw.com
GREENSPOON MARDER, P.A
200 East Broward Boulevard, Suite 1500
Fort Lauderdale, Florida 33301
954.491.1120 (Telephone)
954.343.6958 (Facsimile)

Timothy A. Hudson, Esq.
THudson@TDRLAWFIRM.com
TABET DiVITO & ROTHSTEIN, LLC
209 S. LaSalle Street, Suite 700
Chicago, Illinois 60604
Telephone: (312) 762-9450
Facsimile: (312) 762-9451
Firm No.: 38234

*Attorneys for Quality Resources, Inc.,
Infomercials, Inc. and Stompeez, Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification on this 4th day of February, 2014.

                                *s/ Jeffrey A. Backman*
                                JEFFREY A. BACKMAN