IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SARAH TONEY, on behalf of herself and others similarly situated, | ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-cv-42 |
| v. | ) ) | Judge Grady |
| QUALITY RESOURCES, INC., et al., | ) ) | |
| Defendants | ) | Jury Demanded |

**PROPOSED DISCOVERY PLAN**

The parties jointly propose the following discovery plan:

- Deadline for Class Certification Motion: June 19, 2015.

- Deadline for class cert expert disclosures (with short summary of expected testimony): April 10, 2015 (Plaintiff) and May 8, 2015 (Defendant)

- Deadline for any class cert expert reports: April 24, 2015 (Plaintiff) and rebuttal May 22, 2015 (Defendant)

- Fact Discovery Cutoff: July 3, 2015 (court-ordered deadline)

- Merits/Damages/Other Expert Reports: 30 days after order on class certification; responses, 30 days after opening reports; rebuttal 30 days after responses

- Dispositive motions: may be filed at any time up to 30 days following expert rebuttal reports

To the extent that any motion is filed earlier than the deadline, the parties shall meet and confer in good faith to agree upon any revised dates in advance of presentment of such motion.

Respectfully submitted,

/s/ Alexander H.Burke
Alexander H.Burke
Burke Law Offices, LLC
155 N. Michigan Ave.
Suite 9020
Chicago, IL 60601
(312) 729-5288
Email: ABurke@BurkeLawLLC.com

/s/Richard W. Epstein
Richard W. Epstein
Greenspoon Marder, P.A.
200 East Broward Blvd.
Suite 1500
Fort Lauderdale, FL 33301
(305) 491-1120
Email: richard.epstein@gmlaw.com

<div style="columns:2">

Anthony Paronich
Broderick Law, P.c.
125 Summer St., Suite 1030
Boston, MA 02360
(508) 221-1510
Email: anthony@broderick-law.com

*Attorneys for Plaintiff*

Jeffrey Backman
Greenspoon Marder, P.A.
200 East Broward Blvd.
Suite 1500
Fort Lauderdale, FL 33301
(954) 491-1120
Email: jeffrey.backman@gmlaw.com

*Attorneys for Defendants Quality Resources, Inc. and Stompeez*

/s/ Matthew R. Devine                     .
Craig C. Martin (6201581)
David Jiménez-Ekman (6210519)
Matthew R. Devine (6282744)
Brienne M. Letourneau (6303812)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
E-mail: MDevine@jenner.com

*Attorney for Sempris, Inc.*

</div>