2325514.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SARAH TONEY, ) | |
| ) | |
| Plaintiff, ) | No. 1:13-cv-00042 |
| ) | |
| v. ) | |
| ) | |
| QUALITY RESOURCES, INC., *et al.* ) | Hon. Milton I. Shadur |
| ) | |
| Defendants. ) | |

## ORDER

This matter having come before the Court upon Quality Resources, Inc.'s Unopposed Motion for One-Week Extension of Time to File Its Answer to Plaintiff's Third Amended Complaint, the Court having considered the Motion and being duly advised,

IT IS HEREBY ORDERED THAT the Motion is granted, and that Quality Resources, Inc.'s Answer to Plaintiff's Third Amended Complaint shall be filed on or before December 22, 2014.

DATED this 18 day of December, 2014.

Judge Milton I. Shadur
United States District Court