# EXHIBIT 2

**[Proposed] Fourth Amended Class Action Complaint**

**(Filed Provisionally Under Seal Pursuant to L.R. 26.2)**