**In the Matter Of:**

TONEY vs. QUALITY RESOURCES AND SEMPRIS

1:13-cv-42

---

**CHERYL MERCURIS**

*July 08, 2015*

---

*30(b)(6)*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION
                         CASE NO. 1:13-cv-42
 3

 4   SARAH TONEY on behalf of herself
     and others similarly situated,
 5
           Plaintiffs,
 6
     vs.
 7
     QUALITY RESOURCES, INC.,
 8   SEMPRIS, LLC,

 9         Defendants.
     _____/
10

11
      30(B)6 VIDEOTAPED DEPOSITION OF QUALITY RESOURCES, INC.
12               DESIGNEE: CHERYL MERCURIS
               Taken By Counsel for Plaintiff
13                    (Pages 1 - 176)

14
                     Wednesday, July 8, 2015
15                   10:14 a.m. - 3:41 p.m.

16
                    Greenspoon Marder, P.A.
17                  401 East Jackson Street
                          Suite 1825
18                      Tampa, Florida

19

20

21

22
     Stenographically Reported By:
23   Jennifer Figueroa, RPR, CLR, FPR
     Notary Public, State of Florida at Large
24   Esquire Deposition Solutions - Tampa Office
     Phone - 813.221.2535, 800.838.2814
25   Esquire Job No. J0128159
```



```
 1   APPEARANCES:

 2         EDWARD A. BRODERICK, ESQUIRE
           Broderick Law, P.C.
 3         99 High Street
           Suite 304
 4         Boston, Massachusetts 02110
           617.738.7080
 5         ted@broderick-law.com

 6               On Behalf of the Plaintiff

 7

 8         RICHARD W. EPSTEIN, ESQUIRE
           JEFFREY BACKMAN, ESQUIRE
 9         Greenspoon Marder
           200 East Broward Boulevard
10         Suite 1500
           Fort Lauderdale, Florida 33301
11         954.734.1845
           richard.epstein@gmlaw.com
12         jeffrey.backman@gmlaw.com

13               On Behalf of Defendant Quality Resources

14

15

16         MATTHEW R. DEVINE, ESQUIRE
           BRIENNE LETOURNEAU, ESQUIRE (Telephonic appearance)
           Jenner & Block LLP
17         353 North Clark Street
           Chicago, Illinois 60654-3456
18         312.840.7415
           mdevine@jenner.com
19         bletourneau@jenner.com

20               On Behalf of Defendant Sempris

21

22   ALSO PRESENT:

23         KRISTINA CHAPPELLE, CLVS - VIDEOGRAPHER

24

25
```



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 4 of 213 PageID #:2361

CHERYL MERCURIS 30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                              3

```
 1                        I N D E X

 2                                                      PAGE

 3   Direct Examination by Mr. Broderick                   8

 4   Cross-Examination by Mr. Devine                      83

 5   Redirect Examination by Mr. Broderick              162

 6   Recross-Examination by Mr. Devine                  169

 7   Errata Sheets                                  172-174

 8   Certificate of Reporter                            175

 9   Certificate of Oath                                176

10

11

12

13                        EXHIBITS

14   NO.            DESCRIPTION                          PAGE

15    1        Notice of Deposition                        8

16    2        E-mail from George Richards, with
               proposal dated 2/2/10, Sempris 519-524     25
17
      3        Sempris contracts, QSR 10366-10399         32
18
      4        Contracts between Quality Resources and
19             Provell, QSR 32-57                         37

20    5        E-mail exchange between Cheryl Mercuris
               and George Richards, Sempris 551-553       40
21
      6        E-mail from George Richards addressed
22             to Cheryl Mercuris dated 1/25/10           42

23    7        E-mail exchange, Sempris 561-566           46

24

25                 (Exhibits continued on Page 4.)
```



CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                             4

| 1 | | EXHIBITS | |
|---|---|---|---|
| 2 | NO. | DESCRIPTION | PAGE |
| 3 | 8 | E-mail exchange from George Richards addressed to Cheryl Mercuris | 48 |
| 5 | 9 | E-mail exchange, Sempris 585-587 | 50 |
| 6 | 10 | Quality Resources complaint chart, QSR 10-20 | 52 |
| 7 | 11 | E-mail exchange between Mark Ricke and Sandy Zufall, QSR 13881 | 55 |
| 8 | 12 | Stampeez privacy policy statement | 58 |
| 10 | 13 | Better Business Bureau complaint activity report, QSR 19910-19911 | 59 |
| 11 | 14 | VICIdial manager manual, QSR 21647-21674 | 62 |
| 12 | 15 | E-mail exchange between Cheryl Mercuris and George Richards, Sempris 865-867 | 63 |
| 14 | 16 | E-mail exchange between George Richards and Cheryl Mercuris, Sempris 868-872 | 65 |
| 15 | 17 | E-mail exchange between George Richards and Cheryl Mercuris | 66 |
| 16 | 18 | QSR 18051 | 69 |
| 17 | 19 | VICIdial dialer report, QSR 61-65 | 69 |
| 18 | 20 | Budget Savers order-confirmation script, QSR 21 | 72 |
| 20 | 21 | E-mail from Mark Ricke, QSR 10451-10452 | 74 |
| 21 | 22 | IT report, QSR 17764-17766 | 76 |
| 22 | 23 | E-mail exchange re: Hollis Linn, QSR 12343-12344 | 77 |
| 23 | 24 | E-mail exchange, QSR 12714-12717 | 79 |

25              (Exhibits continued on Page 5.)



CHERYL MERCURIS  30(b)(6)                                       July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                                    5

```
 1                              EXHIBITS

 2    NO.                  DESCRIPTION                    PAGE

 3    25          E-mail exchange, QSR 13620-13621           80

 4    26          Stompeez/Informercials contract,
                  QSR 22-31                                  81
 5
      27          E-mail from Cheryl Mercuris addressed to
 6                George Richard dated 1/18/11              123

 7    28          E-mail exchange                          141

 8    29          Quality Resources Answers and Objections
                  to Sempris's First Set of
 9                Interrogatories                          150

10    30          E-mail from Cheryl Mercuris to George
                  Richards dated 1/27/09; People's Health
11                Express discount program document        151

12    31          E-mail exchange                          153

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1            Videotaped deposition taken before Jennifer
 2    Figueroa, Registered Professional Reporter and Notary
 3    Public in and for the State of Florida at Large, in the
 4    above cause.
 5                    *    *    *    *    *
 6            THE VIDEOGRAPHER:  We are now on the video
 7        record.  Today is Wednesday, the 8th day of July,
 8        2015.  The time is 10:14 a.m.  We are here in the
 9        case of Sarah Toney versus Quality Resources, Inc.,
10        et al., Case No. 1:13-CV-0042.  Would all counsel
11        please state their appearance for the record,
12        starting with the plaintiff.
13            MR. BRODERICK:  Edward Broderick for the
14        plaintiff, Sarah Toney.
15            MR. DEVINE:  Matthew Devine for defendant
16        Sempris; along with my colleague who is
17        participating by telephone, Brienne Letourneau.
18            MR. EPSTEIN:  Richard Epstein and Jeffrey
19        Backman for the defendant, Quality Resources.
20            THE VIDEOGRAPHER:  Madam Court Reporter, would
21        you please swear in the witness.
22            THE COURT REPORTER:  Could you -- thank you.
23        Do you swear or affirm that the testimony
24        you're about to give will be the truth, the whole
25        truth, and nothing but the truth?
```



```
 1              THE WITNESS:  I do.

 2              THE COURT REPORTER:  Thank you.

 3    THEREUPON,

 4                    CHERYL MERCURIS,

 5    having been first duly sworn or affirmed, was examined

 6    and testified as follows:

 7              MR. BRODERICK:  You want to put --

 8              MR. DEVINE:  Sure.  This is Matt Devine.

 9         Mr. Broderick and I spoke before the deposition,

10         and to the extent -- we'll reserve our rights to

11         the extent we need to, to keep the deposition open

12         beyond today; but for now, Mr. Broderick and I have

13         agreed to divide our time, three and a half hours

14         for plaintiff, three and a half hours for defendant

15         Sempris, to the extent we need to use it.

16              Fair enough?

17              MR. BRODERICK:  Yes, agreed.

18              MR. EPSTEIN:  As between the two of you,

19         that's fine; we appreciate the agreement.  We're

20         not consenting to anything other than the

21         completion of the deposition once the seven-hour

22         time limit has been reached.  Obviously, we're

23         amenable to discussing whatever needs to be

24         discussed to make sure it gets completed in a

25         timely and efficient fashion.
```



```
 1              MR. BRODERICK:  This will be 1.  Sorry, you

 2        have to share.

 3              (Exhibit 1 marked for identification.)

 4        MR. BRODERICK:  If you can give that to the

 5        witness.

 6              THE COURT REPORTER:  (Moves head up and down.)

 7              MR. BRODERICK:  Thanks.

 8                    DIRECT EXAMINATION

 9   BY MR. BRODERICK:

10        Q.   So, Ms. Mercuris, we met off the record, but

11   again, my name's Ted Broderick; and I'm representing the

12   plaintiff, Sarah Toney.

13              I'm showing you what's been marked as

14   Exhibit 1, which is the -- well, this is Sempris's Rule

15   30(b)(6) deposition notice.  And I wanted to know if you

16   are the person who should be testifying on behalf of

17   Quality Resources as to all of the topics listed at

18   Page 5 through 7?

19        A.   I am.

20        Q.   Okay.  And similarly for the deposition notice

21   issued by my firm, are you the -- are you the person

22   who's going to be testifying on behalf of Quality?

23        A.   Yes.

24        Q.   Okay.  When did you first start Quality

25   Resources?
```



1      A.   1992, at the very end.  So right around

2  Christmastime; so really, really, the beginning of '93.

3      Q.   And have you always worked in the same line of

4  business?

5      A.   I've always been in the call-center business,

6  yes.

7      Q.   And since '92?

8      A.   Yeah.

9      Q.   And when did your relationship with Provell

10 start?

11     A.   2005.

12     Q.   And how did that come about?  Did you contact

13 them, or did they contact you?

14     A.   I don't remember.

15     Q.   Did you have a prior relationship with anybody

16 at Provell before you started working with them?

17     A.   Yes.  Now I remember.  There was a gentleman

18 named Adam Hanks that was working for Provell in Georgia

19 at the time, and they solicited me.

20     Q.   And what was Mr. Hanks's role for Provell?

21     A.   He was basically in charge of bringing on

22 clients, like myself.

23     Q.   Okay.  And could you describe -- so you refer

24 to yourself, Quality Resources, as the client of

25 Provell?



```
 1        A.    A marketer for Provell; client, marketer.

 2        Q.    Okay.  Can you describe what you do -- what

 3   Quality does for Provell?

 4        A.    Sure.  We basically obtain customers for them.

 5   So we offer their product, which is a shopping club; and

 6   we have for ten years.  And then after the sale is made

 7   and the recording is listened to, we give that to

 8   Sempris; and they bill the customer and they service the

 9   customer and that becomes their customer.

10        Q.    You say when "the recording is listened to,"

11   what do you mean by that?

12        A.    We listen to 100 percent of our sales to make

13   sure they're compliant before we send them out.  And he

14   also goes in randomly and listens to our recordings.

15        Q.    And when you say "he," who are you referring

16   to?

17        A.    Sempris.

18        Q.    Sempris does.  They listen to 100 percent of

19   the recordings that you -- that you transfer a sale

20   on?

21        A.    I doubt it.  I doubt they listen to 100

22   percent.  They listen to a small percentage.  They can

23   go in and listen to whatever they want, so I know they

24   do.

25        Q.    And how -- how -- how are they able to do
```



 1   that?

 2        A.    I'm not really sure, to be honest with you.

 3        Q.    Is --

 4        A.    I think they can go into our FTP; I'm not -- I

 5   don't really know though.

 6        Q.    Are -- your recordings are posted to a -- to a

 7   FP -- FTP site --

 8        A.    I believe so.

 9        Q.    -- which is accessible over the Internet?

10        A.    I believe so, but I'm not sure how it's done

11   today.  So my IT department makes sure it's done and

12   it's done in a manner that nobody can get in; it's safe.

13        Q.    Okay.  And when Mr. Hanks approached you in

14   2005, what do you remember about the -- your initial

15   contact with him and what he wanted you to do?

16        A.    What he wanted me to do was sell the product.

17   I was working with another company, I believe maybe GE

18   at the time; and he wanted my business for Provell.

19        Q.    And what products do you promote for

20   Provell/Sempris?  I'm going to refer to Provell and

21   Sempris --

22        A.    Okay.

23        Q.    -- as -- as the same --

24        A.    Same.

25        Q.    -- entity.



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 13 of 213 PageID #:2370

CHERYL MERCURIS 30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                              12

 1        A.   A product called "Budget Savers"; it used to
 2   be called "Value Plus."
 3        Q.   And what -- what is that product?
 4        A.   It's a shopping, entertainment, dining,
 5   travel -- discounts on most anything and everything.
 6        Q.   And how does Budget Savers bill people for
 7   that product?
 8        A.   They bill a dollar for the first 14 days, and
 9   then they bill 29.95 a month after that.
10        Q.   And does Quality obtain credit card
11   information from the prospective customer?
12        A.   Yes.
13        Q.   And how do you transmit that credit card
14   information to Sempris?
15        A.   That would have to be done -- or told to you
16   by IT, to be honest with you.
17        Q.   Do you believe it's done through the same FTP
18   site?
19        A.   I don't know.  I know it's done very secure;
20   but I know they've changed over the years, so I'm not
21   exactly sure how they're doing it right this moment.
22        Q.   What about in 2012?  Do you know how it was
23   done then?
24        A.   I really don't.  That would be an IT question.
25        Q.   Who in your IT department would know the



1    answer to that?

2         A.    Sandy.

3         Q.    What's Sandy's last name?

4         A.    Marina.

5         Q.    And there -- you don't sell any other products

6    for Provell other than Budget Savers or their coupon

7    club?

8         A.    No.  We did at one time, but we don't anymore.

9         Q.    When was that, that you sold something else?

10        A.    I don't recall what year it was, but I would

11   guess maybe 2007.  We tried a second product for them,

12   but it didn't work for him.

13        Q.    Do you remember what the product was?

14        A.    I don't.

15        Q.    In some of your documents I've seen the term

16   that you offer Sempris a certain "position."

17        A.    Uh-huh.

18        Q.    Can you -- can you explain what -- what that

19   term means in the telemarketing world?

20        A.    Sure.  Well, Sempris is our lead-in offer.

21   It's basically what we offer to the customers that we

22   contact.  So they are not considered an upsell, they are

23   considered the lead-in product, which I guess you guys

24   would consider as first position.

25        Q.    Okay.  And you used the word "upsell."  What



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 15 of 213 PageID #:2372

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                             14

 1   do you mean by that?  Is that -- well, let me just ask

 2   that.

 3        A.    If somebody purchases Budget Savers, then we

 4   will offer the customer another product, which is called

 5   an "upsell."

 6        Q.    Would that also be considered "second

 7   position"?

 8        A.    Yes.

 9        Q.    What is your approximate rate of closing

10   someone that you call on behalf of Sempris, as a -- as a

11   customer for Sempris?

12        A.    As a customer for Sempris?  So you're asking

13   me what -- what rate from someone we contact?

14        Q.    (Moves head up and down.)

15        A.    Probably 30 percent; between 20 and 30.

16        Q.    And in that are you including people who are

17   called -- calls placed, but that you don't -- people

18   don't pick up?

19        A.    No, that would not be a contact.

20        Q.    That's not a contact.

21              So of the people who are actually spoken to

22   live there --

23        A.    Right.

24        Q.    -- you -- you -- you convert about 20 to 30

25   percent --



CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                           15

 1        A.    Correct.

 2        Q.    -- of those into customers?

 3              How do you --

 4        A.    That's if they are happy with the product that

 5   they ordered and we confirm their order first; and if

 6   they are happy with that, then we go on to the product.

 7        Q.    I -- I'm not sure what you mean by -- by that.

 8   Could you explain?

 9        A.    For instance, we're calling them to confirm

10   their initial order.

11        Q.    Okay.

12        A.    And if they have questions about the initial

13   order or any problems, then we take care of that in

14   customer service.

15        Q.    Okay.  And where do you get the phone numbers

16   to call people on behalf of Sempris?

17        A.    Well, I have many partners that I provide a

18   service for, order-confirmation service.

19        Q.    And is Stompeez one of those, I guess,

20   partners or customers?

21        A.    Yes.

22        Q.    Are they still a partner of yours?

23        A.    Yes, I believe so.

24        Q.    And are you still working with Sempris?

25        A.    Yes.



```
 1        Q.   And are you still calling people whose phone
 2   numbers you get via --
 3        A.    If they're a customer of the client, correct.
 4   If they purchase something from Stompeez, for
 5   instance --
 6        Q.   Yes.
 7        A.    -- then we call back on behalf of Stompeez and
 8   verify their order.
 9        Q.   And in every one of those calls is an attempt
10   made to market Sempris's product?
11        A.   Again, not every one; depending on the status
12   of their order.  If they're happy with their order, then
13   yes; if there's an issue with their order, then no.  But
14   majority, yes.
15        Q.   How do you -- how do you -- you have other
16   clients other than Sempris --
17        A.    Right.
18        Q.    -- obviously.  And how do you assign -- how do
19   you make calls where your call-center representatives
20   know that they're supposed to be promoting Sempris
21   products?  How -- you know, is there a campaign of calls
22   made where a certain number of your call-center
23   representatives are told, "This is the script you're
24   using today"?
25        A.    Okay.  Well, everybody sells Sempris in the
```



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 18 of 213 PageID #:2375

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                              17

 1   call center, so -- and then after Sempris is where the

 2   other companies would come in as an upsell.  So we offer

 3   Sempris to everybody first.

 4        Q.   Every call that you make?

 5        A.   Every -- yes, every -- every order

 6   confirmation that -- that is good.

 7        Q.   But what about your -- your other clients

 8   like -- or partners like Sempris?

 9        A.   So after I sell them Sempris; or if I offer

10   them Sempris and they don't want it, we offer another

11   product.

12        Q.   I see.  So Sempris -- and does Sempris remain

13   your No. 1 product?

14        A.   The first -- yeah, the first product.  Sempris

15   and I have a great relationship outside of this.

16        Q.   So what percentage of your revenue would you

17   say is attributable to your relationship with Sempris?

18        A.   Fifty percent.

19        Q.   And is the other approximately 50 percent from

20   second-position customers?

21        A.   Yes.

22        Q.   How many second-position customers does

23   Quality have?

24        A.   What do you mean?

25        Q.   Well, how many other products -- or how many



 1  other companies' products do you offer in that second --

 2       A.    Three, right now; we're working with three.

 3       Q.    And who are they?

 4       A.    One of them is Affinion, we have two of their

 5  products; and another one is Hydroxatone, which is

 6  Atlantic Coast Media.

 7       Q.    And I think you said that you had a third?

 8       A.    No, those are the products we sell; whether

 9  they go in second or third it's --

10       Q.    No, no, I mean a third, other second-position

11  company whose products you offer?

12       A.    We offer these products to second and third.

13  So there's three of them.  So we may offer the second

14  position as an Affinion club; and then third, Atlantic

15  Coast Media.

16       Q.    I see.  And what is Affinion's product that

17  you're promoting?

18       A.    It's a buyer's shopping-travel type of club

19  with different benefits.

20       Q.    And how about Atlantic Coast Media?

21       A.    It's a skin cream, antiaging cream.

22       Q.    Which is Hydroxacone?

23       A.    Hydroxatone.

24       Q.    Tone.

25             And how does the -- how does Quality get paid



1  by Sempris?

2      A.    By wire, weekly.

3      Q.    What is the -- what are the sort of terms of

4  your payment?

5      A.    They -- he pays me for every customer I send

6  to him.

7      Q.    And how much are you paid her customer?

8      A.    $30.

9      Q.    And is that paid on a -- immediately on

10  transfer, or do you -- does the customer have to stay

11  with Sempris for a given amount of time?

12      A.    No.  For every customer I send; and he gets to

13  keep the reoccurring revenue.

14      Q.    And by "he," you mean Sempris?

15      A.    Yes.

16      Q.    And when you say -- when you -- you've said

17  "he" a few times, I pre --

18      A.    I mean George, I'm sorry.

19      Q.    That's okay.  George -- and that's George

20  Richards?

21      A.    Yes.

22      Q.    And what is George's title with Sempris?

23      A.    President, CEO, founder.

24      Q.    And --

25      A.    I'm not sure.



 1        Q.    And has Mr. Richards been with Sempris since

 2   2005?

 3        A.    Yes.

 4        Q.    In your amended answers to interrogatories,

 5   Quality said that Mr. Richards knew that you were using

 6   an automated telephone dialing system?

 7        A.    Correct.

 8        Q.    And did you have direct conversations with

 9   Mr. Richards about that?

10        A.    Absolutely.

11        Q.    Can you say when you would have had those

12   conversations?

13        A.    No.  But in order to market for Provell or

14   Affinion or anybody, you have to explain the way you are

15   marketing, what type of customer they will be receiving;

16   we have to abide by their scripting.

17             I do remember him making several phone calls

18   in 2013 when the rules were changing, and we switched to

19   a manual dialer.  He called and spoke to myself and my

20   IT team to make sure that we were adhering to the new

21   regulation.

22        Q.    And by "new regulations," do you mean new FCC

23   rules?

24        A.    I don't know, is it FTC or FCC?  Manual

25   dialing I believe is FTC.



1      Q.   And who on your IT team was part of the

2   conversation?

3      A.   I don't even remember.  I don't remember who

4   was there.  '13, it would be a gentleman named Nick

5   Licata.

6      Q.   Could you spell that?

7      A.   L-i-c-a-t-a, I'm guessing; because he worked

8   there as IT.  I'm not sure who else, but he also spoke

9   to a colleague named Scott Roix for me, because he is

10  more familiar with the VICIdial.

11     Q.   And did you tell Mr. Richards that you were

12  using a -- the VICIdial system?

13     A.   Yes.  And we explained how it was made to be a

14  manual dial, which he needed to approve before we moved

15  on.

16     Q.   Prior to that did you tell Mister -- did

17  Mr. Richards know that you were using the VICIdial

18  system; that is, prior to the change in the rules?

19     A.   Of course.

20     Q.   And you say "of course."  Why -- why is

21  that?

22     A.   Because nobody like Sempris will let anyone

23  market for them if they're not aware of the way they are

24  marketing.

25     Q.   And why -- what is the benefit of using an



1  automatic telephone dialing system, which I'll just call

2  "ATDS" for short?  What is the benefit to a company like

3  Quality?

4        A.    Rather than dialing this way (indicating)?

5        Q.    Uh-huh.

6        A.    Speed.

7        Q.    And obviously --

8        A.    Efficiency.

9        Q.    You've obviously been in the -- been in the

10 business for -- the call-center business for a long

11 time.  How much -- how many more calls can you make

12 using an ATDS system?

13       A.    Than manual?

14       Q.    Yeah.

15       A.    I don't -- I don't know.

16       Q.    And can you just describe for me generally

17 how -- how the VICIdial system works in the call center?

18 Do numbers get called and transferred?  Are they routed

19 to call-center people or --

20       A.    Right now, or back in 2012?

21       Q.    Back before you changed to manual dialing.

22       A.    Basically -- I'm not IT, so I don't know

23 mechanically how it works.  But I do know that the

24 dialer dials numbers that we put in; and once there's a

25 customer on the phone, that call is sent to an open



 1  representative -- or was sent.

 2      Q.   And did Sempris know that among the numbers

 3  Quality was calling, cellphones was included?

 4      A.   Yes.

 5      Q.   And how did they know that?

 6      A.   He understood that we're working on an

 7  existing business relationship with my partners.

 8      Q.   And how does that lead you to say that he knew

 9  that -- that you were calling cellphones?

10      A.   Well, he knew what I was doing; and basically

11  if we weren't, the Do Not Call would pretty much wipe

12  out any customer.  But we're providing a service for the

13  client and calling on their behalf, so he knew.  Did we

14  ever discuss it?  I don't know.

15      Q.   And --

16           MR. DEVINE:  I'm sorry.  What was the answer?

17           THE WITNESS:  I said, did we ever discuss it?

18      I don't know.

19           MR. DEVINE:  Thank you.

20  BY MR. BRODERICK:

21      Q.   Was it Quality's belief that you -- you didn't

22  need to eliminate cellphones from the numbers called

23  because of an established business relationship?

24      A.   Yes.

25      Q.   And was it Quality's belief that you didn't



 1   need to scrub against the National Do Not Call list in

 2   order not to call those numbers because of an --

 3        A.   Yes.

 4        Q.   -- established business relationship?

 5             And did Sempris ever ask you to scrub the

 6   numbers against the National Do Not Call list?

 7        A.   No.

 8        Q.   In fact, didn't you remove a requirement that

 9   you would scrub against the National Do Not Call list

10   from a draft contract with Sempris?

11        A.   No; that was when we first started in 2005, we

12   were adhering to the Do Not Call -- I don't even know if

13   there was a Do Not Call back then.

14             THE WITNESS:  When did the Do Not Call

15        Registry start?

16   BY MR. BRODERICK:

17        Q.   2003.

18             MR. EPSTEIN:  Yeah, prior to 2003.

19        A.   2003?  So, yes, we didn't stop -- we stopped

20   adhering to the Do Not Call when we started order

21   confirmation.  Prior to that, we always scrubbed against

22   the Do Not Call.

23   BY MR. BRODERICK:

24        Q.   And how many sources of -- well, in terms of

25   order-confirmation clients of Stompeez, how many of



 1 | those are there?

 2 |     A.   Stompeez clients?

 3 |     Q.   Not -- excuse me -- for Quality -- how many --

 4 | how many clients like Stompeez --

 5 |     A.   Like Stompeez?

 6 |     Q.   -- does Quality have?

 7 |     A.   80 to 100.

 8 |     Q.   And calls on behalf of all of those clients --

 9 | well, strike that.

10 |          When did you start -- when did Sempris get

11 | into first position for Quality's outgoing calls?

12 |     A.   I believe he was always in first position; but

13 | I know I had signed a contract adhering to first

14 | position, but I -- I don't remember the dates.

15 |     Q.   Okay.  Well, I'll show you the contracts and

16 | maybe we can fill in some of those dates.

17 |          So for all 80 to 100 of these sources --

18 |     A.   Uh-huh.

19 |     Q.   -- of telephone numbers, Sempris is in first

20 | position on all of those calls?

21 |     A.   It's not just telephone number, it's also the

22 | product they purchased --

23 |     Q.   Sure.

24 |     A.   -- where they want it sent.

25 |          (Exhibit 2 marked for identification.)



```
 1   BY MR. BRODERICK:

 2        Q.   I'm showing you what's been marked as

 3   Exhibit 2, and it's Bates-stamped Sempris 519 through

 4   Sempris 524.

 5             Do you recognize that document?

 6        A.   Yes.

 7        Q.   And what is it?

 8        A.   It's a proposal.

 9        Q.   And it's an e-mail to George Richards at

10   Sempris?

11        A.   It's from George Richards.

12        Q.   It's from George Richards.  So this is his

13   proposal to you?

14        A.   Correct.

15        Q.   And it's dated February 2, 2010, at 8:03 p.m.?

16        A.   Correct.

17        Q.   Was this a renegotiation of an already

18   existing contract?

19        A.   Yes.

20        Q.   And I just want to understand some of the --

21   some of the terms.  You say, "First position in all

22   rooms" -- well, he says that.  What does he mean by

23   "rooms"?

24        A.   It's -- it's just we divide up the call center

25   into different quads, just to separate them.  It makes
```



 1   it easier to manage.

 2       Q.   And so in Paragraph 2 in Mr. Richards' e-mail

 3   he says, "Increased per-sale comp as follows."  Is that

 4   per-sale compensation to Quality?

 5       A.   Yes.

 6       Q.   And it says, "Additional 1.50 per sale on all

 7   30-day trials, with 24.95 per month after the trial."

 8   Only the -- only the additional $1.50 is going to

 9   Quality there.  Correct?

10       A.   This is a proposal.  It's not a --

11       Q.   Just what he -- what -- what -- what he means

12   though.  I'm just trying to understand what the --

13       A.   That's what he's proposing.

14       Q.   And can you explain why there's a -- a dollar

15   difference for a 15-day trial as opposed to a 30-day

16   trial?

17       A.   Because he makes more money on a 15-day trial

18   rather than a 30-day trial.

19       Q.   Because they go on to actual paying quicker?

20       A.   Yes.  He can charge the card quicker.  It's

21   not a benefit for me.

22       Q.   And then in Paragraph 3, Mr. Richards writes,

23   "This assumes you continue to average about 70 percent

24   of your sales as order confirmation."  Could you explain

25   what that means?



1        A.    I have no idea, to be honest with you.  Okay.

2    So -- so this was when we were transitioning to order

3    confirmation.

4        Q.    And that was in 2010?

5        A.    Yes.

6        Q.    Are you -- you were already doing order

7    confirmation at the point this e-mail was written, do

8    you think?

9        A.    It looks like it.

10       Q.    Could you tell me what -- what would be the --

11   the other 30 percent of sales that are not order

12   confirmation?

13       A.    In 2010 we were doing other types of

14   marketing.

15       Q.    What kind of marketing was that?

16       A.    We were doing -- we weren't doing the same

17   thing we're doing now.  We were doing a different sort

18   of outbound where we had marketing partners and we did

19   not have the product that they purchased.  We didn't

20   know what they purchased.  It wasn't order confirmation;

21   so we had the information without the -- without the

22   item they purchased, which made it more difficult.

23       Q.    How did it make it more difficult?

24       A.    Because we don't know what they bought.

25       Q.    In -- were you selling -- were you selling



```
 1   Sempris in 2010 as --

 2        A.   Yes.

 3        Q.   Let me -- let me finish.  The -- the nonorder

 4   confirmation sales, the other 30 percent, as of

 5   February 2, 2010, that was not order confirmation, were

 6   those sales of Sempris products?

 7        A.   I don't remember.

 8        Q.   Would there be a way that we could figure that

 9   out --

10        A.   Yes.

11        Q.   -- from documents?

12        A.   I don't know from the documents.  I'd have to

13   probably check into it myself.

14        Q.   And is there somebody at the company who would

15   know that?

16        A.   My CFO should know that.

17        Q.   And your CFO's name is what?

18        A.   Scott Farnam.  He hasn't been with the company

19   that long.

20        Q.   Was he with the company in 2010?

21        A.   No.

22        Q.   Did you have a CFO --

23        A.   Yes.

24        Q.   -- in 2010?

25        A.   Mike Capito.
```



 1      Q.   I'm sorry, Mark --

 2      A.   Mike Capito.

 3      Q.   Mike Capito.

 4           In Paragraph 6 it says, "As to only getting

 5   paid on 90 percent of sales, my reporting shows we're

 6   averaging 95 percent or so.  See attached file from

 7   Mike.  We can discuss ways to shave a half percent or so

 8   off of this."  Can you -- can you explain what he's

 9   referring to there?

10      A.   Basically, if it's a duplicate member and

11   Sempris already has the member and they're already in

12   the club, they -- they don't pay us on those.  So they

13   used to run 2 to 3 percent.

14           So at this time I asked him about -- we were

15   only paid on 90 percent; and he's saying he's showing 95

16   percent.  It's just an accounting discrepancy.

17      Q.   So was there a -- so did Quality not get paid

18   on a flat percentage basis to account for the fact that

19   some people were already --

20      A.   No.

21      Q.   -- members of Sempris's club?

22      A.   It's different every week.  One week it could

23   be 1 percent, the next week it could be 6.

24      Q.   Okay.  But it wasn't -- it wasn't baked into

25   the contract --



 1          A.   No.

 2          Q.   -- you normally got paid that?

 3               If you would just turn to Page 520, the

 4    attachment for this e-mail.  I just want to understand a

 5    few of the terms on this spreadsheet.  What does the

 6    term "gross loads" mean to you?

 7          A.   That means everything that we sent to them,

 8    all the customers.

 9          Q.   Okay.  And how about "delete"?

10          A.   For some reason we were not paid on 2,336; I'm

11    looking at the month of June.

12          Q.   Would that be because of they were already

13    customers?

14          A.   Correct.

15          Q.   Were there any other reasons you wouldn't get

16    paid for an uploaded customer?

17          A.   No.

18          Q.   So "net loads" is just "gross" minus

19    "deletes"?

20          A.   Correct.

21          Q.   And then the next page, 521.  Could you tell

22    me what that spreadsheet shows, where it says, "Mixed

23    percentage," "Monthly," "30-day," "30-day OTY"?

24          A.   I'm not very -- I'm not sure.

25          Q.   Is that 30-day trials?  Would that be



 1   your ...

 2        A.   I don't know.

 3        Q.   And the acronym "OTY," do you know what that

 4   means?

 5        A.   I don't.

 6        Q.   Okay.

 7             MR. BRODERICK:  That's 3.

 8             (Exhibit 3 marked for identification.)

 9   BY MR. BRODERICK:

10        Q.   So I'm showing you what's been marked as

11   Exhibit 3, and this is from your production -- from

12   Quality's document production in this case; and it's

13   Bates No. QSR 10366 through 10399.  It appears to be a

14   collection of contracts with Sempris.  Do you -- do you

15   recognize -- you can take your time and look through it.

16        A.   Do I recognize the contract?

17        Q.   Yeah, do you recognize these documents?

18        A.   Yes.

19        Q.   And the first page, QSR 10366, appears to be

20   an e-mail from you to George Richards on January 18,

21   2011?

22        A.   Correct.

23        Q.   And it says -- you say, "Here's a redline

24   version, sorry it took so long."  Can you turn to the

25   next page?  Were you the one who redlined this



 1   contract?

 2        A.   No.

 3        Q.   Who did that?

 4        A.   My attorney.

 5        Q.   Who was that?

 6        A.   At that time I don't remember who I sent it

 7   to.

 8        Q.   Okay.  And --

 9        A.   Probably Robert -- Robby.

10        Q.   Is that Robby Birnbaum?

11        A.   Yes.

12        Q.   And can you look under -- on Page 10367 --

13        A.   Uh-huh.

14        Q.   -- and you -- the -- the mark -- the section

15   under Paragraph 1, Subparagraph A.

16        A.   Uh-huh.

17        Q.   And is that -- that reflects an edit to the --

18   to the contract --

19        A.   Correct.

20        Q.   -- that had been sent to you by Sempris?

21        A.   Yes.

22        Q.   And is the -- the stricken language is,

23   "Company specifically agrees that at the beginning of

24   each telemarketing campaign and every 31 days for the

25   duration of the campaign, it will obtain the National Do



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 35 of 213 PageID #:2392

CHERYL MERCURIS 30(b)(6)                          July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS              34

1    Not Call," open paren, "('DNC')," paren, close quote,

2    "that" -- excuse me -- close quote, paren, "Registry

3    maintained by the Federal Trade Commission and

4    applicable state DNC registries, and remove from calling

5    list for each campaign those telephone numbers that

6    appear in the DNC registries."

7           So by this you're telling Mr. Richards that

8    you're not going to scrub against the DNC list.

9    Correct?

10       A.   Because we had agreed to the order

11   confirmation.

12       Q.   And did he agree that "order confirmation"

13   meant you did not have to --

14       A.   Yes.

15       Q.   -- strike -- you did not have to scrub against

16   the DNC list?

17       A.   Correct.

18           The customers that we contact, most of them

19   are online; and there's a privacy policy that explains

20   to them that a third-party will be contacting them.

21       Q.   Did Quality review the privacy policies of all

22   80 to 100 --

23       A.   Yes.

24       Q.   -- clients?

25       A.   Yes.



1      Q.    Who did that?

2      A.    Myself and my lawyer ... lawyers.

3      Q.    And when did you do that?

4      A.    I don't remember.  Prior to order confirmation

5  and during; I still do that now.

6      Q.    On Page QSR 10369 --

7      A.    Yes.

8      Q.    -- you have one edit under 3(A), "Striking,"

9  "And in compliance with the confirmation and

10  verification criteria as outlined in Exhibit B in this

11  agreement."  Can you tell me why you struck that

12  language?

13      A.    I have no idea.

14      Q.    And the same question for Subparagraph C,

15  which is stricken?

16      A.    I'm not sure.  My attorneys looked at this and

17  they redlined it.  But George is very smart; he would

18  not sign an agreement that didn't meet all of his

19  requirements.

20      Q.    And there's nothing in this agreement that

21  requires you to eliminate cellphones from any numbers

22  you call.  Correct?

23      A.    I don't believe so.

24      Q.    If they had asked you to do that, are you

25  capable -- is Quality capable of eliminating



1  cellphones?

2       A.   Of course.

3       Q.   And how do you do that?

4       A.   Through IT, scrub them.  The reason I still

5  work with Sempris is we are the only compliant company

6  that's still left; and we've been around for 22 years.

7  So we don't violate rules.  We do everything we need to

8  do in compliance, which is why I've never had any issues

9  or any problems.

10      Q.   So Quality has -- has never been sued for

11  telemarketing?

12      A.   No.

13      Q.   Not even on an individual basis?

14      A.   Individual basis, not ever by a government

15  agency; just nuisance suits like this one.

16      Q.   What about the suits brought by the Edelson

17  firm?

18      A.   The Edelson firm?

19      Q.   Is Quality a party to other lawsuits right

20  now?

21      A.   No.

22           MR. EPSTEIN:  Not right now, no.

23      A.   They dropped.

24  BY MR. BRODERICK:

25      Q.   They dropped?  Did it settle?



1          A.    We didn't settle.  They dropped.

2          Q.    They dropped you as a defendant, being

3     Quality; or no?

4          A.    (Moves head up and down.)

5               MR. EPSTEIN:  They dismissed the lawsuits.

6               THE COURT REPORTER:  I'm sorry?

7               MR. EPSTEIN:  They dismissed the lawsuits.

8               THE COURT REPORTER:  Thank you.

9     BY MR. BRODERICK:

10         Q.    Where were those lawsuits filed?

11              MR. EPSTEIN:  If you remember.

12         A.    I don't remember.

13    BY MR. BRODERICK:

14         Q.    So that change, dropping the requirement of

15    scrubbing against the National Do Not Call list, made it

16    into the final executed contract.  Correct?

17         A.    I'm not sure.  Is this the final executed

18    contract?

19         Q.    That -- that one is.  We'll get there.

20         A.    I don't know which one is.

21              (Exhibit 4 marked for identification.)

22              MR. DEVINE:  Is this 4?

23              MR. BRODERICK:  Yes.

24    BY MR. BRODERICK:

25         Q.    So I'm showing you what's been marked as



1   Exhibit 4, Bates-numbered QSR 32 through 57; and this is

2   from Quality's document production in the case.  It

3   seems to be a series of contracts between Quality and

4   Provell.  Just look at those documents.

5          So do you recognize these documents?

6       A.   Somewhat.

7       Q.   Why do you say "somewhat"?

8       A.   Well, I did not sign this document, my CFO

9   did; but the contract is fine.

10      Q.   And is -- so was Mr. Capito authorized to sign

11  that on behalf of Quality, at QSR 38?

12      A.   Yes.

13      Q.   And at the back of the packet, at QSR 51, it

14  says, "Program sales agreement."  Do you know if that

15  was the first contract -- signed contract with Provell?

16  It's got your signature at QSR 56.

17      A.   I don't know.

18      Q.   But is 2 -- 2005 is roughly when you started

19  working for --

20      A.   Yes.

21      Q.   And in the -- the first contract in the

22  packet, does the contract require Quality to scrub

23  against the National Do Not Call list?

24      A.   No.

25      Q.   But you do --



1       A.   We agree that we will take any internal DNC

2   requests; which means any customer that does not want to

3   be called, we have an internal Do Not Call list.

4       Q.   And does Sempris provide you with any numbers

5   from its own internal Do Not Call list?

6       A.   I'm not sure.  I don't believe so.  That would

7   also be an IT question.

8       Q.   Okay.  And Subparagraph C on QSR 32, it says

9   "The company," meaning Quality, "specifically agrees

10  that it will digitally record each verifier portion of

11  sales call in which a consumer agrees to enroll in any

12  program for quality-assurance purposes.  Company shall

13  provide Sempris no-cost access to all verification

14  recordings in a mutually-acceptable format within 24

15  hours of the sale of the program."

16      A.   Yes.

17      Q.   And did Quality do that?

18      A.   Absolutely.

19      Q.   And the portion of the call that's recorded,

20  what is that?

21      A.   Verification.

22      Q.   Well, what is the verification; saying, "You

23  agree you want to enroll" --

24      A.   Yes.

25      Q.   -- confirming credit card --



1    A.   Yes, it confirms; it actually acquires the

2  credit card at that point.  And everything is recorded

3  for Budget Savers, as well as any other upsell; and we

4  keep the recordings forever.

5         (Exhibit 5 marked for identification.)

6         MR. BRODERICK:  Richard (handing).

7  BY MR. BRODERICK:

8    Q.   I'm showing you what's been marked as

9  Exhibit 5; and it's Bates-numbered Sempris 551 through

10 Sempris 553.  And this appears to be an e-mail exchange

11 between you and George Richards.

12        Can you tell me who Vertrue is?

13   A.   Another company I used to market for, like --

14 like George's company.

15   Q.   And when did you market for them?

16   A.   I can't recall which years -- what year it

17 was, but ...

18   Q.   Was it prior to 2010?

19   A.   Yes.

20   Q.   And were you working with them in 2010, or

21 no?

22   A.   I don't know.

23   Q.   What does Vertrue sell?

24   A.   Same -- same -- same thing as George; and

25 basically we were just talking about problems that they



 1   were having.  Looks like basically just some gossip

 2   about Vertrue.

 3        Q.    Who is Paymentech?

 4        A.    Paymentech is the company that Vertrue used to

 5   charge credit cards.  They're one of the biggest

 6   companies in the industry.

 7        Q.    And can you tell me what -- what the "16-digit

 8   capture rule" is that's ...

 9        A.    The "16-digit capture rule" means that you

10   have to capture the credit card.

11        Q.    And by "capture," what does that mean?

12        A.    Ask the client for the credit card, the

13   customer.

14        Q.    Do you have to get the month and year of

15   expiration?

16        A.    Yes.

17        Q.    And the code on the back?

18        A.    No.

19        Q.    You don't have to get the code on the back?

20        A.    No, not -- back then we didn't.

21        Q.    Okay.  And who is Encore?

22        A.    Encore is another company who -- used to be

23   another company in the same space.

24        Q.    Same space as --

25        A.    Which would be competitive with Sempris.



1    Q.   With Sempris.

2         And who is "the Goldstein woman running around

3    like Chicken Little"?

4    A.   She's a lawyer.

5    Q.   Who is she a lawyer for?

6    A.   I have no idea.

7    Q.   And is she somebody who works in the

8    telemarket --

9    A.   She used to work in the telemarketing

10   industry.  I don't know if she does anymore.

11   Q.   And what was -- what is the change?  Did you

12   used to be able to just capture the last four digits

13   or ...

14   A.   I don't remember, but I believe that we used

15   to -- we didn't have to capture the entire credit card.

16   If we were working with Vertrue ... I don't remember.  I

17   don't remember.  But we didn't have to capture the full

18   credit card at one time.

19   Q.   What are -- what's your understanding of the

20   term "negative option billing"?

21   A.   I don't do any billing.  Where are you

22   looking?

23   Q.   Here, I'll show you this.

24        (Exhibit 6 marked for identification.)

25        MR. DEVINE:  It's the same one.



CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                              43

```
 1              MR. BRODERICK:  Same twice.
 2       A.   I don't remember why they used to call it
 3  "negative option."  I really -- I don't remember why
 4  they used to call it "negative option."
 5  BY MR. BRODERICK:
 6       Q.   And --
 7       A.    It really, I think, just means "continuity";
 8  but I'm not sure.
 9       Q.   Is there a chance that it means "negative
10  option," meaning you have to decline to renew?
11       A.   I don't -- I don't know.
12       Q.   You don't know, okay.
13              And how about the reference here to
14  "cardholder data privacy/sharing rules"?  Do you know
15  what they -- Mr. Richards is referring to there?
16       A.   Yes.  Basically the same -- the same thing as
17  the 16-digit.
18       Q.   And did -- well -- and did you have a
19  follow-up conversation with Mr. Richards about this?
20       A.   In 2010?
21       Q.   Yes.
22       A.   I don't remember.
23       Q.   How often do you speak to Mr. Richards in an
24  average week?
25       A.   We normal -- not often.  We normally meet at
```



1    least once a year in person; and occasionally we'll talk

2    on the cellphone.  But if I have any questions, I

3    normally go to one of his people.  And really, my people

4    work with his people and --

5         Q.   So you're the boss?

6         A.   Yeah.

7         Q.   And where do you typically meet in person on

8    these annual meetings?

9         A.   The last few times we've met in New York.

10        Q.   Do you meet at a conference, or is it a --

11        A.   He came to New York.  I go back and forth; I

12   live in New York also.  We meet at conferences.

13        Q.   But do you go to New York specific -- or does

14   he come to New York specifically to meet with you?

15        A.   No.  I don't believe so.  I don't know if he

16   had other meetings, but I believe he did.

17        Q.   Do you meet with him with other people from

18   your company?

19        A.   I have.

20        Q.   Who are those people who have attended your

21   in-person meeting?

22        A.   Debbie Rhodes, my assistant.

23        Q.   Okay.

24        A.   Rita DePalma, she was with me for lunch in

25   New York.



```
 1        Q.    What is her title?

 2        A.    She was the president, but she no longer works

 3   for me; but we still work together.

 4        Q.    Where does she work now?

 5        A.    She works at Augeo Marketing.

 6        Q.    Do you know if Sempris has any other companies

 7   that it works with in a similar capacity as Quality?

 8        A.    Do I know if they do?

 9        Q.    Yes.

10        A.    Yes.

11        Q.    And --

12        A.    I don't know who he works with anymore.  He

13   used to work with all of my competitors.  He does not

14   and has not in a very long time.

15        Q.    When you say "very long time," how long?

16        A.    Couple of years, I guess.

17        Q.    In 2010 was he working with --

18        A.    I don't know.

19        Q.    -- competitors?

20        A.    I don't know.  But he always told me because

21   we were so good and compliant, that I was the only

22   marketer that he'd work with, as far as doing order

23   confirmation.

24        Q.    Did you have specific conversations with

25   Mr. Richards about order confirmation ... well, that
```



 1    your calls were based on order confirmation?

 2         A.   Yes.

 3         Q.   And did you have conversations with him about

 4    the fact -- about your belief that because you were

 5    doing an order confirmation, you didn't have to scrub

 6    against the DNC list?

 7         A.   Yes.

 8         Q.   And did you have conversations with

 9    Mr. Richards that -- about your belief that because you

10    were doing order confirmation, you were permitted to

11    call cellphones using an ATDS?

12         A.   I don't recall; but Mr. Richards is very

13    smart, and he would talk to his counsel before we made

14    any concrete decisions.  His counsel would speak to my

15    counsel.

16         Q.   Who is Mr. Richards' or Sempris's counsel,

17    when you say -- in that case?

18         A.   I don't remember.

19         Q.   It's not Mr. Devine --

20         A.   I don't remember.

21         Q.   -- to your knowledge?  Okay.

22              (Exhibit 7 marked for identification.)

23    BY MR. BRODERICK:

24         Q.   I'm showing you what's been marked as

25    Exhibit 7, and that's Sempris 561 through Sempris 566.



1          A.    Uh-huh.

2          Q.    And in the part of the e-mail exchange,

3     May 13, 2010, at 10:34, you see where it says, "One of

4     our very large clients just heard from Vertrue that they

5     had the Visa meeting and the new rules do not apply to

6     phones"?  Do you know what that's in reference to?

7               MR. DEVINE:  I'm going to just interpose an

8          objection.  Ms. Mercuris -- obviously, Mr. Richards

9          told her something; and if she recalls it, she

10         can -- she can testify to that.  But the question,

11         in my view, asks Ms. Mercuris to get into the mind

12         of my client, Mr. Richards; and that's something

13         that she's not competent to testify about.

14              MR. EPSTEIN:  He's just presumably asking her

15         to tell you what she understood by it, if she

16         has --

17              MR. BRODERICK:  Yeah --

18              MR. EPSTEIN:  -- any understanding at all.

19              MR. BRODERICK:  -- if she -- I just want her

20         understanding, obviously.  But she's -- this is an

21         e-mail exchange she was part of, so I'd think that

22         she understood what he was saying, the words that

23         he was typing to her.

24              MR. DEVINE:  If she knows.

25              MR. EPSTEIN:  Take it that she read it; but



1        what her understanding is, she can tell us if she

2        has one.

3        A.   I don't recall.

4             MR. BRODERICK:  Okay.  Well, just for the

5        record, I think I'm going to ask for just -- an

6        objection is sufficient to preserve whatever

7        objection you want to make, and I don't want sort

8        of speaking objections.  It's sufficient to -- it

9        will preserve all your objections.

10   BY MR. BRODERICK:

11       Q.   And in response to that, it seems like you --

12   you came back and said, "Not true.  I had lunch with him

13   yesterday.  I'm in a conference in San Diego.  I'm

14   talking to someone very senior."  Who -- do you remember

15   who that was?

16       A.   I don't remember.

17            (Exhibit 8 marked for identification.)

18   BY MR. BRODERICK:

19       Q.   Do you recognize this document?

20       A.   No.  I'm reading it -- reading it to catch

21   myself up.

22       Q.   Okay.

23       A.   Okay.

24       Q.   Do you remember what this exchange was

25   about?



 1      A.   Yes.

 2      Q.   And what -- what -- what -- what is he -- what

 3  is Mr. Richards talking about to you?

 4      A.   He's basically addressing the Rockefeller

 5  ruling.  And I -- I was looking at another company who

 6  was offering me more money to market with them, and he

 7  was basically trying to make me do otherwise.

 8      Q.   Okay.  What is the -- what is the Rockefeller

 9  ruling?

10      A.   Well, I don't know exactly the rule; but it's

11  a ruling that came into effect which affected the Web --

12  continuity on the Web, and how it was marketed.

13      Q.   I'm not -- what do you mean by "continuity on

14  the Web and how it was marketed"?

15      A.   Well, you can look up the Rockefeller ruling.

16  I really don't know how to explain it to you except that

17  marketing practices were changed, after that ruling, on

18  the Internet, the way that they were allowed to market.

19      Q.   And what -- is Vertrue the company that was

20  trying to get you to market their products?

21      A.   Yes.

22      Q.   And were they some -- how -- were they using

23  the 16-digit capture rule against Sempris in some way?

24      A.   I don't remember, but I believe they were

25  saying that "It's coming, you're going to have to start



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 51 of 213 PageID #:2408

 1  capturing"; as well as George, but George was saying

 2  that it's not going to adhere to phones, which means it

 3  wouldn't -- it wouldn't affect my sales or my company.

 4       Q.   And was there -- was there a problem with the

 5  way that you were getting data from --

 6       A.   No.

 7       Q.   -- Stompeez or something that you didn't have

 8  proper --

 9       A.   This is just an overall ruling from --

10            THE WITNESS:  What is it?  FTC or FCC, the

11       Rockefeller ruling --

12       A.   -- I don't remember, which changed marketing

13  practices.

14            (Exhibit 9 marked for identification.)

15  BY MR. BRODERICK:

16       Q.   I'm showing you what's been marked Sempris 585

17  through 587.

18            MR. DEVINE:  Exhibit 9?  This is 9?

19            MR. BRODERICK:  Oh, yes, yes, sorry.  No, it's

20       587.

21            MR. DEVINE:  Okay.  All right.  No, no, I'm

22       sorry.  Just want to make sure of my numbering

23       sequence.

24            MR. BRODERICK:  Got it.

25  BY MR. BRODERICK:



1        Q.    Do you remember this issue?

2        A.    I don't.

3        Q.    Do you see where you say in -- on Wednesday,

4   May 19, 2010, in an e-mail to George Richards, "Hi

5   George.  I'm really not happy with the way you guys

6   handled this.  It caused them to go to the owner of the

7   data provider and threaten all kinds of legal action.

8   Please make sure this customer is refunded for all five

9   charges; and I told the data provider I would take care

10  of this.  The way your customer service answered really

11  made the customer more upset than if you would have just

12  canceled it and not sent the recording.  The customer

13  sent the recording to the data provider and is really

14  upset.  Thank you.  Let's discuss how we can prevent

15  this in the future."

16       A.    So this was a customer-service issue on his

17  part.  It looks like he charged the customer,

18  accidentally, five times.

19       Q.    And then sent the recording to the customer?

20       A.    I guess.  That's what it says.

21       Q.    And did -- did you -- would -- if -- if you

22  got a complaint, would you forward it on to Sempris,

23  typically, about a customer who was not happy about

24  getting billed?

25       A.    Absolutely.



 1      Q.   And if you got complaints about people who are

 2   not happy about getting called, did you share those kind

 3   of complaints with Sempris?

 4      A.   I don't believe so.

 5           MR. BRODERICK:  You can look on with me, I

 6      only have one copy.

 7           MR. DEVINE:  Okay.

 8           (Exhibit 10 marked for identification.)

 9   BY MR. BRODERICK:

10      Q.   I'm showing you what's been marked as

11   Exhibit 10, and it's QSR 10 through QSR 20.  Do you

12   recognize that document?

13      A.   No.

14      Q.   It was produced by Quality in response to

15   discovery, and it's labeled the "Quality Resources

16   complaint chart."

17      A.   I have a compliance department that handles

18   complaints.

19      Q.   Who's in your compliance department?

20      A.   Kraig Allen.

21      Q.   That's "Kraig" with a "K"?

22      A.   Yes.

23      Q.   Anybody else?

24      A.   Yes.  Darren Roscoe, and our whole customer

25   service and quality control.



1       Q.    How many people work in your call center?

2       A.    Including quality control?

3       Q.    Why don't we say people who are making phone

4    calls first.

5       A.    About 150, day and night.

6       Q.    And do you have -- how many locations do you

7    have?

8       A.    One.

9       Q.    Just one?

10      A.    (Moves head up and down.)

11      Q.    Where -- where is that?

12      A.    Clearwater.

13      Q.    Clearwater.  And, then, how many people in

14   customer service?

15      A.    I'm guessing 25; 20 to 25.

16      Q.    And, then, how many other employees?

17      A.    I really don't know.  I'd say we probably have

18   a total of 375, 400.  It changes.

19      Q.    Okay.  On -- on that chart, do you know, on

20   the last column for "Resolution" --

21      A.    Uh-huh.

22      Q.    -- is --

23      A.    Resolved.

24      Q.    Resolved.  "R" is "revolved."  "UR," is that

25   "unresolved"?



CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                        54

 1       A.   I'm not sure, but I would assume so.  But all

 2  of our complaints are all -- are all resolved.

 3       Q.   Do you know what "AJR" means on Page 11, the

 4  second page of the exhibit?

 5       A.   No, I don't.

 6       Q.   How about "AR"?

 7       A.   No, not sure.

 8       Q.   Would Kraig Allen be the best person to ask

 9  about the meaning of those?

10       A.   Yes.

11       Q.   Do you know what types of complaints are being

12  logged on this chart?

13       A.   No, this was old.  We -- when did you -- what

14  year is this from?

15       Q.   Date of -- well, "Date of inquiry" -- the

16  first one is 5/2/2008.

17       A.   Yeah, these are old.

18       Q.   And the last is 4/24/2013; it's 523 line

19  entries.

20       A.   We have zero complaints right now, so this

21  would be a Kraig -- a Kraig question; and Kraig came

22  from the Department of Agriculture.

23       Q.   Is that the Florida Department of

24  Agriculture?

25       A.   The Florida Department of Agriculture,



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 56 of 213 PageID #:2413

CHERYL MERCURIS  30(b)(6)                                July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                        55

 1 | correct; and ran my compliance.
 2 |     Q.   And they're the entity in Florida that's
 3 | responsible for enforcing telemarketing laws?
 4 |     A.   Yes.
 5 |     Q.   Was he with you -- when did -- when did he
 6 | join Quality?
 7 |     A.   2007.
 8 |         MR. BACKMAN:  Now be a good time for a short
 9 |     break?
10 |         MR. BRODERICK:  Absolutely.
11 |         THE WITNESS:  Thank you.
12 |         THE VIDEOGRAPHER:  We are now off the video
13 |     record at 11:30 a.m.
14 |         (Recess from 11:30 a.m. to 11:43 a.m.)
15 |         THE VIDEOGRAPHER:  We're back on the video
16 |     record at 11:43 a.m.
17 |         MR. BRODERICK:  11.
18 |         (Exhibit 11 marked for identification.)
19 | BY MR. BRODERICK:
20 |     Q.   Okay.  I'm showing you a document marked as
21 | Exhibit 11, which is QSR 13881.  It appears to be an
22 | e-mail exchange between Mark Ricke of Provell and -- do
23 | you know who Mark Ricke is?
24 |     A.   Yes.
25 |     Q.   What is his -- what is or was his title at



 1   Provell?

 2        A.   Marketing manager.

 3        Q.   Is he still there?

 4        A.   I'm not sure.

 5        Q.   And Sandy Zufall, is she still with Provell?

 6        A.   Yes, she is Sandy Marina; she got married.

 7        Q.   Oh, okay.  And were you made aware of this

 8   particular complaint back in 2010?

 9        A.   I -- I have no recollection.

10        Q.   No recollection.  But would a complaint like

11   this get elevated to you --

12        A.   No.

13        Q.   -- or is this handled below your pay grade?

14        A.   It's -- it's normally handled; unless there's

15   a problem, then it would come to me.  If it's just about

16   taking somebody off the list or -- anything that's

17   elevated comes to me.

18        Q.   Okay.  And --

19        A.   Do you have the response?

20        Q.   We do, yeah, in -- in another e-mail.  But I

21   just wanted to focus on the -- the -- the --

22        A.   Because it could be a possible of several

23   different things; it could possibly not even be my

24   customer.

25        Q.   Do you know who Value -- who is Value Plus?



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 58 of 213 PageID #:2415

CHERYL MERCURIS  30(b)(6)                                July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                          57

1      A.   Value Plus was the name of Sempris's program

2   before they changed it to Budget Savers.

3      Q.   And Provell had the ability to add people

4   to --

5      A.   Absolute -- Do Not Call?

6      Q.   Sorry, let me just finish the question.

7           MR. EPSTEIN:  Let him finish the question.

8      A.   I'm sorry.

9   BY MR. BRODERICK:

10      Q.   I know it's been a while since you worked in

11   the business, but just so we have a cleaner record.

12           Provell had the ability to add people to your

13   internal Do Not Call list at Quality.  Correct?

14      A.   Correct.

15      Q.   And in this e-mail it appears that someone is

16   complaining about getting calls on her cellphone.  Isn't

17   that correct?

18      A.   Yes.

19      Q.   Those are calls from Quality, promoting Budget

20   Savers?

21      A.   "The clients" ... I'm sorry.  What was the

22   question?

23      Q.   Is this -- is this someone who's complaining

24   that she's getting inbound calls promoting Budget

25   Savers?



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 59 of 213 PageID #:2416

CHERYL MERCURIS 30(b)(6)                                      July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                              58

1      A.   Correct.  So what we would do is look up that

2  number to see if it was even our customer.

3      Q.   And it appears that Mr. Ricke is saying she's

4  getting calls on her cellphone -- right?  -- "And we

5  have a customer that is continually getting calls on her

6  cellphone"?

7      A.   Again, I don't know.  I don't remember.  And I

8  don't know how it was resolved.  I don't see the answer

9  from Sandy.  So it may not have been us.

10          (Exhibit 12 marked for identification.)

11  BY MR. BRODERICK:

12      Q.   A quick question about this Exhibit 12, which

13  is marked as Exhibit C --

14      A.   Uh-huh.

15      Q.   -- and it was attached as a pleading in this

16  case, in Docket 18-3.  Do you know if this was the --

17  when this privacy policy statement was on the Stompeez

18  website?

19      A.   Do I know when?

20      Q.   Yeah.

21      A.   I do not.

22      Q.   Do you know how it was retrieved to append it

23  to a court filing?

24      A.   No.

25      Q.   Does Quality retain the privacy policies of



1  websites from which it gets its customer calling data?

2        A.    Do we retain it?

3        Q.    Yes.

4        A.    No.

5        Q.    Do you know why Sempris had specific states

6  that Quality is not permitted to call to?

7        A.    No.

8              MR. DEVINE:  Objection; foundation.

9  BY MR. BRODERICK:

10       Q.    Did you have states that you were not

11  permitted to call to on behalf of Sempris?

12       A.    Yes.

13       Q.    And did they add any states to that, that were

14  not listed in the contract?

15       A.    I don't know.

16       Q.    Do you know if they added Utah?

17       A.    I don't know.

18       Q.    Did you ever have any conversations with

19  Mr. Richards about why certain states were?

20       A.    Not that I recall.

21             (Exhibit 13 marked for identification.)

22  BY MR. BRODERICK:

23       Q.    I'm showing you what's -- a document that's

24  been marked as Exhibit 13, Bates No. QSR 19910-19911.

25       A.    Uh-huh.



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 61 of 213 PageID #:2418

CHERYL MERCURIS  30(b)(6)                          July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                       60

1    Q.   It appears to be a "Better Business Bureau

2    Complaint Activity Report."  Do you know how this -- how

3    Quality came to be in possession of this document?

4    A.   I don't.  This would be taken care of by

5    compliance.

6    Q.   And would Kraig Allen be the best --

7    A.   Yes.

8    Q.   -- person to talk to?

9    Okay.  And it appears to be a complaint --

10   would a complaint like this received by Quality ever be

11   shared by Sempris?

12   A.   Just to have their number removed and put on

13   the Do Not Call?  Would it be -- would I share it with

14   Sempris?

15   Q.   Yes.

16   A.   No.

17   Q.   And it appears the person's complaining in the

18   first page, saying the calls are going to their

19   cellphone, and they're on the DNC list.  Correct?

20   And -- is that right?

21   A.   That's what it says.

22   Q.   And would Quality's policy be to add this

23   person to your internal Do Not Call list?

24   A.   What is the date of this report?

25   Q.   Well, it seems like it's 9/30/2010 is when



 1   they say they received -- the Better Business Bureau

 2   received the complaint.  And then it says you were

 3   notified on 10/1/2010.

 4        A.   Okay.  What was the question?

 5        Q.   Would Quality's policy be to add someone

 6   complaining like this to your internal Do Not Call

 7   list?

 8        A.   Absolutely.

 9        Q.   And the next page is a complaint from a

10   different consumer; and similarly that kind of

11   complaint, that person would be added to Quality's --

12        A.   Absolutely.

13        Q.   -- Quality --

14        A.   Anybody that --

15        Q.   Remember to let me finish.

16        A.   I'm sorry.

17        Q.   It's okay.  It's -- it's totally natural in

18   conversation to --

19        A.   I know, I'm sorry.

20        Q.   -- you know what the question is going to be

21   and you want to answer, but it's sort of an unnatural

22   conversation.

23        A.   Normally if people don't want to be called, we

24   put them on the Do Not Call.

25             MR. EPSTEIN:  Let's wait for the next



```
 1        question.

 2              THE WITNESS:  Okay.

 3              Do you have a pen?

 4              MR. EPSTEIN:  A pen?

 5              THE WITNESS:  (Moves head up and down.)

 6              MR. EPSTEIN:  Don't write on these.  These are

 7        the actual --

 8              THE WITNESS:  -- exhibits?

 9              MR. EPSTEIN:  -- exhibits.  If you want to

10        write on them, you can write on my copy.

11              THE WITNESS:  Okay.

12              MR. EPSTEIN:  Do you want a sheet of paper?

13              THE WITNESS:  Sure.  Thanks.

14              (Exhibit 14 marked for identification.)

15   BY MR. BRODERICK:

16        Q.   So I'm showing you what's been marked as

17   Exhibit 14.  This is an excerpt of the VICIdial manager

18   manual, Bates-numbered QSR 21647 through QSR 21674.

19              And it's your understanding that the

20   VICIdialer was run in predictive mode up until 2013 by

21   Quality?

22        A.   Correct.

23        Q.   And you didn't manually dial any calls until

24   you made that change in 2013?

25        A.   I believe so.
```



 1      Q.    And can those -- can the VICIdialer store

 2   telephone numbers to call?

 3      A.    Store them?  What do you mean by "store them"?

 4      Q.    Load the numbers onto the system and it's got

 5   a list of numbers to dial?

 6      A.    Yes.

 7      Q.    And it can be dialed without somebody pressing

 8   a button to say, "Please call that number"?

 9      A.    Not now.

10      Q.    Not now; but up in 2013 it could?

11      A.    Well, somebody had to -- had to work the

12   dialer.  A manager would manage the dialer.

13      Q.    But once it was running, it would dial --

14      A.    Correct.

15      Q.    -- the numbers and route it to available --

16      A.    Yes.

17      Q.    -- call people?

18            MR. BRODERICK:  We didn't need to mark that.

19            MR. DEVINE:  Did you not mark that?  I'm

20        sorry.

21            MR. BRODERICK:  I did.  I didn't need to.

22        It's 14.

23            MR. DEVINE:  Thanks.

24            MR. BRODERICK:  This is 15.

25            (Exhibit 15 marked for identification.)



CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                              64

 1              MR. DEVINE:  Thank you.

 2    BY MR. BRODERICK:

 3        Q.   I'm showing you what's been labeled

 4    Exhibit 15.  It's Sempris 865 through 867.  It appears

 5    to be an e-mail exchange between you and George

 6    Richards.  You appear to be discussing the fact that you

 7    had hired Adam Hanks, and Mister -- why is it that

 8    Mister -- what is the history, if you know, that

 9    Mr. Richards is referring to with Adam Hanks?

10        A.    Adam Hanks used to work for Mr. Richards.

11        Q.    And did he have bad feelings towards

12    Mr. Hanks?

13        A.   I don't know.  I believe so, according to this

14    e-mail.

15        Q.   Well, you say on Page 2, "Don't they say,

16    'Keep your friends close and your enemies closer'?"  And

17    you thought "Maybe it's better have him on my side

18    rather than a competitor."

19             Where was he working when you hired him?

20        A.    He wasn't.  I don't believe he was.

21        Q.    Where had he worked prior to --

22        A.    Sempris.

23        Q.    -- working for you?  So he went from Sempris

24    directly to work for you?

25        A.    I don't know.



1      Q.   Well, Sempris isn't a competitor of Quality's,

2  is it?

3      A.   No.

4      Q.   So you're referring to Mr. Hanks as a -- as

5  a -- "it's better than having him as a competitor."  Was

6  he working at a competing telemarketing firm?

7      A.   He's just got a big mouth, causes problems.

8  He's just not a well-liked guy in the industry.

9      Q.   Does he work for you anymore?

10     A.   No.

11     Q.   How long did he work for you?

12     A.   He never really worked for me.  He was

13  independent contractor.  Basically he would just try and

14  bring deals to me.

15     Q.   And what do you know about Mr. Hanks's work

16  history at Sempris?

17     A.   Not much.

18     Q.   You don't know why he had to leave?

19     A.   I just know it didn't end well.

20     Q.   I'm showing you what's been marked as --

21          THE COURT REPORTER:  Excuse me.

22          MR. BRODERICK:  I'm sorry.

23          THE COURT REPORTER:  That's okay.

24          (Exhibit 16 marked for identification.)

25  BY MR. BRODERICK:



 1        Q.   I'm showing you what's been marked as
 2   Exhibit 16, Sempris 868 through 872.
 3             On the second page, 869, you say -- you write
 4   to Mr. Richards on July 11, 2011, "Hi, George, how are
 5   you?  Do you have any interest in more volume or another
 6   read?"  Can you tell me what you mean by that?
 7        A.   What that means is does he have any interest
 8   in selling a second product.
 9        Q.   Other than Budget Savers?
10        A.   Correct.
11        Q.   And -- and is that what you mean by -- but
12   "more volume" -- it says, "more volume or another
13   read"?
14        A.   Just -- same thing.
15        Q.   They're both the same thing?
16        A.   (Moves head up and down.)
17        Q.   And "a read," is that a different script?
18        A.   It's a different product.
19        Q.   Can you tell me what the acronym "BINS" is,
20   b-i-n-s?
21        A.   Where are you referring to?
22        Q.   I'll show you the exhibit, it will probably be
23   easier.
24             (Exhibit 17 marked for identification.)
25   BY MR. BRODERICK:



1    Q.   So --

2    A.   A "bin" is a segment of customers that George

3    obviously didn't want.  They are known to be not

4    good-paying customers.

5    Q.   And does "bin" stand for something?

6    A.   I don't know.  It's all about billing, which I

7    don't -- I don't do.

8    Q.   Okay.  So I'm just -- I really don't

9    understand this whole exchange; so if you can just take

10   me through it from the bottom, working up.

11   A.   The bottom, where it says "Don't think so"?

12   Q.   Well, you say, "Will you be in ERA"; and then

13   you say -- what is ERA?  Is that an industry

14   conference?

15   A.   It's a conference, yes.

16   Q.   And you say to him, "Sounds good.  I'd love to

17   speak to you for a few minutes.  What's the number in

18   the Naples office?"  After which, on September --

19   that -- that's on September 2nd -- then on September 8th

20   Mr. Richards writes, "Cheryl, been thinking about our

21   call.  If we gave you a list of bins, could you suppress

22   them after the first sale so that we would only get

23   second-position sales on bins we can bill?  You can give

24   the bins we don't want to someone else."

25   A.   Okay.  What is the question?



1    Q.   Does this mean that if he gives you a list of

2  phone numbers that he doesn't want you to call on his

3  behalf --

4    A.   Yes.

5    Q.   -- you would give first position to somebody

6  else; and then -- I'm just not sure what this -- how --

7  how does this work, this proposal?  What is he asking

8  you to do, to your understanding?

9    A.   He's asking me to basically to suppress

10  certain phone numbers out of our data and not give them

11  to him.

12    Q.   Okay.  And the -- I -- and what is -- what's

13  your understanding of, "so that we would only get

14  second-position sales on bins we can bill"?

15    A.   Correct.  He wants, basically, the bad-credit

16  people taken out.

17    Q.   Okay.  Got it.

18    A.   That have been a billing problem for merchants

19  previously.

20    Q.   And then you respond, "That's what everyone

21  wants me to do.  Let me ask you this.  Can you send

22  Sandy the bin suppression so I can bump against it and

23  see how many I would lose," meaning how many numbers out

24  of your list that you would then not be calling?

25    A.   The percentage (moves head up and down).



```
 1        Q.   And did you, in fact, do that for Sempris?
 2        A.   No, I don't believe so.  I don't remember, but
 3   I don't believe so.
 4             (Exhibit 18 marked for identification.)
 5             MR. DEVINE:  Thanks.
 6   BY MR. BRODERICK:
 7        Q.   Does this refresh your -- this is Exhibit 18,
 8   QSR 18051.  Does this refresh your memory as to whether
 9   Utah was added, after the contract with Sempris was
10   signed, as a state not to call?
11        A.   Well, he's obviously adding it on the 13th in
12   2011, so it was added, yes, later; unless we were
13   already suppressing it.
14             MR. BRODERICK:  I premarked that.  Sorry.
15             MR. DEVINE:  No, I appreciate it.  Thank you.
16             (Exhibit 19 marked for identification.)
17   BY MR. BRODERICK:
18        Q.   Okay.  So I'm showing you what's been marked
19   as Exhibit 18, QSR 61 through 65.
20             MR. EPSTEIN:  How about 19?
21             MR. BRODERICK:  Oh, 19, sorry.
22             MR. DEVINE:  I'm going to re-mark.
23             MR. BRODERICK:  I missed one.
24             MR. EPSTEIN:  He thought he was helping you.
25             MR. DEVINE:  I know, the curve ball.
```



```
 1    BY MR. BRODERICK:

 2         Q.    And this is a -- the first four pages of --

 3    it's a subset of QSR 61 through 1977.  Can you tell me

 4    what this document represents, if you know?

 5         A.    Looks like a dialer report.

 6         Q.    And would that be a dialer report off of the

 7    VICIdial system?

 8         A.    I believe so.

 9         Q.    When did you start using the VICIdial

10    system?

11         A.    I don't remember.  Prior to --

12         Q.    Prior to 2010?

13         A.    Yes.

14         Q.    Okay.  And were these documents produced to

15    show phone calls placed on behalf of Sempris?

16         A.    I'm not really sure what these documents are

17    for, or where you pulled these from.

18         Q.    Well, they're from your production.  So we

19    didn't -- we didn't pull them.

20         A.    I don't know.

21         Q.    Who would know about -- more than you about

22    the VICIdial system at Quality?

23         A.    My managers --

24         Q.    Specific --

25         A.    -- and IT.
```



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 72 of 213 PageID #:2429

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                            71

1      Q.   And who is the head person in IT, if you

2   wanted to get an answer about how the VICIdial system

3   works?

4      A.   Well, right now the VICIdial system really

5   doesn't have to do anything because it's manually

6   dialed.  And I have different employees than I did back

7   in two thousand and -- I don't remember when we

8   switched.

9      Q.   So for the period 2010 to 2013, who was head

10   of IT?

11      A.   The dialers -- like I said, the managers ran

12   the dialers.

13      Q.   Who were the managers in 2010 and 2013?

14      A.   I don't -- I don't remember.

15      Q.   You don't remember who was the head of IT

16   then?

17      A.   2010 to 2013?  No.

18      Q.   Do you have organizational charts --

19      A.   Yes.

20      Q.   -- at Quality?

21           Do you know if those were produced in

22   discovery?

23      A.   I do not.

24           MR. BRODERICK:  Now we're up to 20?

25           THE COURT REPORTER:  Correct.



 1              (Exhibit 20 marked for identification.)

 2              MR. BRODERICK:  You ready?

 3              THE COURT REPORTER:  Yeah.

 4              MR. BRODERICK:  Sorry.

 5    BY MR. BRODERICK:

 6         Q.   I am showing you what's been marked as

 7    Exhibit 20, QSR 21.  Do you recognize that document?

 8         A.   Yes.

 9         Q.   And what is it?

10         A.   A script.

11         Q.   And what script is it for?

12         A.   For Budget Savers.

13         Q.   And is this the script that you used

14    throughout your time working with Sempris?

15         A.   For the entire ten years?

16         Q.   (Moves head up and down.)

17         A.   No.

18         Q.   How many different scripts did you use?

19         A.   This is an order-confirmation script.  In 2005

20    we did not use order confirmation --

21         Q.   Was this what --

22         A.   -- so they changed from time to time.

23         Q.   Is this what you were using from 2010 to

24    2013?

25         A.   I don't know.



 1        Q.    Did -- who provided you with this script?  Did
 2    it come from Sempris?
 3        A.    Sempris would give me a script, and we would
 4    adjust it according to what we were doing.
 5        Q.    And did you have to get approval from Sempris
 6    as to the content of the script?
 7        A.    Yes, in the beginning.  But this is a fronter
 8    script; it's not a verification script, which is the
 9    recording.
10        Q.    And you said "fronter script"?
11        A.    We go into more -- we go into detail when
12    the -- on the second part of the call.  If they're
13    interested in this, then we go into full detail on
14    recording.
15        Q.    And where it says in the last paragraph,
16    "before" -- "wait okay before sending"?
17        A.    Uh-huh.
18        Q.    "Do you have any questions about Budget Savers
19    before I bring them on the line?"
20        A.    Uh-huh.
21        Q.    "Please hold with me.  Okay?"
22        A.    Uh-huh.
23        Q.    And the -- what would your call-center agent
24    do at that point?
25        A.    Transfer them.



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 75 of 213 PageID #:2432

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                              74

1      Q.    And they would transfer them directly to

2   Sempris?

3      A.    No.  They would transfer them directly to our

4   verification department so we could verify that they

5   want this, and the script was read verbatim, and they

6   accept everything as far as the price and they

7   understand all of the terms on the tape.

8      Q.    Okay.

9      A.    And then we listen to those tapes; and if it

10  wasn't read verbatim or we feel the customer did not

11  want it, we don't ever charge the customer or give that

12  customer to Sempris.

13         (Exhibit 21 marked for identification.)

14  BY MR. BRODERICK:

15     Q.    Okay.  So showing you Exhibit 21, QSR 10451 to

16  QSR 10452, and see it's an e-mail from Mark Ricke; and

17  you're one of the recipients of it.  Can you tell me

18  what the second page is?

19     A.    An invoice.

20     Q.    And is that a weekly invoice?

21     A.    No, this does not look like a weekly invoice.

22  This looks like more of a true-up.

23     Q.    And by a "true-up," you mean reconciling how

24  much --

25     A.    Reconciling, yes, our data.



1      Q.   And for "total activity," is that about

2  Quality received commissions of $320,219.50 for what

3  looks like --

4      A.   Seven.

5      Q.   Sorry?

6      A.   Sorry.

7           MR. EPSTEIN:   Question?

8  BY MR. BRODERICK:

9      Q.   Well, tell me how much -- what is the period

10 of time you're getting paid for -- you're getting paid

11 that amount of money?

12     A.   This looks like it's a true-up for seven

13 weeks.

14     Q.   Seven weeks.  And when you say a "true-up,"

15 have you been paid other than that --

16     A.   I'm sorry.  I'm sorry.  Seven days, not weeks.

17     Q.   How much -- how much does -- does Quality make

18 in -- in rough terms in commissions from Sempris in a

19 year?

20           MR. EPSTEIN:   What time period?

21           MR. BRODERICK:   2010.

22     A.   I don't know.

23 BY MR. BRODERICK:

24     Q.   2011?

25     A.   I don't know.  I'd have to look at my books.



1      Q.    How about this year?

2      A.    I don't know.  I look at it weekly, but I

3  don't look at what they pay me per year or -- I don't

4  re -- I don't recall that number.  But this is for one

5  week.

6      Q.    And is that a -- is that a normal week, since

7  you look at your books on a weekly basis?

8      A.    Not anymore.

9      Q.    In 2011, was that about --

10     A.    Yes.

11     Q.    -- a normal week?

12           So in a normal week you'd make roughly

13  $320,000 in -- in commission in a week with Sempris?

14     A.    Correct.

15     Q.    I'm sorry if I asked you this.  Do you know

16  what the OTY program was with Sempris?

17     A.    I do not.

18           MR. BRODERICK:  22.

19           (Exhibit 22 marked for identification.)

20  BY MR. BRODERICK:

21     Q.    I'm showing you Exhibit 22, QSR 17764 through

22  17766.  Do you know what that document is?

23     A.    It looks like a report going back from my IT

24  with Sempris and one of my accounts payable.

25     Q.    And do you know what "broken orders" refers



1   to?

2       A.   No.

3       Q.   Do you know what "fixable bad orders" refers

4   to?

5       A.   No.

6            (Exhibit 23 marked for identification.)

7   BY MR. BRODERICK:

8       Q.   So showing you what's been marked as

9   Exhibit 23, QSR 12343 through 12344.  This is the e-mail

10  exchange about Hollis Linn in New Hamphire, who wanted

11  to be added to the Do Not Call list; and you had asked

12  about the reply.

13           So it appears that you did call Hollis Linn on

14  her cellphone and added it to your internal Do Not Call

15  list?

16      A.   "Whatever contact" ...

17           MR. EPSTEIN:  No.  Objection; completely

18      misstates what this says.

19  BY MR. BRODERICK:

20      Q.   Yeah.  Well, it says that you contacted her on

21  603.759.0269?

22      A.   That's what it says.

23      Q.   And that she was added to your internal Do Not

24  Call list?

25      A.   Yes.



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 79 of 213 PageID #:2436

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                              78

1      Q.   And that it appears to reflect that Sempris

2   was aware that you were calling -- that somebody was

3   complaining about getting called on a cellphone?

4           MR. DEVINE:  Objection; misstates the

5      document.

6           MR. EPSTEIN:  Objection to form.

7   BY MR. BRODERICK:

8      Q.   You can answer.

9           MR. EPSTEIN:  Repeat the question, if you

10      would, Madam Reporter.

11          THE COURT REPORTER:  "Question:  And this, it

12      appears to reflect that Sempris was aware that

13      somebody was complaining about getting called on a

14      cellphone?"

15      A.   Yes.

16   BY MR. BRODERICK:

17      Q.   And Quality didn't do anything to hide the

18   fact that you were calling people on cellphones?

19      A.   I don't know that this is a cellphone.  It

20   doesn't say this is a cellphone; it just says this is

21   the number we reached -- we contacted this customer at.

22      Q.   Well, in Mark Ricke's e-mail to Sandy at

23   Quality at QSR -- the second page -- QSR 12344, it says,

24   "We have a customer that is continually getting calls on

25   her cellphone from Budget Savers."



CHERYL MERCURIS 30(b)(6)                          July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                    79

1      A.   It doesn't mean we're contacting her

2    cellphone.  I don't know which of these two are -- are

3    landlines or cellphones; it doesn't state.

4      Q.   Okay.  But you didn't do anything to hide the

5    fact that you were calling cellphones from Sempris.

6    Correct?

7      A.   I don't ever do anything that needs to be hid.

8           MR. DEVINE:  Object to form.

9    BY MR. BRODERICK:

10     Q.   Right.  I'm not saying you did.

11          In 2010 did you have a time where you were --

12   where Sempris was deducting, based on whether or not

13   they were getting paid by the customer, from what they

14   were paying you?

15          MR. DEVINE:  Object to form.

16          MR. BRODERICK:  Let me just show you the

17      document.  It will be easier.

18          (Exhibit 24 marked for identification.)

19   BY MR. BRODERICK:

20     Q.   So showing you Exhibit 24, which is QSR 12714

21   to 12717.  Do you remember this exchange?

22     A.   No.

23     Q.   Do you remember the issue?

24     A.   No, but I can tell you what it is by looking

25   at this.



CHERYL MERCURIS  30(b)(6)                              July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                      80

1       Q.    Okay.

2       A.    This looks like we sent over sales that

3  they -- that we were not paid on.

4       Q.    And why were you not getting paid on certain

5  sales?

6       A.    There was a glitch on their system, or they're

7  saying it could have been people that already were

8  members of the product, or it could have been a mistake.

9             (Exhibit 25 marked for identification.)

10            THE WITNESS:  Thank you.

11            THE COURT REPORTER:  You're welcome.

12  BY MR. BRODERICK:

13      Q.    So showing you Exhibit 25, QSR 13620 --

14      A.    Uh-huh.

15      Q.    -- to 13621.  And on the second page of this,

16  did -- so it says, "We are experiencing difficulties

17  receiving Budget Saver's toll-free number.  We cannot

18  transfer calls to them; and when we or customers try to

19  call them directly, the call just drops."

20            Is it your understanding that sometimes

21  Quality would transfer people to Budget Savers'

22  customer-service department?

23      A.    Yes.

24      Q.    And what would you transfer them for?

25      A.    Questions regarding their product or billing.



CHERYL MERCURIS  30(b)(6)                          July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                    81

```
 1        Q.   But not -- not during those verification
 2   process?
 3        A.   No.  These are people that called back.
 4        Q.   Okay.
 5             MR. DEVINE:  Thank you.
 6             (Exhibit 26 marked for identification.)
 7             THE WITNESS:  Thank you.
 8             THE COURT REPORTER:  You're welcome.
 9   BY MR. BRODERICK:
10        Q.   So I'm showing you Exhibit 26, which is marked
11   QSR 22 through QSR 31.  Do you recognize that
12   document?
13        A.   Yes.
14        Q.   And who is Infomercial?
15        A.   Stompeez.
16        Q.   Stompeez.  And is this -- do you have any
17   other contracts with Stompeez?
18        A.   No, not that I know of.
19        Q.   How much did you pay Stompeez per lead
20   provided to you?
21        A.   $1.50 per customer is what it states here in
22   the contract.
23             MR. BRODERICK:  All right.  Maybe just take a
24        quick break.  I might be wrapped up.
25             MR. DEVINE:  Okay.
```



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 83 of 213 PageID #:2440

```
 1        MR. EPSTEIN:  And I'll go over some notes.

 2        MR. EPSTEIN:  All right.

 3        THE VIDEOGRAPHER:  We are now off the record

 4   at 12:35 p.m.

 5        (Recess from 12:35 p.m. to 12:43 p.m.)

 6        THE VIDEOGRAPHER:  We're back on the video

 7   record at 12:43 p.m.

 8        MR. BRODERICK:  And I have no further

 9   questions for Ms. Mercuris at this time.  Thank

10   you.

11        MR. EPSTEIN:  Matt, do you have any inquiry?

12        MR. DEVINE:  I -- I will be.  Do you want to

13   break for lunch now or should I start?

14        MR. EPSTEIN:  Let's go ahead and take our

15   break for lunch; say, get back here in about an

16   hour or thereabouts?

17        MR. DEVINE:  Can we do it a little shorter

18   than an hour?  Would you mind if we -- I'd like to

19   get Ms. Mercuris on her way.  I think she's eager

20   to --

21        THE WITNESS:  Yeah, I'll be just going

22   downstairs.

23        MR. DEVINE:  That's all I'm doing.  I can do a

24   half hour, 45 minutes if that's --

25        MR. EPSTEIN:  It will depend on what we find
```



```
 1        downstairs, but that's fine.  We'll turn it over as

 2        quickly as we can.

 3             THE VIDEOGRAPHER:  We are off the video record

 4        at 12:44 p.m.

 5             (Recess from 12:44 p.m. to 1:39 p.m.)

 6             THE VIDEOGRAPHER:  We're back on the video

 7        record at 1:39 p.m.

 8                       CROSS-EXAMINATION

 9   BY MR. DEVINE:

10        Q.   Good afternoon, Ms. Mercuris.  We met before.

11   As you know, my name's Matt Devine; and I represent

12   Sempris in the Toney lawsuit.

13             And I just wanted to see if we could put back

14   in front of you again deposition Exhibit No. 1, if you

15   don't mind.  It should be right in front of you,

16   probably on the very bottom of your stack.

17        A.   Got it.  Okay.

18        Q.   And just for convenience purposes, I don't

19   know how you and Mr. Backman want to organize this, but

20   I am going to go through some of those documents again

21   with you.

22        A.   Okay.

23        Q.   And if --

24             MR. BACKMAN:  I'll deal with it.

25             MR. DEVINE:  Yeah.
```



 1   BY MR. DEVINE:

 2       Q.   So you're now looking at deposition Exhibit

 3   No. 1; and this is titled "Defendant Sempris Rule

 4   30(b)(6) Deposition Notice to Quality Resources,

 5   Incorporated."  And I just wanted to make sure that we

 6   were clear that you're appearing today to testify on

 7   behalf of Quality Resources as a company.  Is that

 8   correct?

 9       A.   Yes.

10       Q.   And as Mr. Broderick asked you when he was

11   questioning you, if you take a look at Pages 5 through 7

12   of deposition Exhibit 1, you're prepared to testify

13   today about Topics 1 through 17, as the corporate

14   representative for Quality Resources.

15       A.   Yes.

16       Q.   Is that correct?  Okay.  Thank you.

17       A.   You're welcome.

18       Q.   You can put that aside.

19            Now, Ms. Mercuris, you testified that Quality

20   Resources and Sempris had been doing business together

21   for quite some time.  Isn't that right?

22       A.   Yes.

23       Q.   And it's -- it's your view, isn't it, that

24   Sempris is a good company?

25       A.   Absolutely.



CHERYL MERCURIS  30(b)(6)                                July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                        85

1          Q.    You wouldn't do business with a company that
2     was not a good company.
3          A.    No.
4          Q.    Correct?
5          A.    Correct.
6          Q.    And you know George Richards, the CEO of
7     Sempris?
8          A.    Yes.
9          Q.    And you know and understand George to be a
10    very good and astute businessman?
11         A.    Yes.
12         Q.    And you understand George to be someone who
13    is -- George Richards to be someone who is very diligent
14    and careful about trying to make sure that Sempris does
15    what it needs to do under --
16         A.    Absolutely.
17         Q.    -- the law?
18         A.    Yes.
19         Q.    And I apologize, I'm going to interject, but
20    let's try to make sure we don't talk over each other.
21         A.    Sorry.
22         Q.    No, no, no, that's okay.
23               And you -- you also understand that Sempris,
24    as a company, is very diligent and careful about how it
25    approaches its business activities to make sure that



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 87 of 213 PageID #:2444

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                            86

 1  they comport with the law.  Isn't that correct?

 2      A.    Yes.

 3      Q.    Because if they weren't, Sempris was not a

 4  careful company, you wouldn't do business with them.

 5      A.    Correct.

 6      Q.    Right?

 7            Now, you testified when Mr. Broderick was

 8  asking you questions, that Quality Resources acts as a

 9  marketer for Provell.  Do you remember that?

10      A.    Yes.

11      Q.    And by -- Provell is the -- is a -- well, let

12  me just ask it this way.  I'll strike that.

13            Quality Resources is also a marketer for

14  Sempris.  Isn't that right?

15      A.    Yes.

16      Q.    And by -- by "marketer," that means that

17  Quality Resources sells products that Sempris creates.

18      A.    Correct.

19      Q.    Right?

20            And in other words, you -- your -- Sempris --

21  let's make sure we understand kind of what Quality

22  Resources does versus what Sempris does.

23            So Quality Resources obtains customer lists

24  from companies other than Sempris.  Correct?

25      A.    Correct.



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 88 of 213 PageID #:2445

CHERYL MERCURIS  30(b)(6)                          July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                    87

 1        Q.   Right?  And you maintain a database of

 2   prospective customers that Quality Resources can call

 3   and try to sell products to.  Is that fair?

 4        A.   Yes.  We provide an order-confirmation service

 5   for our clients.

 6        Q.   Right.  And we've heard the word "client" a

 7   few times today.  And I -- I understand there's sort of

 8   two brackets --

 9        A.   Right.

10        Q.   -- of clients, I would assume?  And I want to

11   make sure that we're kind of using our terminology

12   carefully here.

13             So there's -- on the front end, there are

14   companies that provide you with customer lists.  Right?

15        A.   Right.

16        Q.   And Infomercials/Stompeez would fall into that

17   category.  Correct?

18        A.   Right.

19        Q.   And then on the other end, there are companies

20   like Sempris that Quality Resources also contracts with.

21   Correct?

22        A.   Yes.

23        Q.   And what is the role that you play for Sempris

24   as -- as a company, Quality Resources?

25        A.   We acquire customers for Sempris; and Sempris



 1    bills the customer and fulfills the customer.

 2        Q.    Does Sempris provide any other services to the

 3    customers?

 4        A.    Well, they fulfill the product.  They do

 5    customer service.  They do the billing.  So once I

 6    acquire the customer, we're done with that customer.  We

 7    give that customer to Sempris.

 8        Q.    Right.  Understood.

 9              Okay.  And at Quality Resources, the -- the

10    expertise that you have is ensuring as much as possible

11    that when you get someone on the phone to try to sell a

12    product to them, you're able to consummate a sale.  Is

13    that fair?

14        A.    Yes.

15        Q.    And how do you do that?  What is the expertise

16    that Quality Resources brings to bear on that

17    transaction?

18        A.    We have our own call center internally, and we

19    are able to provide a service to our other clients who

20    obtain customers; so we can confirm their order, as well

21    as sell them a third-party offer.

22        Q.    Okay.  Let's talk first about how you select

23    the companies from which you purchase customer lists.

24        A.    Uh-huh.

25        Q.    Is it important to you that you purchase a



1  particular type of customer list?

2       A.   No.

3       Q.   No?  Do you want -- do you want -- does

4  Quality Resources make any efforts to identify customers

5  who might be more likely rather than less likely to

6  purchase an upsell product?

7       A.   Well, we only work with people like Stompeez,

8  who acquires customers through direct marketing: the

9  Internet, telephone.

10       Q.   Okay.  And you've testified when Mr. Broderick

11  was asking you questions that you have how many

12  companies that you obtain customer lists from?

13       A.   Between 80 and 100.

14       Q.   Okay.  And of those 80 to 100, do you -- are

15  you aware of any contractual relationships that Sempris

16  has with those 80 to 100 companies that you get lists

17  from?

18       A.   No.

19       Q.   Does Sempris have any role or any involvement

20  in Quality Resources' selection of the companies that

21  you get customer lists from?

22       A.   No.

23       Q.   Does -- did Sempris have any role or any

24  involvement in Quality Resources' contract with

25  Infomercials?



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 91 of 213 PageID #:2448

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                              90

```
 1        A.    No.

 2        Q.    Does Sempris stand to receive any dollars from

 3   Infomercials or from Quality Resources as a result of

 4   the Infomercials/Quality Resources contract?

 5        A.    Yes.

 6        Q.    How do you do that?

 7        A.    Basically we acquire customers through those

 8   companies and their customers.

 9        Q.    Okay.  In other words, the only way that

10   Sempris would derive any revenue from that is if, when

11   Quality Resources calls one of the Infomercials

12   customers, a sale is consummated.

13        A.    Correct.

14        Q.    Is that right?

15        A.    Yes.

16        Q.    Okay.  Now, you said you operate -- Quality

17   Resources operates -- let me strike that real quick.

18             So I'm going to use the word "you" somewhat

19   frequently, probably.  I probably shouldn't use the word

20   "you," but I will try -- try to avoid it.  But when I

21   do, I just want to make sure we're on the same page.

22   When I say "you," I don't mean you personally, Cheryl

23   Mercuris; I mean "you" as a corporate entity, Quality

24   Resources, since you're testifying on behalf of Quality

25   Resources.
```



1       A.   Correct.

2       Q.   You understand?

3       A.   I understand, yes.

4       Q.   Okay.  Great.

5            Okay.  So you -- you testified when

6   Mr. Broderick was asking questions that you sell a

7   program called "Budget Savers."  Is that right?

8       A.   Yes.

9       Q.   And would you agree with me that Budget Savers

10  is a program that Sempris creates?

11      A.   Yes.

12      Q.   And that Sempris has a Budget Savers

13  website?

14      A.   Yes.

15      Q.   And that Sempris provides customer service to

16  people who enroll in Budget Savers?

17      A.   Yes.

18      Q.   All right.  And in order for someone to become

19  a member in Budget Savers -- well, let me strike that

20  and ask this.

21           Does any other company sell Budget Savers

22  other than Quality -- other than Quality Resources, to

23  your knowledge?

24      A.   I believe so.

25      Q.   Which company?



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 93 of 213 PageID #:2450

CHERYL MERCURIS 30(b)(6)                              July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS              92

1    A.   I really am not aware of who his customers are

2  at the moment, or clients; but I'm one of several.

3    Q.   Okay.  You mentioned a program called "Value

4  Plus"?

5    A.   Correct.

6    Q.   Did -- did -- did Quality Resources ever sell

7  Value Plus --

8    A.   Yes.

9    Q.   -- for Sempris?  Okay.

10        Is it correct, Ms. Mercuris, that Value Plus

11  and Budget Savers are different programs?

12    A.   They're basically the same program.  We added

13  a few other benefits.  We also -- well, they did,

14  Sempris, and then changed the name.

15    Q.   So at any point was Quality Resources ever

16  selling two separate Sempris programs at the same

17  time?

18    A.   Yes.

19    Q.   And do you recall approximately when that

20  occurred?

21    A.   I just saw it in one of these documents, which

22  made me remember People's Express, we tested --

23    Q.   Okay.

24    A.   -- a health product.

25    Q.   Okay.  And was People's Express a separate



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 94 of 213 PageID #:2451

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                              93

1  program from Budget Savers?

2      A.   Yes.

3      Q.   Okay.  And did you actually sell People's

4  Express?

5      A.   Yes.

6      Q.   Okay.  Do you recall how long you sold

7  People's Express?

8      A.   I don't, but it wasn't long.

9      Q.   Okay.  So Value Plus, Budget Savers, People's

10  Express; those are the programs -- the Sempris programs

11  that Quality Resources has sold?

12      A.   Yes.

13      Q.   Are there any others?

14      A.   I don't believe so.

15      Q.   Okay.  And currently Quality Resources is only

16  selling Budget Savers.  Is that right?

17      A.   Yes.

18      Q.   Okay.  And do you recall approximately when

19  you stopped selling Value Plus?

20      A.   No.  I would guess five years ago.

21      Q.   And at the -- at the time you were selling

22  Value Plus, were you also selling Budget Savers?

23      A.   No.

24      Q.   So are the only two Sempris programs that you

25  sold simultaneously Budget Savers and People's



1    Express?

2         A.    Yes.

3         Q.    Okay.   When Mr. Broderick was asking you

4    questions, you mentioned that in 2007 Quality Resources

5    tried a second product for Sempris other than Budget

6    Savers.   Is that the People's Express --

7         A.    Yes.

8         Q.    -- product?

9               Okay.   Now, you -- you mentioned earlier,

10   Ms. Mercuris, that Quality Resources has approximately a

11   20 to 30 percent conversion rate.

12        A.    Correct.

13        Q.    Right?

14              And by "conversion rate," what -- what do

15   you -- what does that mean?

16        A.    People that say, yes, that they would actually

17   like Budget Savers.

18        Q.    Okay.   And what -- so when you use that -- you

19   just answered my question, I just want to make sure

20   we're clear, though -- when you use that 20 to 30

21   percent number, you were -- you were referring to the

22   conversion rate with respect to Budget Savers, and not

23   some other program that you sell.

24        A.    Correct.

25        Q.    Is that fair?   Okay.   Great.



1          You testified earlier that you also provide

2    upsell services for Affinion and Hydroxatone?

3          A.    Correct.

4          Q.    Hydroxatone is the product.  Right?

5          A.    Correct.

6          Q.    And the company that created that product is

7    the Atlantic Coast Media Company.

8          A.    Correct.

9          Q.    Is that right?

10         So other than Sempris, your two other upsell

11   partners, if you're okay with that term, would be

12   Affinion and Atlantic Coast Media?

13         A.    We just started Atlantic Coast this week,

14   testing.

15         Q.    Okay.  So in 2012 -- the year 2012 -- would

16   you have only had Affinion and Sempris as your upsell

17   partners?

18         A.    2012, I'm not sure.  I could have been selling

19   Vertrue's product.

20         Q.    Any other companies?

21         A.    I did some Privacy, which was identity theft,

22   for another company.  We've tested, throughout the

23   years, several companies; so in 2012, I'd have to look

24   to be absolutely sure.

25         Q.    Okay.  Okay.  How -- can you explain to me



 1   how -- you explained to Mr. Broderick a little bit how

 2   Sempris occupies the first position --

 3        A.   Correct.

 4        Q.   -- in -- in -- in your calls that you make to

 5   prospective customers.  And by "first position," that

 6   means that after the order verification occurs, the

 7   first upsell would be Sempris product?

 8        A.   The first product, correct.

 9        Q.   Right.  And then the "second position" would

10   be the second product that's sold after the Sempris

11   product.

12        A.   Correct.

13        Q.   Is that right?

14             And then are there ever three positions on a

15   call, or is it always two?

16        A.   There's three.

17        Q.   There are three.  Okay.  Is it ever more than

18   three, or is it always --

19        A.   No, never.

20        Q.   Okay.  And who occupies -- in 2012 who

21   occupied the second position?  Do you recall?

22        A.   I don't.  Probably Affinion.

23        Q.   Okay.  And what would be --

24        A.   Or Vertrue;  I don't recall.

25        Q.   What were the Affinion or Vertrue products



1  that were sold in 2012?

2      A.   Similar products; shopping products, identity

3  products, identity theft, we sold health products.

4      Q.   Okay.  Was -- is Shoppers Advantage an

5  Affinion product?

6      A.   Yes.

7      Q.   Okay.  Is that the -- a product that you

8  sold --

9      A.   Yes.

10     Q.   -- for Affinion?

11     A.   Yes.

12     Q.   Okay.  So the way that a call would work is

13  first you would verify the customer's underlying retail

14  purchase.  Right?

15     A.   Correct.

16     Q.   And then secondly, after that, you would make

17  an offer for the Sempris program.

18     A.   Correct.

19     Q.   Right?  And then would always go on to offer

20  No. 2 or --

21     A.   Yes.

22     Q.   -- or would you only go into offer No. 2 if

23  offer No. 1 was accepted?

24     A.   If offer No. 1 was accepted, we would go into

25  offer No. 2.



1     Q.    And what if offer No. 1 is declined?

2     A.    We don't go into anything else.

3     Q.    Then you're done?

4     A.    Yes.

5     Q.    Then the call's over?

6     A.    (Moves head up and down.)

7     Q.    Okay.  That helps.

8           Who -- who would have occupied the third

9   position around 2012?

10    A.    Again, I would have to look.  I don't recall.

11    Q.    Okay.  Okay.  Now, you testified earlier that

12  George Richards knew that Sempris -- I'm sorry.  Let me

13  strike that.

14          You testified earlier that George Richards

15  knew that Quality Resources was using an auto dialer.

16    A.    Correct.

17    Q.    Right?

18          And what I want to understand is the time

19  frame and the basis for that statement.  So can we

20  talk -- you -- you talked about in 2013, communication

21  that you had with Mr. Richards regarding rules changes,

22  and a conversation you had with him about rules changes.

23  Right?

24    A.    Correct.

25    Q.    Is it your testimony, Cheryl, that -- if I can



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 100 of 213 PageID #:2457

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                            99

1   call you "Cheryl" -- that George knew before 2013 that

2   Quality Resources was using an auto dialer?

3        A.   Yes.

4        Q.   Okay.  Let's stop there for a second.  What is

5   the basis for that statement?

6        A.   We have been using an auto dialer since the

7   inception of our agreement.

8        Q.   Okay.  Tell me exactly the date that

9   Mr. Richards learned that you were using an auto dialer

10  prior to 2013, if you can.

11       A.   I couldn't give you a specific date; but

12  before we signed a contract, he was aware of how we

13  marketed.

14       Q.   Okay.  When you say he was aware of how you

15  marketed, are you saying he was aware that Quality

16  Resources specifically used an auto dialer?

17       A.   Yes.

18       Q.   Okay.  Tell me when -- tell me how he became

19  aware that Quality Resources used an auto dialer.

20       A.   I told him.

21       Q.   Okay.  Any -- other than you telling him, is

22  there any other source for Mr. Richards understanding --

23       A.   Well --

24       Q.   -- that you used an auto dialer?

25       A.   I had to go through some due diligence before



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 101 of 213 PageID #:2458

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                              100

1   I was able to sell for Provell.  So I absolutely had to

2   convey how we were generating a customer.

3       Q.   Okay.  Other than you, did anyone else at

4   Quality Resources tell anyone at Sempris, prior to 2013,

5   that Quality Resources used an auto dialer?

6       A.   It was well-known.  It wasn't something that

7   was a secret.

8       Q.   I understand that.  But if you could really

9   try to drill into the question for me.

10          Can you identify anyone else at Quality

11  Resources, other than yourself, who told anyone at

12  Sempris that Quality Resources used an auto dialer prior

13  to 2013?

14      A.   Sure.  Sandy was in contact with Sempris, as

15  far as the internal Do Not Call.  So they would call and

16  request us to take certain customers out of the dialer

17  and stop calling them.

18      Q.   Okay.  Any -- anything else?  Anyone else

19  besides Sandy?  Any ...

20      A.   I don't know.

21      Q.   Okay.  Let's start with you, then.  Can you

22  tell me who was present when you told Mr. Richards,

23  prior to 2013, that Quality Resources used an auto

24  dialer?

25      A.   I don't know.



1       Q.    You don't remember?

2       A.    No.  That was before 2005.

3       Q.    Okay.  Can you approximate by year when --

4   when that would have occurred?

5       A.    Right before we signed a contract.

6       Q.    Which contract?

7       A.    The first contract.

8       Q.    Okay.  In what year?

9       A.    2005.

10      Q.    Okay.  So sometime prior to 2005 your

11  testimony is that you told Mr. Richards that Quality

12  Resources used an auto dialer?

13      A.    No companies like Sempris will take orders

14  from a company like mine unless they know exactly how

15  they are marketing their customers, acquiring their

16  customers.

17      Q.    Okay.  I -- I -- I appreciate that.

18            MR. DEVINE:  And I -- with all due --

19      A.    So --

20            MR. DEVINE:  -- respect, I'm going to object

21      to your answer as nonresponsive.

22  BY MR. DEVINE:

23      Q.    I'm going to ask if -- if you can tell me

24  specifically --

25            MR. DEVINE:  If you could read the question



 1           back, if you wouldn't mind, the original question.

 2                THE COURT REPORTER:  Yes, sir.

 3                "Question: Okay.  So sometime prior to 2005

 4           your testimony is that you told Mr. Richards that

 5           Quality Resources used an auto dialer?"

 6           A.   Yes.

 7    BY MR. DEVINE:

 8           Q.   Okay.  And I want to know everything there is

 9    to know about the conversation that you had with

10    Mr. Richards about that subject.

11                MR. BACKMAN:  Object to form.

12           A.    It was too long ago.  I can't tell you details

13    about that conversation.

14    BY MR. DEVINE:

15           Q.   Okay.  Can you tell me where you were

16    physically when it happened?

17           A.   No.

18           Q.   Can you tell me where Mr. Richards was when it

19    happened?

20           A.   I believe we were at a convention.

21           Q.   Which convention?

22           A.   ERA.

23           Q.   Was anyone else present?

24           A.   I don't remember.

25           Q.   Do you -- are you aware of any documents that



1  would reflect that you told Mr. Richards prior to 2013

2  at a convention that Quality Resources used an auto

3  dialer?

4      A.   Yes.  It was always known how I marketed.  I

5  was an outbound call center.

6      Q.   Which document?

7      A.   I don't know the document.

8           MR. BRODERICK:  Well, she said, "how I

9      marketed."

10 BY MR. DEVINE:

11     Q.   Do you remember the specific language you used

12 when you --

13     A.   No.

14     Q.   -- told that to Mr. Richards?

15          How did he respond?

16     A.   He aggressively wanted our business, so it was

17 not a problem with him.  He knew we were a good company

18 with good, clean business.

19     Q.   Other than that conver -- at that --

20 can you -- you tell me the full name of that convention

21 that you just referenced?

22     A.   ERA?

23     Q.   Yeah.  What does that mean?

24     A.   Electronic Retail Association.

25     Q.   Okay.  And what -- do you recall where that



1   was held?

2        A.   There's two a year.  There's one in Las Vegas

3   and there's one in Miami.

4        Q.   Which convention was it at when you had --

5        A.   I don't know.

6        Q.   -- this conversation?

7             And I -- I'm sorry, but we can't -- we have

8   to --

9        A.   I believe it's Las Vegas, but I'm not sure.

10       Q.   Okay.  Okay.  Was anyone else from Sempris

11  present at this conversation?

12            MR. BACKMAN:  Form; asked and answered.

13            Go ahead.

14       A.   I believe Adam Hanks might have been; but

15  again, that was ten years ago.  I don't recall.

16  BY MR. DEVINE:

17       Q.   Okay.  Okay.  Let's talk about -- you also

18  mentioned that Sandy Marina -- is that her --

19       A.   Yes.

20       Q.   -- correct last name?

21       A.   (Moves head up and down.)

22       Q.   Okay.  Sandy Marina had a conversation with

23  someone at Sempris prior to 2013, indicating that

24  Quality Resources used an auto dialer?

25       A.   Not in those words; but several e-mails back



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 106 of 213 PageID #:2463

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                             105

1   and forth, as you could see in these exhibits, asking

2   her to put a customer on the Do Not Call and take them

3   out of the dialing system.

4        Q.   Was every dialing system an auto dialer?

5        A.   Yes.

6             MR. BACKMAN:  Form.  When?

7   BY MR. DEVINE:

8        Q.   In -- in -- prior to 2013.

9        A.   I don't understand "was every system."  What

10  does that mean?

11       Q.   Was -- well, if you take somebody off of a --

12  on a -- if you put somebody on a Do Not Call list, how

13  does that have any relation whatsoever to a -- to the

14  type of dialer that's used?

15       A.   It doesn't matter what type --

16            MR. BRODERICK:  Objection.

17       A.   -- of auto dialer you're using, but you have

18  to take that customer out of the dialer so they will

19  never be called again.

20  BY MR. DEVINE:

21       Q.   Are you aware of any document or any

22  conversation with -- Sandy Marina ever had with anybody

23  at Sempris where she used the word "auto dialer"?

24       A.   I have no idea.

25       Q.   Okay.  I'm going to go back to Exhibit 20, if



1   you could find that.

2        A.   Got it.

3             MR. DEVINE:  I have a vente, is that --

4        thanks.

5             MR. EPSTEIN:  Who had iced?

6             THE WITNESS:  Me.

7             MR. EPSTEIN:  Are these both the same?

8             THE WITNESS:  No.  Mine's the smaller one.

9             MR. EPSTEIN:  Who's the other one?  Is that

10       yours?

11            MR. BACKMAN:  Yeah.

12            MR. DEVINE:  Thanks for the coffee.

13            MR. EPSTEIN:  You weren't here.

14            MR. BRODERICK:  That's okay.  I'm

15       well-caffeinated.

16            MR. DEVINE:  There's more up there, isn't

17       there?

18  BY MR. DEVINE:

19       Q.   I know you're getting set up over there.  Just

20  tell me -- tell me when you're ready.

21       A.   I'm ready.

22       Q.   Okay.  Now, you -- you mentioned in your

23  conversation with Mr. Broderick that Sempris was in

24  charge of scripting.

25       A.   Correct.



 1      Q.   Right?

 2           And you've got Exhibit 20 in front of you.

 3  Right?

 4      A.   Yes.

 5      Q.   And you -- can you identify that document for

 6  me, if you don't mind?

 7      A.   It's a script.

 8      Q.   Okay.  It's a script for what program?

 9      A.   Budget Savers.

10      Q.   Okay.  Who typed up the script?

11      A.   I really don't know.

12      Q.   Is it accurate that Quality Resources tests

13  the language that you use in scripts to determine what

14  language is more productive in terms of generating

15  conversion rates?

16      A.   No.  For Sempris, he doesn't monitor that, as

17  well as, for instance, Affinion.  You cannot go one word

18  off of the script with Affinion.  George Sempris trusts

19  that I am very compliant, and they listen to our phone

20  calls.  So there has been calls in the past from George

21  if he doesn't like something in the script.

22      Q.   Is it your testimony that Sempris provides you

23  with a physical copy of each script that's read for

24  Budget Savers?

25      A.   In the beginning he did.





Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 109 of 213 PageID #:2466

CHERYL MERCURIS 30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                          108

1    Q.    And when did he stop?

2    A.    I don't know.

3    Q.    Can you ballpark it for me?

4    A.    I really can't.

5    Q.    And I can represent to you, Ms. Mercuris, that

6  we've reviewed your document production and we've never

7  seen an e-mail between Quality Resources and Sempris, or

8  any other communication between Quality Resources and

9  Sempris, that contained a Budget Savers script.  Are you

10  aware of any such document?

11    A.    No.  We mostly talked on -- on the phone.  We

12  don't do a lot of e-mailing.

13    Q.    So how would the -- how did Mr. Richards, or

14  anyone at Sempris, communicate scripts to Quality

15  Resources for Budget Savers?

16    A.    We adhere to the rules of -- for instance, of

17  Affinion and the lawyers, of what needs to be in the

18  script.  And there have been -- like I said, there's

19  been times where he has called and said, "Take this out.

20  I don't like this," and we've modified it.

21    Q.    Okay.  But is it your testimony that -- of all

22  the language in the script, what percentage was drafted

23  by Quality Resources?

24          MR. BRODERICK:  Objection.

25    A.    I don't know.  I don't know.  But he has to



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 110 of 213 PageID #:2467

CHERYL MERCURIS  30(b)(6)                        July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS              109

1   approve the script in order for us to sell for him.

2   BY MR. DEVINE:

3       Q.   How does -- how does -- tell me about that

4   approval process.  How does that work?

5       A.   Well, now, since we've been working together

6   for so long, they just listen to our calls.  And we've

7   been using the same script forever.

8       Q.   Where are -- are you aware of any document

9   that indicates Sempris approving of a script that

10  Quality Resources was using to sell Budget Savers?

11      A.   I am not aware of it.

12      Q.   Okay.  Who are the people at Quality

13  Resources -- well, let me strike that.

14          Who are the people at Sempris who approved

15  scripts, in your testimony?

16      A.   I would say Mark Ricke.

17      Q.   Anyone else?

18      A.   I don't believe so.

19      Q.   Okay.  Can you tell me who Mr. Ricke would

20  communicate with to approve or not approve scripts?

21      A.   No.  This was years ago.  I don't remember.

22  And like I said, they -- they e-mailed me a script when

23  we first began, and we've really never deviated from

24  that script; a little bit here and there, but it's

25  pretty much the same product since we started.



 1 │  Q.    Do you still have that e-mail?

 2 │  A.    I doubt it.

 3 │  Q.    Okay.  What year was that?

 4 │  A.    It had to be 2005, when we started.

 5 │  Q.    And who sent the e-mail?

 6 │  A.    I don't know.

 7 │  Q.    Who did they send it to?

 8 │  A.    Probably me.

 9 │  Q.    What did the e-mail say?

10 │  A.    I don't know.

11 │  Q.    Have you looked for the e-mail?

12 │  A.    Have I looked for the e-mail?

13 │  Q.    Yeah.

14 │  A.    No.

15 │  Q.    Have you looked for it?

16 │  A.    No.

17 │        MR. DEVINE:  We request, Counsel, that you

18 │  take a look for -- for any such e-mail --

19 │        THE WITNESS:  We looked for every e-mail --

20 │        MR. DEVINE:  -- to the extent it exists.

21 │        THE WITNESS:  -- I know.

22 │        MR. BACKMAN:  Uh-huh.  We can do it.  If you

23 │  have a discovery issue, you can talk to me about

24 │  it.

25 │        MR. DEVINE:  Okay.



1    BY MR. DEVINE:

2         Q.    Can you -- is there any -- any point in time

3    when Sempris rejected a script?

4         A.    No.  Scripts were not changed unless there was

5    something changed, for instance, the price.  We've

6    changed the price, he's changed the time of the trial.

7    If something in the product changes, that would be

8    really a big change.

9         Q.    Right.  And that's -- Sempris's responsibility

10   is to provide you with details about the program that

11   Sempris has.  Right?

12        A.    Correct.

13        Q.    And your responsibility as the marketer is to

14   try to sell that product to a customer.  Correct?

15        A.    Yes.

16        Q.    And you've described Quality Resources as the

17   marketer.  Right?

18        A.    Correct.

19        Q.    Wouldn't a marketer create the language that

20   is used to try to sell the product?

21              MR. BACKMAN:  Form.

22              MR. BRODERICK:  Objection.

23        A.    George is a very smart businessman and would

24   never let an outside marketer just create their own

25   script.  So we were given a script in the beginning, and



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 113 of 213 PageID #:2470

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                              112

 1   we've always adhered to that script.  I've made changes
 2   here and there due to the product, and they've never had
 3   a problem with it; and if they did, they'd call me and I
 4   would change it.
 5   BY MR. DEVINE:
 6       Q.   Okay.
 7       A.   Which is very standard in the industry.
 8       Q.   Okay.  Did you ever have any conversations
 9   with Mark Ricke about scripting?
10       A.   I'm sure I did.
11       Q.   Do you -- can you -- do you recall when --
12   when you had those conversations?
13       A.   No.
14       Q.   Are you aware of any documents that reflect
15   those conversations?
16       A.   No.
17       Q.   Was anyone else present during those
18   conversations?
19       A.   I don't believe so.  That would be by e-mail,
20   or if we met at a show.
21       Q.   Okay.  Is there any analysis internally that
22   happens at Quality Resources to gauge the language in
23   the script and whether or not it is helpful in
24   generating a sale conversion?
25            MR. BACKMAN:  Form.



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 114 of 213 PageID #:2471

CHERYL MERCURIS  30(b)(6)                           July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                    113

1       A.   Can you say that again?

2   BY MR. DEVINE:

3       Q.   Sure.  And I apologize if it was confusing.

4   Is there a -- do you do any internal analysis at Quality

5   Resources about the effectiveness of the script

6   language?

7       A.   Yes.

8       Q.   Okay.  Who does that?

9       A.   Well, I check all of the stats, which are

10  pretty similar daily because we've used the same script

11  for so long.  But I have changed little words.  For

12  instance, where I would place reviewing the address or

13  speaking to the customer regarding their order; but

14  never the pertinent language that needs to be in the

15  script.

16      Q.   When you say "pertinent language," what are

17  you referring to?  The details of the program?

18      A.   Billing.  The details of the program and the

19  billing.

20      Q.   Right.  So is -- is it -- your testimony is

21  that the details of the program, that the amount that

22  the -- would include the amount that the program costs.

23      A.   Uh-huh.

24      Q.   Right?

25      A.   Correct.



1      Q.    The duration of the trial period.  Right?

2      A.    Right.

3      Q.    The amount of the trial-period membership.

4  Right?

5      A.    Yes.

6      Q.    The name of the program?

7      A.    Yes.

8      Q.    The nature of the program?

9      A.    Yes.

10     Q.    Okay.  Anything else that would fall into that

11 category?

12     A.    Not that I can recall.

13     Q.    Okay.  But the rest of the language would be

14 language that -- in the script that Quality Resources

15 would draft.  Correct?

16     A.    We had legal language that has to be in the

17 script.  This is not the script.  This is a fronter

18 script.

19     Q.    What do you mean by "fronter script"?

20     A.    This is basically asking the customer if

21 they're interested in this product.  And like I

22 explained earlier, it then goes to a verification

23 department, which is recorded, and Budget Savers is

24 explained in more detail; and we receive a positive

25 confirmation on tape from the customer that they would



 1   like to purchase it.

 2        Q.   Okay.  So what I'd like to understand better

 3   is what exactly Quality Resources drafts of all the

 4   language that is used to a prospective or actual

 5   customer, so can you explain that for me?

 6        A.   What we draft?

 7        Q.   Yeah.  As far as any communications between

 8   one of your call-center reps and the customer.

 9             MR. BACKMAN:  Form.

10        A.   It would be scripted.

11   BY MR. DEVINE:

12        Q.   Right.  And Quality Resources drafts that?

13             MR. BACKMAN:  Form; asked and answered.

14             MR. BRODERICK:  Objection.

15             MR. BACKMAN:  Do you understand where he's

16        going with the question?

17             THE WITNESS:  Yeah, I do understand.

18        A.   And basically you're trying to say that I make

19   up the scripts.

20             MR. BACKMAN:  Just correct him if he's wrong.

21   BY MR. DEVINE:

22        Q.   I'm not trying to say anything; I'm asking

23   you.

24        A.   No, I do not create the scripts.  I modify the

25   scripts.  I've modified them since I received his



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 117 of 213 PageID #:2474

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                      116

1   initial script, and him and I discuss the scripts

2   because we both know what needs to be in there legally.

3        Q.   Okay.  So let's look at the first two

4   sentences of this Budget Saver script.  "Hi, John

5   Public, my name" -- and I'm looking at and reading from

6   20 -- "Hi, John Public, my name is Joe Agent; and I'm

7   calling you regarding your product purchase.  We would

8   like to thank you for purchasing from us and make sure

9   we have the correct address."  Right?

10       A.   Yes.

11       Q.   Did I read that correctly?

12       A.   I believe so.

13       Q.   And that's language that Quality Resources

14   would put together, because it doesn't deal with --

15       A.   Correct.

16       Q.   -- the details of the program.  Right?

17       A.   Yes.

18       Q.   Okay.  And the next two sentences, that's also

19   language that Quality Resources would put together,

20   because it doesn't deal with the details of the program.

21   Correct?

22       A.   Yes.

23       Q.   Okay.  And for the next paragraph -- we're now

24   on Paragraph 3 -- it says, "To show our appreciation for

25   your order and how much we value you as a customer,



1    we're sending you $100 in gas vouchers for -- just for

2    trying the first 14 days of Budget Savers for only a

3    dollar."

4            Now, it's my understanding from your

5    testimony -- correct me if this is wrong -- that the

6    dollar amounts there would come from Sempris, but the

7    rest of the language would come from Quality.  Is that

8    right?

9            MR. BACKMAN:  Form; objection.

10       A.   No.

11   BY MR. DEVINE:

12       Q.   Okay.  So at some point, somebody at Sempris

13   sent you that sentence, "To show you -- to show our

14   appreciation for your order and how much we value you as

15   a customer, we're sending you $100 in gas vouchers just

16   for trying the first 14 days of Budget Savers for only a

17   dollar"?

18            MR. BACKMAN:  Form.

19            MR. BRODERICK:  Objection.

20       A.   I don't really understand what you're asking

21   me.

22   BY MR. DEVINE:

23       Q.   Okay.

24       A.   Did I make up that sentence?

25       Q.   Who -- who drafted that sentence?



 1        A.   I did; but Sempris has to approve everything

 2   that we say on the floor.

 3        Q.   Next sentence, "Just take a look at it.  It's

 4   a brand-new savings program that will save you money on

 5   hundreds of stores, restaurants, hotels, airlines,

 6   rental cars, and much, much more."  Who drafted that

 7   sentence?

 8        A.   I did.

 9        Q.   "Now, once you get a chance to look" -- I'm

10   continuing -- "Now, once you get a chance to look over

11   everything, if you're not interested in the savings you

12   don't have to keep it, John."  Who drafted that

13   sentence?

14        A.   I might have drafted the wording, but all of

15   the facts come from Sempris and they approved our

16   script.  I can't make up a script.

17        Q.   I -- I would just ask you to answer my

18   question.  I don't --

19             MR. BACKMAN:  She is.

20             THE WITNESS:  I'm trying.

21             MR. BACKMAN:  She is.

22   BY MR. DEVINE:

23        Q.   Next -- next sentence, "But if you see it --

24   but if you see it will save you money and you would like

25   to continue, then your benefits would extend you



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 120 of 213 PageID #:2477

CHERYL MERCURIS  30(b)(6)                           July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                          119

 1   automatically for 29.95 a month."  Who drafted that

 2   sentence?

 3           MR. BRODERICK:  Objection.

 4       A.   I don't know.  It's not even grammatically

 5   correct.

 6   BY MR. DEVINE:

 7       Q.   Can you just tell me who drafted it?

 8           MR. BACKMAN:  She said, "I don't know."

 9       A.   I don't know.

10   BY MR. DEVINE:

11       Q.   Okay.  Who drafted the remaining sentences in

12   the -- in the script?

13       A.   Between myself and Sempris is how we came up

14   with the script.

15           MR. DEVINE:  I'm going to respectfully object

16       to the answer as nonresponsive.

17   BY MR. DEVINE:

18       Q.   I'm just asking, who wrote the words on the

19   page?

20       A.   I did.

21       Q.   Okay.  Thank you.  You can put aside 20.

22           When Mr. Broderick was asking you questions,

23   he asked if Sempris knew that Quality Resources was

24   calling cellphones.  Right?

25           And your -- your response was, if I'm not --



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 121 of 213 PageID #:2478

CHERYL MERCURIS 30(b)(6)                              July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                        120

1    if my notes are correct -- that Mr. Richards did know

2    that?

3          A.    Yes.

4          Q.    Sempris did know that.  Right?

5          A.    Yes.

6          Q.    And I just want to understand the basis for

7    your testimony that Mr. Richards knew that.

8          A.    He knew -- he knew that because he knew how we

9    were generating a customer, by order confirmation; and

10   he's definitely aware of what "order confirmation"

11   means; and we discussed the existing business

12   relationship before we ever started order confirmation.

13         Q.    Okay.  And I -- I just want to make sure I

14   understand.  The order confirmation is the process that

15   Quality goes through to confirm a customer's underlying

16   retail purchase.

17         A.    Correct.

18         Q.    Is that right?  In other words, you're

19   verifying that the customer bought, in the case that

20   we're all involved in now, Stompeez slippers.  Right?

21         A.    Yes.

22         Q.    That's order confirmation?

23         A.    And we verify different things for different

24   clients.

25         Q.    Okay.  So help me understand how Mr. Richards



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 122 of 213 PageID #:2479

CHERYL MERCURIS 30(b)(6)                                July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                        121

1  or Sempris would have known that Quality was calling

2  cellphones because you were using order confirmation?

3       A.   Because they are existing customers of my

4  client, such as Stompeez; and when they purchased on --

5  online, obviously there is -- there is a -- what's it

6  called?  Not a disclaimer, but -- where they are told

7  that they're going to be marketed by a third party and

8  they can check it "yes" or "no."

9       Q.   Right.  I understand that.

10      A.   Right.  So he's -- George was definitely aware

11  of this.

12      Q.   Okay.  Did any -- is -- is there -- I want to

13  understand -- I want to make sure we all understand the

14  difference between you assuming that Mr. Richards knew

15  this, and that somebody actually told Mr. Richards this

16  or communicated it to him in some way.

17           So is there a date or a conversation or a

18  document you can point to that shows that Quality

19  Resources ever told Sempris that cellphones were being

20  called at any point?

21           MR. BACKMAN:  Object to form.

22           MR. BRODERICK:  Objection.

23      A.   Do I recall the date of the conversation?  No.

24  BY MR. DEVINE:

25      Q.   Okay.  Do you know of any -- do you know who



 1   was involved in the conversation?

 2        A.   George and myself, I would assume; and I would

 3   assume George would not negate that.

 4        Q.   And when was that conversation,

 5   approximately?

 6        A.   2010.

 7        Q.   And where was it?

 8        A.   I don't know.

 9        Q.   Was it a phone call?  Was it in person?

10        A.   I don't know.

11        Q.   Was anyone else present?

12        A.   I don't know.

13        Q.   What did you say to him?

14        A.   I believe we talked about it, and we met

15   several times and spoke about it.

16        Q.   Well, I just want to know what you said to

17   him.

18        A.   I had to get it approved by him.

19        Q.   What did you say to him?

20        A.   I don't exactly remember.  I explained to him

21   the process of order confirmation, and he approved it.

22        Q.   How did you explain the process of order

23   confirmation to him?

24        A.   How did I explain it?

25        Q.   Yeah.



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 124 of 213 PageID #:2481

CHERYL MERCURIS  30(b)(6)                              July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                    123

```
 1        A.    I don't understand the question.

 2        Q.    Okay.  Well, you -- how -- how did you -- tell

 3   me what you said to him.

 4        A.    I don't remember --

 5        Q.    Okay.

 6        A.    -- exactly.

 7        Q.    Okay.

 8              MR. DEVINE:  I'm going to mark this.

 9              MR. BRODERICK:  What are we up to?

10              MR. DEVINE:  Is this 27?

11              THE COURT REPORTER:  (Moves head up and down.)

12              MR. BRODERICK:  We might have used this.

13              MR. DEVINE:  We used a slightly different

14        version.

15              MR. BRODERICK:  Different version.

16              MR. DEVINE:  Yeah.

17              (Exhibit 27 marked for identification.)

18              THE WITNESS:  Thank you.

19              THE COURT REPORTER:  You're welcome.

20   BY MR. DEVINE:

21        Q.    Let me ask you a few -- before we start -- you

22   can put the document aside for a second.  Before we kind

23   of get into the document, I just wanted to ask you a

24   few -- sorry about that -- a few questions about Quality

25   and how Quality works.
```



1           So you -- you testified you're the CEO of

2    Quality Resources.   Right?

3        A.   Yes.

4        Q.   And does Quality have a board of directors?

5        A.   No.

6        Q.   Do you report to anyone at all?

7        A.   No.

8        Q.   As CEO, would it be accurate to say that you

9    are responsible for the day-to-day operations at

10   Quality?

11       A.   Yes.

12       Q.   And that you're responsible for the policies,

13   practices, and procedures that Quality and its employees

14   follow?

15       A.   Yes.

16       Q.   Okay.   And it's a privately held company.

17   Right?

18       A.   Yes.

19       Q.   Okay.   And, you know, as -- as far as Quality

20   Resources goes, would it be accurate to say that no one

21   outside of Quality Resources has the authority to direct

22   the policies, procedures, and practices of Quality

23   Resources?

24       A.   Correct.

25       Q.   And how many call centers do you have?



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 126 of 213 PageID #:2483

CHERYL MERCURIS  30(b)(6)                          July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                   125

1      A.   Just one.

2      Q.   Just one?

3      A.   (Moves head up and down.)

4      Q.   And how many call-center employees,

5  approximately?

6      A.   Between 350 and 400.

7      Q.   And they're all in Clearwater?

8      A.   Yes.

9      Q.   Okay.  And what are the different departments

10  that you have within Quality?

11      A.   I have HR.

12      Q.   Uh-huh.

13      A.   I have accounting.  I have compliance.  I have

14  Quality control, IT, and sales.

15      Q.   Okay.  Okay.  And would -- it would be

16  accurate to say that your call-center reps do not

17  communicate with Sempris in any way.  Is that right?

18      A.   That's right.

19      Q.   In other words, they take their direction from

20  within Quality.  Correct?

21      A.   Yes.

22      Q.   And there's someone who oversees your call

23  centers.

24      A.   Yes.

25      Q.   Right?  And that person who runs the call



CHERYL MERCURIS 30(b)(6)                              July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS               126

1    centers reports to you.

2         A.   Yes.

3         Q.   Right?  And the people who run your HR,

4    accounting, compliance, quality control, and IT, all

5    report to you.  Right?

6         A.   Yes.

7         Q.   They don't report to Sempris.

8         A.   No.

9         Q.   Right?

10             And they don't take direction from Sempris.

11   Right?

12        A.   No.

13        Q.   And Sempris doesn't control or direct how

14   employees and executives at Quality Resources do their

15   jobs.  Correct?

16             MR. BRODERICK:  Objection.

17        A.   No.

18   BY MR. DEVINE:

19        Q.   Sempris doesn't make any phone calls to try to

20   sell Budget Savers, to your knowledge.  Right?

21        A.   I don't know.

22        Q.   Does Sempris run a call center?

23        A.   I'm not sure.

24        Q.   Are you aware of any fact that would indicate

25   that Sempris runs a call center?



1       A.    No.

2       Q.    Are you aware of any fact that would indicate

3    that Sempris buys lists of customers to call to try to

4    sell Budget Savers?

5       A.    I don't really know what he does outside of my

6    business.

7       Q.    Okay.  At any point do you inform Sempris who

8    your product partners are?

9       A.    Yes.

10      Q.    Okay.  Does Sempris have a list of your

11   product partners?

12      A.    There's only one, besides them.

13      Q.    Oh, okay.  Maybe I'm using vague language.

14   When you say "product partners," what do you mean?

15      A.    The product, like Sempris's product, Budget

16   Savers.

17      Q.    Oh, I got it.  Okay.  I was referring

18   to the ...

19      A.    Order-confirmation clients?

20      Q.    Correct.  Right.  Does Sempris know your

21   roster of order-confirmation clients?

22      A.    No.

23      Q.    Okay.  Does Sempris have any role or

24   involvement in the development of the customer lists

25   that you develop at Quality Resources?



1          A.    No.

2          Q.    You have the dialing system that you've

3     discussed at Quality Resources.  Right?

4          A.    Yes.

5          Q.    And there are various inputs that Quality

6     Resources has to make to this dialing system.  Right?

7          A.    Yes.

8          Q.    Can you describe what some of those inputs

9     are?

10         A.    Inputs, as far as what?

11         Q.    Just how -- customer -- which customer lists

12    go into it, when they go into it, when calls are made,

13    where calls are made.

14         A.    We receive the customers daily from all of our

15    clients.

16         Q.    And when you say "clients," who are you

17    referring to?  I just want to make sure we're on the

18    same page.

19         A.    Order-confirmation clients.

20         Q.    Right.  Right.

21         A.    We call them immediately, before they get

22    their product, to -- to reconfirm their order.

23         Q.    Okay.  You mentioned the VICIdial system.

24    Right?

25         A.    Yes.



 1        Q.    Did Sempris have any role or involvement in

 2   your selection of the VICIdial system?

 3        A.    No.

 4        Q.    Did Sempris have -- has Sempris ever been

 5   on-site at Quality Resources?

 6        A.    I believe so.

 7        Q.    Who was on-site?

 8        A.    George.

 9        Q.    And when was that?

10        A.    I don't remember.

11        Q.    Anyone else other than George?

12        A.    I think so.

13        Q.    Do you have any specific recollection?

14        A.    No.

15        Q.    Okay.  Do you recall the purpose of

16   Mr. Richards' visit?

17        A.    I don't.  I don't know if there was a purpose,

18   rather than maybe he was in town.

19        Q.    So to the best of your recollection, it was a

20   social visit, personal visit?

21        A.    Probably both.

22        Q.    Okay.  Do you have any -- does Quality

23   Resources have any business relationship with a company

24   called "Synergy, LTD"?

25        A.    No.



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 131 of 213 PageID #:2488

CHERYL MERCURIS  30(b)(6)                                July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS              130

1      Q.   Does Quality Resources have any business

2  relationship with a company called "Leisure Time

3  Savings"?

4      A.   No.

5      Q.   Does Quality Resources have any business

6  relationship with a company called "Direct Discount

7  Club"?

8      A.   No.

9      Q.   Okay.  Does Sempris have any involvement in

10  hiring and firing at Quality Resources?

11      A.   No.

12      Q.   Does Sempris have any involvement of any kind

13  in the way you train employees at Quality Resources?

14      A.   No.

15      Q.   Does Sempris have any involvement of any kind

16  in how you evaluate your employees at Quality --

17      A.   No.

18      Q.   -- Resources?

19          Does Sempris have any involvement of any kind

20  on how you schedule your employees at Quality Resources?

21      A.   No.

22      Q.   Does Sempris have any involvement of any kind

23  in how you compensate your employees?

24      A.   No.

25      Q.   Or how you supervise them and instruct them?



```
 1        A.    No.
 2        Q.    Okay.  You -- you've testified that Quality
 3   Resources maintains its own internal Do Not Call list.
 4        A.    Yes.
 5        Q.    Right?
 6              How many names are on that list?
 7        A.    I don't know.
 8        Q.    And who's responsible for maintaining that
 9   list at Quality?
10        A.    Sandy.
11        Q.    Sandy Marina?
12        A.    Yes.
13        Q.    Okay.  Have you ever sent that list to
14   Sempris?
15        A.    I don't know.
16        Q.    Of the total -- can you give me a ballpark as
17   far as how many names are on that list?
18        A.    I can't.  I can make a phone call and find out
19   for you.
20        Q.    Of all the names that are on the list -- I
21   appreciate that -- but of all the names that are on the
22   list, how many of them came from Sempris?
23        A.    I have no idea.
24        Q.    Could you give me a percentage,
25   approximately?
```



1      A.    No.

2      Q.    Small or large?

3      A.    It would be a Sandy question.

4      Q.    Okay.  Okay.  Let's go to the document that

5   you have in front of you.

6           MR. BACKMAN:  Let's take a break real quick.

7           MR. DEVINE:  What's that?

8           MR. BACKMAN:  Let's just take a break real

9       quick.

10          MR. DEVINE:  Sure.  Oh, wait.  Can I just ask

11      a question about the document before we -- before

12      we take a break?  I'm fine with taking a break.  I

13      just want to make sure we're -- that -- this won't

14      take long.  If that's okay, Jeff?

15          MR. BACKMAN:  Sure.

16          MR. DEVINE:  If you don't mind?

17          MR. BACKMAN:  You're just stopping me from

18      using the restroom.

19          MR. DEVINE:  I -- I apologize for that.

20          MR. BACKMAN:  As long as you can deal with

21      that, I have no problem.

22          MR. DEVINE:  I can deal -- I can deal with

23      that.  This will take just a couple --

24          MR. BACKMAN:  Good.  Good.

25          MR. DEVINE:  What number are we on?



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 134 of 213 PageID #:2491

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                              133

```
 1              THE COURT REPORTER:  27.

 2              MR. DEVINE:  27, okay.

 3   BY MR. DEVINE:

 4       Q.   So you -- you've got Exhibit 27.  This is a

 5   slightly different version of a -- the e-mail is the

 6   only difference that I am -- I'm aware of, of a document

 7   that Mr. Broderick talked to you about.

 8              If you could turn to the second page of this

 9   document -- it's the first non-e-mail page -- and take a

10   look at No. 1, the second paragraph, the language that's

11   stricken from that.  You would agree with me that

12   Quality Resources proposed the deletion of that

13   language.

14       A.   Yes.

15       Q.   Right?

16              And that the redlines that are reflected in

17   this -- I guess they're technically gray lines since

18   there's no color in this document -- but the -- the gray

19   lines that are reflected in this document are proposed

20   changes from Quality Resources?

21       A.   Yes.

22              MR. DEVINE:  Okay.  Now we can take a break.

23         Thanks, Jeff.  I appreciate it.

24              THE VIDEOGRAPHER:  We are now off the record

25         at 2:35 p.m.
```



```
 1              (Recess from 2:35 p.m. to 2:43 p.m.)

 2              THE VIDEOGRAPHER:  We're back on the video

 3       record at 2:43 p.m.

 4   BY MR. DEVINE:

 5       Q.   Let's talk about -- so we -- before we broke,

 6   we were talking about Quality Resources' internal Do Not

 7   Call list; but there's also a different Do Not Call list

 8   that -- that is outside of Quality Resources that you're

 9   also aware of.

10       A.   Yes.

11       Q.   Is that right?

12            Does -- can you tell me about the steps that

13   Quality takes to ensure that it does not call

14   individuals who are on that Do Not Call list?

15            MR. BACKMAN:  Form.

16            MR. BRODERICK:  Objection.

17       A.   No, that would be an IT question.

18   BY MR. DEVINE:

19       Q.   Okay.  Have you ever -- would you agree with

20   me that Sempris does not direct or control how Quality

21   Resources attempts to comply with the Do Not Call

22   list?

23       A.   Yes.

24            MR. BRODERICK:  Objection.

25   BY MR. DEVINE:
```



CHERYL MERCURIS 30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                            135

1         Q.   And would you also agree with me that --
2    let -- let me just do this.  Let's look at the ...
3              MR. DEVINE:  Did I do that?
4              THE COURT REPORTER:  No, no.
5              MR. BRODERICK:  Jeff's throwing stuff.
6              MR. DEVINE:  Jeff's throwing stuff?  He's that
7         mad I wouldn't let him go to the bathroom?
8              Did you mark this?
9              MR. BRODERICK:  What number is it?  32?
10             MR. DEVINE:  Oh, yeah, you did.  Never mind.
11        I'll use one in here.  Keep that simpler.
12             Can you pick up Exhibit 4, Jeff, and put it in
13        front of Ms. Mercuris, please?
14             THE WITNESS:  Thank you.
15   BY MR. DEVINE:
16        Q.   Ms. Mercuris, you have Exhibit 4 in front of
17   you?
18        A.   Yes.
19        Q.   And that's the telemarketing program sales
20   agreement between Sempris and Quality Resources.  Is
21   that right?
22        A.   Yes.
23        Q.   And that's the version of your contract with
24   Sempris that's been operative since September 26, 2010.
25   Is that right?



1          MR. BACKMAN:  Form.  And for the record, the

2      entire exhibit is a composite of multiple

3      agreements.

4  BY MR. DEVINE:

5      Q.   You can answer the question.

6      A.   Can you repeat the question?

7      Q.   Sure.  Would you agree with me that the

8  telemarketing program sales agreement that you have in

9  front of you, dated September 26, 2010, is the current

10 operative agreement between Sempris and Quality

11 Resources?

12         MR. BACKMAN:  Form.

13         MR. BRODERICK:  Objection.

14     A.   I don't believe so.  There's addendums.  This

15 is not the final agreement.

16 BY MR. DEVINE:

17     Q.   Okay.  Other than addendums that -- what --

18 what's missing from the agreement?

19     A.   I believe we renewed this after 2010.

20     Q.   Okay.  For now, let's look at Paragraph 1(A)

21 of Exhibit 4.  And if you look at the middle of the

22 paragraph it says, "Company agrees that in marketing the

23 programs it will comply with all applicable state and

24 federal laws, rules, regulations, including but not

25 limited to those regarding deceptive advertising in the



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 138 of 213 PageID #:2495

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                          137

1   Telephone Consumer Protection Act of 1991; the

2   Telemarketing & Consumer Fraud & Abuse Prevention Act of

3   1994; the Telemarketing Sales Rule, 16 CFR, Part 310, as

4   it now exists, or as amended in the future in

5   Regulation E of the Federal Reserve Board."  Do you see

6   that language?

7        A.   Yes.

8        Q.   And you understand that "company" is defined

9   in this agreement in the first paragraph as "Quality

10  Resources."

11       A.   Yes.

12       Q.   Right?

13       A.   Yes.

14       Q.   And you understand with that language, Quality

15  Resources was agreeing to comply with all applicable

16  laws in marketing Sempris's programs.  Correct?

17       A.   Yes.

18       Q.   And Quality Resources did do that.  Correct?

19       A.   Yes.

20       Q.   You took active and diligent steps to try to

21  make sure that you complied with all laws?

22       A.   Yes.

23       Q.   And you would agree with me, Ms. Mercuris,

24  that under the language in the telemarketing program

25  sales agreement, Quality Resources took



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 139 of 213 PageID #:2496

CHERYL MERCURIS 30(b)(6)                                     July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                           138

1    responsibility -- full responsibility -- for all

2    marketing of the Sempris programs.  Correct?

3         A.   Yes.

4         Q.   Okay.  And that's how it worked in practice.

5    Right?

6         A.   Yes.

7         Q.   Okay.  Now let's go back to Quality Resources

8    for a second, the call center; just a couple of other

9    quick questions.

10            You'd agree with me that Sempris has no

11   direction or control over which particular call-center

12   representative calls a particular client or series of

13   clients.  Right?

14        A.   Right.

15        Q.   That's a "yes"?

16        A.   Yes.

17        Q.   And you would also agree with me that Sempris

18   has no direction or control over Quality in terms of the

19   number of upsells that might be offered to a particular

20   customer.

21        A.   Correct.

22        Q.   Right?  And we talked earlier about how

23   there -- there is as many as three different positions

24   in a call.  Right?  There's a first position, second

25   position --



```
 1        A.   Yes.

 2        Q.   -- and a third position?  And only the first

 3   would be occupied by Sempris.  Right?

 4        A.   Right.

 5        Q.   And you would agree with me that Sempris has

 6   no involvement whatsoever in the language that's used

 7   for position -- call position No. 2 and call position

 8   No. 3.  Correct?

 9        A.   Correct.

10        Q.   Because that language doesn't involve Sempris

11   in any way.

12        A.   Correct.

13        Q.   Right?  You're not selling a Sempris program.

14   Right?

15        A.   Right.

16        Q.   So Sempris doesn't see that language.

17   Right?

18        A.   They hear it when they listen to recordings,

19   if they want.

20        Q.   Okay.  But they have no approval authority

21   over --

22        A.   No, none.

23        Q.   -- that language?

24        A.   (Moves head from side to side.)

25        Q.   Now, you testified that there are a few states
```



1    that you don't sell Sempris programs into?

2          A.    Right.

3          Q.    Tell me how that mechanically works when

4    you've got other companies involved, like Affinion,

5    et cetera; how do you ensure that Sempris programs

6    aren't marketed in particular states?

7          A.    If Sempris does not market in that state, we

8    don't call that state.

9          Q.    Period?

10         A.    Period.

11         Q.    For anyone?

12         A.    No.

13         Q.    Okay.  Okay.

14         A.    Because Sempris is the first product, so we'd

15   have to sell that first.

16         Q.    Okay.  This case involves a call that was made

17   in December 2012 to plaintiff Sarah Toney.  Are you

18   familiar --

19         A.    Yes.

20         Q.    Okay.  And do you know whether Quality

21   Resources has a tape recording of that call?

22         A.    No.  She was not a sale.

23         Q.    Okay.  Do you not record no-sale calls?

24         A.    We do record them, but we don't keep them

25   as -- forever, like we do the sales.



 1        Q.    Okay.  So you don't have a --

 2        A.    No.

 3        Q.    You don't have a recording of the Sarah Toney

 4   call?

 5        A.    No.

 6        Q.    All right.  Would you agree with me that a

 7   Sempris product was not sold to Ms. Toney?

 8        A.    I agree.

 9        Q.    Okay.  What is the -- do you have any

10   knowledge whatsoever, one way or another, about whether

11   a Sempris product was offered to Ms. Toney?

12        A.    Yes, I'm sure it was.

13        Q.    And what's the basis for your statement?

14        A.    I'm just guessing; but when we confirm the

15   order, as long as she was positive and had no problem

16   with the order confirmation, we would have, but I can't

17   say 100 percent --

18        Q.    Okay.

19        A.    -- positive that we offered it.

20        Q.    So you'd be speculating then?

21        A.    Correct.

22              MR. DEVINE:  Okay.  Let's mark this 28.

23              (Exhibit 28 marked for identification.)

24    BY MR. DEVINE:

25        Q.    Ms. Mercuris, the court reporter's put before



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 143 of 213 PageID #:2500

CHERYL MERCURIS  30(b)(6)                          July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                    142

 1  you what's been marked Exhibit 28.  The subject line --

 2  it's -- it's an e-mail -- it's a couple of e-mails, but

 3  the top e-mail is from Sandy Zufall to Mark Ricke.  And

 4  it says -- it -- it involves -- do you recognize this

 5  document, first of all?

 6       A.   Do I recognize it?

 7       Q.   Yeah.  Have you ever seen it before?

 8       A.   Not until yesterday.

 9       Q.   Okay.  Would you agree -- tell me why Utah was

10  on your master list of state suppressions.

11       A.   I don't know.

12       Q.   Do you know when Utah went on your list?

13       A.   I do not.

14       Q.   So you would have no knowledge one way or

15  another about whether Sempris asked Quality Resources --

16  well, let me strike that.

17            You would have no knowledge one way or another

18  as to whether Utah ended up on your list of state

19  suppressions as a result of a request from Sempris?

20       A.   This is a request from Sempris; and we already

21  had it as a state suppression.

22       Q.   Right.  And my question is, because you don't

23  know how Utah got on your list of state suppressions,

24  you can't say one way or another whether Sempris had any

25  role --



CHERYL MERCURIS  30(b)(6)                          July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                     143

1          A.   No.

2          Q.   -- in putting it there?

3          A.   No.

4          Q.   Okay.  You can put that aside.

5               You testified in -- in talking to

6     Mr. Broderick earlier, that George Richards agreed that

7     Quality Resources did not have to scrub the Do Not Call

8     list because of your order-confirmation process.  Right?

9          A.   I don't know if he agreed --

10              MR. BACKMAN:  Form.

11              MR. BRODERICK:  Objection.

12         A.   -- but he must have been aware of it.

13    BY MR. DEVINE:

14         Q.   Okay.  But you're assuming that he was aware

15    of it?

16         A.   Correct.

17              MR. BRODERICK:  Objection.

18    BY MR. DEVINE:

19         Q.   Okay.  Mr. Broderick asked you about your

20    communications with Mr. Richards, and I think you said

21    that you don't -- you don't speak to him very often?

22         A.   No.

23         Q.   That's right?

24         A.   That's right.

25         Q.   Okay.  And that you meet in person about one



1    time a year.

2          A.    Correct.

3          Q.    Right?

4                And that you occasionally talk on your

5    cellphone.

6          A.    Correct.

7          Q.    Right?  If you could just ballpark for me, how

8    often would you say you talk to George every year?

9          A.    Maybe two or three times.  The relationship is

10   so good, there is really no need for us to speak a lot.

11   It's very smooth.  We're both on the same page.

12         Q.    Okay.  Do you communicate with anyone else at

13   Sempris personally?

14         A.    Not personally.

15         Q.    Okay.  So who would you say at Quality

16   Resources has the most frequent communications with

17   Sempris?

18         A.    Sandy.

19         Q.    Anyone else other than Sandy?

20         A.    Accounting.

21         Q.    Accounting?  Okay.

22               And what's Sandy's job with respect to

23   Sempris?

24         A.    Sandy sends the sales to Sempris.  She deals

25   with all requests from Sempris.  She's their day-to-day



 1 | person.
 2 |      Q.   Okay.  And do you know who she communicates
 3 | with at Sempris?
 4 |      A.   I know it used to be Mark.  I don't know who
 5 | it is today.
 6 |      Q.   Okay.  And from the accounting perspective,
 7 | would that just deal with the payments that are going
 8 | back and forth --
 9 |      A.   Yes.
10 |      Q.   -- between -- I shouldn't say "back and
11 | forth"; but the payments that Sempris is making to
12 | Quality?
13 |      A.   Correct.
14 |      Q.   In other words, there would be no
15 | communications, that you're aware of, between your
16 | accounting department and Sempris about how you sell
17 | Budget Savers?
18 |      A.   No.
19 |      Q.   Right.  Okay.  When you speak to -- who
20 | initiates your communications with George Richards?  Is
21 | it you or him?
22 |      A.   Either one of us.
23 |      Q.   And is there a common theme to those?  Are
24 | there particular things that you're always talking
25 | about?



```
 1        A.   No.

 2        Q.   There's a variety of subjects?

 3        A.   Yes.

 4        Q.   Okay.  Do you have any notes of any of your

 5   calls with George?

 6        A.   No.

 7        Q.   Is anyone else typically on the phone when --

 8        A.   No.

 9        Q.   -- you talk to George?

10        A.   No.

11        Q.   How often does Sandy -- is her last name

12   Zufall or Marina?

13        A.   Marina.

14        Q.   It's Marina?  How often does Sandy Marina

15   speak to Mark Ricke or --

16        A.   I don't know.

17        Q.   Does Sandy always report to you when she talks

18   to Sempris?

19        A.   No.

20        Q.   Now, look at Exhibit 8 and exhibit -- let's do

21   8 first.  Do you remember Mr. Broderick asking you

22   questions about Exhibit 8?

23        A.   Yes.

24        Q.   Is it your understanding that you and

25   Mr. Richards in this communication were just discussing
```



```
 1   how to comply with the existing rules on credit card

 2   capture?

 3           MR. BACKMAN:  Form.

 4       A.  No.

 5   BY MR. DEVINE:

 6       Q.  What was your understanding?

 7       A.  We were talking about a competitor, Vertrue,

 8   who was trying to outbid him on my business; and talking

 9   about rules that they were under the impression that had

10   passed.

11       Q.  Okay.  When -- when you say "they," you mean

12   Vertrue?

13       A.  Vertrue, yes.

14       Q.  Okay.  Was Vertrue right or wrong about their

15   view?

16           MR. BACKMAN:  Form.

17       A.  I don't know.

18   BY MR. DEVINE:

19       Q.  Okay.  And you -- you did not -- did you or

20   did you not end up replacing Sempris with Vertrue?

21       A.  No.

22       Q.  And why did you stay with Sempris?

23       A.  Because they're a good company.

24       Q.  Right.  And you knew that Mr. Richards and

25   Sempris were very diligent and careful about ensuring
```



1  that they do business the right way?

2        A.   Absolutely.

3        Q.   Okay.  Put 8 aside.

4             And No. 9.  Could you look at Exhibit 9.

5  Exhibit 9, Mr. Broderick also asked you about.  And

6  would -- it would be fair to say that, you know, this

7  involved a customer complaint regarding the membership

8  program.

9        A.   Correct.

10       Q.   Right?  And you would agree with me,

11 Ms. Mercuris, that in the customer-service business,

12 particularly when you have a high volume of customers,

13 complaints occasionally happen?

14       A.   Correct.

15       Q.   And would you also agree with me that, to the

16 best of your knowledge, Sempris customers are, generally

17 speaking, very happy with the programs that they enter

18 into?

19       A.   Yes.

20            MR. BRODERICK:  Objection.

21 BY MR. DEVINE:

22       Q.   And at the top of Exhibit 9, Mr. Richards

23 explains to you that while you didn't like the way he

24 handled a particular thing, that he was just trying to

25 follow the law in the state of Minnesota.  Right?



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 150 of 213 PageID #:2507

CHERYL MERCURIS  30(b)(6)                          July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                        149

1            MR. BACKMAN:  Form.

2        A.   Yes.

3   BY MR. DEVINE:

4        Q.   And you have no reason to think that

5   Mr. Richards is incorrect.  Right?

6        A.   No.

7        Q.   Okay.  Let's look at No. 14 -- Exhibit 14.

8             Do you have Exhibit 14?

9        A.   Yes.

10       Q.   Oh, you do.  This is the VICIdial manager

11   manual that Mr. Broderick asked you about?

12       A.   Correct.

13       Q.   Did you ever provide this document to

14   Sempris?

15       A.   Myself, I did not.

16       Q.   Did anyone at Quality Resources?

17       A.   I don't know.  I doubt it.

18       Q.   Do you have any reason -- you doubt it?

19       A.   Yes.

20       Q.   You -- you have no reason to believe that

21   anyone at Quality Resources ever would have sent this

22   document to Sempris.  Right?

23       A.   No.

24       Q.   You can put that aside.  Let's look at 17 --

25   Exhibit 17.



CHERYL MERCURIS  30(b)(6)                              July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                        150

1          I'd like you to take a look at the e-mail and

2   the -- near the top -- it's not the top e-mail, but the

3   second-to-the-top e-mail, from you to George Richards,

4   dated September 8, 2011.

5          A.   Yes.

6          Q.   I apologize, I referenced the wrong part of

7   that.  I meant the -- the -- the message from George to

8   you, dated September 8, 2011, at 10:26 a.m.  Do you see

9   that?  "Cheryl, I've been thinking about our call"?

10         A.   Yes.

11         Q.   Do you have any recollection of that call?

12         A.   A little bit.

13         Q.   Tell me what you recall.

14         A.   I recall that George wanted me to suppress

15  certain bins from the people that I call.

16         Q.   Anything else you recall, other than what's

17  stated in the e-mail there?

18         A.   No.

19         Q.   Okay.  You don't have any notes of your

20  conversation with George.  Right?

21         A.   No.

22         Q.   Okay.  Put that aside.

23              MR. DEVINE:  Okay.  I'm going to mark ... 29?

24              THE COURT REPORTER:  Correct.

25              (Exhibit 29 marked for identification.)



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 152 of 213 PageID #:2509

CHERYL MERCURIS  30(b)(6)                              July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                      151

1   BY MR. DEVINE:

2       Q.   If you can take a look at Exhibit 29,

3   Ms. Mercuris, which the court reporter has just put in

4   front of you; particularly, if you could just first

5   focus your attention on the -- on the last page.  Is

6   that your signature on the top right?

7       A.   Yes.

8       Q.   Okay.  And that's your verification of Quality

9   Resources' answers and objections to Sempris's first set

10  of interrogatories?

11      A.   Yes.

12      Q.   Okay.  Did you review these before you signed

13  on Page 17?

14      A.   Yes.

15      Q.   Okay.  Okay.  You can put those aside.

16           MR. DEVINE:  Mark this.  There's two parts to

17      this.

18           (Exhibit 30 marked for identification.)

19           MR. DEVINE:  Is this 30?

20           THE COURT REPORTER:  30.

21  BY MR. DEVINE:

22      Q.   Can you take a look at 30, Ms. Mercuris.  And

23  I put two pieces of paper together here.  One is an

24  e-mail from you to George Richards; and the second

25  one -- and the e-mail's dated January 27, 2009; and the



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 153 of 213 PageID #:2510

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                            152

1    second one is the People's Health Express discount

2    program document that explains the program.

3         A.   Yes.

4         Q.   You referenced this program earlier when we

5    were talking.  Correct?

6         A.   Yes.

7         Q.   And you agreed with me that this People's

8    Health Express discount program is separate from Budget

9    Savers.

10        A.   Yes.

11        Q.   Right?

12             And People's Health Express would not have

13   been offered to Sarah Toney in December 2012.  Correct?

14        A.   Correct.

15        Q.   Okay.  And to the best of your recollection,

16   how long did the People's Health Express discount

17   program last?

18        A.   Maybe six months, eight months.

19        Q.   And can -- does this help you ballpark the

20   time frame a little bit better of when it was in

21   operation?

22        A.   Yes.

23        Q.   When -- when would you say it was ended?

24        A.   No -- no longer than a year.

25        Q.   Well, you said six to eight months.  Right?



1      A.   I believe.  I'm really not sure.

2      Q.   Okay.  And who would you have read People's

3  Health Express to in terms of -- let me strike that.

4           Which -- would People's Health Express have

5  been offered on the same call as Budget Savers?

6      A.   Yes.

7      Q.   And what position would People's Health

8  Express have been offered?

9      A.   Second.

10     Q.   Okay.  And why was it discontinued?

11     A.   George discontinued it.

12     Q.   And to the best of your recollection, why was

13 that?

14     A.   It wasn't working for him.

15     Q.   Okay.  Okay.  Put that aside.

16          MR. DEVINE:  Mark 31.

17          (Exhibit 31 marked for identification.)

18 BY MR. DEVINE:

19     Q.   You have Exhibit 31 in front of you,

20 Ms. Mercuris?

21     A.   Yes.

22     Q.   You want to take a minute and review it?

23          I'd like to focus your attention on the top

24 e-mail in the chain, from Sandy Zufall to Mark Ricke,

25 11/5 -- dated 11/5/2010.  And -- and it says at the top,



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 155 of 213 PageID #:2512

CHERYL MERCURIS 30(b)(6)                          July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                    154

1  in Ms. Marina's e-mail, "I'm sorry, Mark, Cheryl is the

2  only one who has -- the only one that has access to or

3  sends copies of scripts and she's out of town until

4  Monday."  Do you see that?

5       A.   Yes.

6       Q.   Is that accurate?

7       A.   Yes.

8       Q.   Tell me about how you maintain your scripts at

9  Quality Resources.  Do you keep them personally or does

10 your secretary?

11      A.   I -- other peop -- I mean, the scripts are on

12 the floor, so IT has access to scripts.  You just -- she

13 just didn't know whether or not she should send it out.

14 But this is basically because they need to see exactly

15 what we're reading.

16      Q.   Right.  But Sempris doesn't keep copies; you

17 do.  Right?

18           MR. BACKMAN:  Form.

19           MR. BRODERICK:  Objection.

20      A.   Well, I presented them with a copy, yes.

21 BY MR. DEVINE:

22      Q.   Okay.

23      A.   They -- they're requesting a copy because it

24 had just changed.

25      Q.   Right.  And in Mr. Ricke's e-mail to Sandy



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 156 of 213 PageID #:2513

CHERYL MERCURIS 30(b)(6)                           July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                    155

1   Zufall, dated Friday, November 5, 2010, he says, "I do

2   have one favor.  Could you forward a copy of the latest

3   script you're using.  I'd like to keep one in the folder

4   to reference, but I don't believe I have the latest

5   since we converted to the 16-digit capture."  Do you see

6   that?

7        A.    Right.

8        Q.    Right?  So this isn't a request by Sempris,

9   you'd agree with me, to change any language in the

10  script?

11            MR. BACKMAN:  Form.

12            MR. BRODERICK:  Objection.

13       A.    This is or is not?

14  BY MR. DEVINE:

15       Q.    Is not.

16       A.    No, this is -- they just want a version of the

17  script.

18       Q.    Right.  Okay.  You can put that aside.

19            MR. DEVINE:  If we can take a break.  I think

20       I'm getting close.

21            THE VIDEOGRAPHER:  Going off the video record

22       at 3:15 p.m.

23            (Recess from 3:15 p.m. to 3:25 p.m.)

24            THE VIDEOGRAPHER:  We're back on the video

25       record at 3:25 p.m.



CHERYL MERCURIS  30(b)(6)                               July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                        156

 1              MR. DEVINE:  Oh, sorry.

 2    BY MR. DEVINE:

 3         Q.   We have a couple other areas to cover here.

 4    If you would go back to Exhibit 4, which I think is the

 5    telemarketing program sales agreement.  And look at --

 6    do you have that in front of you, Ms. Mercuris?

 7         A.   Yes.

 8         Q.   And take a look at 1(B) on the first page,

 9    where it says, "Although Sempris shall not have any

10    direct or indirect control over company's methods of

11    marketing the programs or its marketing solicitations,

12    company agrees to adhere to the confirmation and

13    verification criteria described in Exhibit B attached

14    hereto."  Right?

15         A.   Yes.

16         Q.   And do you have Exhibit B there as well?  It

17    should be in the back.

18              MR. BRODERICK:  QSR 39?

19              MR. DEVINE:  Yeah.

20              MR. BACKMAN:  What's the Bates number?

21              MR. DEVINE:  It's QSR 39.

22    BY MR. DEVINE:

23         Q.   Do you see that?

24         A.   Yes.

25         Q.   Okay.  I just wanted to make sure you saw it.



1 | And if you could go back to 1(B) -- and you would agree
2 | that, you know, 1(B) was basically designed to ensure
3 | that Quality Resources would have complete control over
4 | the methods of marketing.  Correct?
5 |     A.   Yes.
6 |     Q.   Okay.  And that Sempris would not have any
7 | control or direct -- ability to direct Quality Resources
8 | in the way that it marketed.  Correct?
9 |     A.   Yes.
10 |     Q.   Okay.  And that that's actually how it worked
11 | in practice.  It's not only how you contracted; it's how
12 | it worked in practice.  Correct?
13 |     A.   Yes.
14 |         MR. BRODERICK:  Objection.
15 | BY MR. DEVINE:
16 |     Q.   If I can also ask you -- you can put that
17 | aside.
18 |         This lawsuit is -- was brought by a woman
19 | named Sarah Toney.  And we talked a little bit about her
20 | conversation with Quality Resources in December 2012.
21 | Was any credit card ever taken from Mrs. Toney -- from
22 | Ms. Toney?
23 |     A.   No.
24 |     Q.   Right?
25 |     A.   No.



1      Q.    Thank you.  Now, do you -- Quality Resources

2   has agreed to indemnify Infomercials in this litigation.

3   Is that right?

4           MR. BACKMAN:  Form.

5      A.    Yes.

6   BY MR. DEVINE:

7      Q.    Okay.  Can you tell me why?

8           MR. BACKMAN:  As long as -- as long as it's

9       nothing that's based on conversations with your

10      lawyer.

11  BY MR. DEVINE:

12     Q.    Yeah, I'm not looking for your communications

13  with your lawyers.  I just want to know as a business

14  person why you decided to indemnify Infomercials.

15     A.    Because basically they were doing their job by

16  giving us the names of their clients.

17     Q.    Okay.  And you also have an indemnification

18  provision in your agreement with Sempris.  Correct?

19     A.    I'm not sure.  I believe so.

20     Q.    If you can take a look at Exhibit 4.  We'll go

21  back to that.  It's Paragraph 5 of Exhibit 4.  And it's

22  5(A).  And I can just read, "Company shall indemnify and

23  hold Sempris and its directors, officers, and employees,

24  shareholders, affiliates, successors, and S&Es harmless

25  from any and all claims, damages, liabilities, suits,



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 160 of 213 PageID #:2517

CHERYL MERCURIS 30(b)(6)                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS            159

1   judgments, cost and expenses, including reasonable

2   attorneys fees arising and resulting directly and

3   indirectly from any acts, errors, or omissions of

4   company, its employees or agents, done or made under, in

5   connection with, or in connection with its activities

6   under this agreement."  Do you see that provision?

7        A.   Yes.

8        Q.   Okay.  And have you agreed to indemnify

9   Sempris in this litigation?

10       A.   No.

11       Q.   And can you tell me why not?

12            MR. BACKMAN:  And again, if -- if that's a

13       decision that's based upon conversations with your

14       lawyers --

15            THE WITNESS:  It is.

16            MR. BACKMAN:  -- then I'm going to raise a

17       privilege objection.

18  BY MR. DEVINE:

19       Q.   Okay.  So on your -- on advice of counsel,

20   you're refusing to answer my question?

21            MR. BACKMAN:  No, I'm telling her not to

22       answer because the answer calls for privileged

23       communication.

24            MR. DEVINE:  Understood.

25            MR. BACKMAN:  So that's in response to your



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 161 of 213 PageID #:2518

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                           160

 1      question.

 2            MR. DEVINE:  Fair enough.

 3   BY MR. DEVINE:

 4      Q.   Okay.  And you're not going to answer my

 5   question?

 6            MR. BACKMAN:  Same comment that I just made.

 7            MR. DEVINE:  Okay.  Fair enough.

 8   BY MR. DEVINE:

 9      Q.   Why are you agreeing to indemnify Infomercials

10   and not Sempris?

11            MR. BACKMAN:  Same instruction.  If it's based

12      upon conversations with your lawyers, you don't

13      have to answer.

14   BY MR. DEVINE:

15      Q.   Okay.  As a business person, why are you --

16   putting aside communications with your counsel, which I

17   don't want you to disclose here, can you tell me why

18   you're indemnifying Infomercials but not Sempris?

19            MR. BACKMAN:  If the business decision,

20      though, is based upon conversations with your

21      lawyers --

22            THE WITNESS:  It is.  Sorry.

23   BY MR. DEVINE:

24      Q.   Okay.

25            MR. BACKMAN:  -- it's privileged.



```
 1            MR. DEVINE:  Okay.  Do you have any questions,
 2      Mr. Epstein?
 3            MR. BRODERICK:  I have a few when you're done.
 4            MR. DEVINE:  Okay.
 5  BY MR. DEVINE:
 6      Q.   You are -- under your contract with Sempris,
 7  you are permitted -- specifically permitted to make
 8  outbound calls on behalf of -- to make outbound calls;
 9  correct, to try to sell Budget Savers?
10      A.   As of right now?
11      Q.   Right.
12      A.   We're permitted to make manual outbound calls.
13      Q.   Right.  Understood.  And there's no other type
14  of communication that you're authorized to currently
15  have on -- to try to sell Budget Savers, other than
16  outbound calling.  Correct?
17      A.   Correct.
18      Q.   Okay.  And are you communicating in any other
19  way with prospective customers, other than through
20  outbound calling?
21      A.   No.
22      Q.   Okay.  And by "outbound customers" I mean
23  outbound --
24      A.   Order confirmation.
25      Q.   Correct.  Right.  Okay.
```



CHERYL MERCURIS  30(b)(6)                                   July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS                          162

1           And what is an "outbound call"?  What does
2    that mean?
3        A.   It means we contacted the customer.
4        Q.   Yeah.  You -- you affirmatively reached out to
5    the customer.
6        A.   Correct.
7        Q.   Right?  Rather than having --
8        A.   -- them contact --
9        Q.   -- the customer call you?
10       A.   Correct.
11       Q.   That would be an inbound call --
12       A.   Yes.
13       Q.   -- if the customer called you.  Right?
14       A.   Yes.
15       Q.   Okay.
16           MR. DEVINE:  Mr. Broderick, I'll pass the
17       witness; and just mop up here, make sure I don't
18       have anything else, but I think I'm very close.
19           MR. BRODERICK:  Okay.
20                  REDIRECT EXAMINATION
21   BY MR. BRODERICK:
22       Q.   On Exhibit 4, which I think is still in front
23   of you, the end of Paragraph A, it requires you to
24   adhere to the scripts verbatim.  Correct?  You had a lot
25   of questions about who drafted the scripts; but when the



 1  scripts are agreed to, you're contractually obligated to

 2  have your agents --

 3       A.    Yes.

 4       Q.    -- read those scripts verbatim?

 5       A.    Yes.

 6       Q.    In order for you to be able to -- for Quality

 7  to be able to transfer customers to Sempris, you're

 8  going to have to make a lot of unsuccessful calls on

 9  their behalf in order to land the customers; I think you

10  said there's only 30 percent of your calls that actually

11  resulted in someone signing up for Budget Savers?

12            MR. BACKMAN:  Form.  Is there a question

13       there?

14  BY MR. BRODERICK:

15       Q.    Aren't -- aren't unsuccessful calls required

16  in order for you to land a certain percentage as

17  customers for Sempris?

18            MR. BACKMAN:  Form.

19            MR. DEVINE:  Form.

20            MR. BACKMAN:  I don't understand what you mean

21       by "unsuccessful call."

22  BY MR. BRODERICK:

23       Q.    Well, I mean a call that doesn't result in

24  anything.  When I say "unsuccessful," a call that

25  doesn't result in you transferring a customer to



1   Sempris.

2        A.   What about it?

3        Q.   Well, you can't -- there's no way in

4   telemarketing to only make calls that land customers.

5   Correct?

6             MR. BACKMAN:  Form.

7             MR. DEVINE:  Same objection.

8        A.   You mean sales?

9   BY MR. BRODERICK:

10       Q.   Sales, yeah.

11       A.   Yes.

12       Q.   Just -- just a telemarketing campaign, you're

13  gonna -- you're not gonna have a hundred percent

14  conversion rate on everybody you call?

15       A.   Correct.

16       Q.   And so the -- I guess what I'm getting at is

17  those customers -- those calls that you place but you

18  don't land, you don't get paid for those by Sempris.

19  Correct?

20       A.   Correct.

21       Q.   But it's necessary for you to call a hundred

22  people in order to transfer 30 customers.  Correct?

23            MR. BACKMAN:  Form.

24       A.   Not necessarily.

25  BY MR. BRODERICK:



1      Q.    Roughly?

2      A.    Roughly.

3      Q.    Why do you say "not necessarily"?

4      A.    I'm guessing at conversion.

5      Q.    At -- at conversion?  But that --

6      A.    Yes.

7      Q.    -- it's -- it's inherent in the business that

8  you're not going to convert every call into a sale?

9      A.    Of course.

10     Q.    And Quality believed it was in compliance with

11 the -- with the TCPA throughout its relationship with

12 Sempris.  Correct?

13     A.    Yes.

14     Q.    And when Mr. Richards visited your facility,

15 did you show him around the facility?  Did he go --

16     A.    I don't remember.

17     Q.    You don't remember if you showed him the call

18 center?

19     A.    I would have if he -- but I don't remember.

20 You're talking about ten years ago.

21     Q.    Long time ago.  Sempris, to your knowledge, do

22 they generate a better percentage of their customers

23 through telemarketing companies such as Quality?

24         MR. DEVINE:  Object to form.

25     A.    I don't know.



1   BY MR. BRODERICK:

2        Q.   Do you know if they do direct marketing --

3        A.   I don't know.

4        Q.   -- themselves?

5             Is it common knowledge in the -- well, strike

6   that.

7             In 2010 to 2013, was it typical for people

8   operating a call center, or companies such as Quality

9   operating a call center, to use an ATDS?

10            MR. DEVINE:  Object to form.

11            MR. BACKMAN:  Form.

12       A.   What is "ATDS"?

13  BY MR. BRODERICK:

14       Q.   Automatic telephone dialing system; something

15  like the VICIdial system.

16       A.   Yes.

17            MR. BACKMAN:  Form.

18  BY MR. BRODERICK:

19       Q.   That was common?

20            MR. DEVINE:  Same objection.

21       A.   Yes.

22  BY MR. BRODERICK:

23       Q.   And so if you have over a hundred people,

24  it's -- is it fair to say that it's vastly more

25  efficient to use an automatic dialing system to keep



 1    those people in the call center busy?

 2        A.   Yes.

 3        Q.   And do you think it would have -- do you think

 4    that -- did Quality do exactly what it was hired to do

 5    by Sempris in placing calls from 2010 to 2013?

 6             MR. DEVINE:  Object to form.

 7        A.   Yes.

 8    BY MR. BRODERICK:

 9        Q.   I believe Mr. Devine asked you if there was a

10    document you could point to, to show that Mr. Richards

11    or Sempris was -- was aware that you were making calls

12    to cellphones; and I think -- I think you said you

13    couldn't.

14             But I just direct your attention to ... I lost

15    track -- Exhibit 23, which is QSR 12343 to 12344.  Would

16    that be an example of a document that indicates to you

17    that Provell/Sempris knew that calls were being

18    placed --

19             MR. DEVINE:  Object to form.

20    BY MR. BRODERICK:

21        Q.   -- to cellphones?

22             MR. DEVINE:  Object to form; foundation.

23    BY MR. BRODERICK:

24        Q.   The second page of this is Hollis Linn

25    complaining that she's continually getting calls on her



 1  cellphone from Budget Savers.

 2          MR. DEVINE:  Same objection.

 3      A.   Okay.  I'm sorry.  What's was the question?

 4  BY MR. BRODERICK:

 5      Q.   The question is, does that document to you

 6  indicate that Sempris was aware that you were making

 7  calls to cellphones?

 8          MR. DEVINE:  Object to form.

 9      A.   Not necessarily.  Several customers -- most

10  customers lie when they call and complain.  So we would

11  have to call -- we would have to look it up.

12  BY MR. BRODERICK:

13      Q.   Okay.  But do you think Sempris would have

14  been surprised to learn that you had called a

15  cellphone?

16      A.   No.

17          MR. DEVINE:  Object to form.

18  BY MR. BRODERICK:

19      Q.   And you said you record the sales portion of

20  the call, the fronter-script portion?

21      A.   No.  We record the verification part of the

22  call.

23      Q.   I -- I -- I thought you had said you also

24  record the sales part, but don't keep it for --

25      A.   Correct.  We don't keep the recordings like we



 1   do in sales.

 2        Q.   How long are those recordings kept?

 3        A.   I believe a week to two weeks.

 4        Q.   Did Sempris have access to those recordings?

 5        A.   Yes.

 6        Q.   And --

 7        A.   They don't -- they don't monitor those

 8   recordings very often.  Mostly it's just the sales.

 9        Q.   But they could have, via the FTP site?

10        A.   I'm not sure.  Sandy would know that answer.

11             MR. BRODERICK:  Okay.  I don't have anything

12        else.  Thank you.

13             THE WITNESS:  You're welcome.

14             MR. DEVINE:  I just have one or two and then

15        I'm done.

16                      RECROSS-EXAMINATION

17   BY MR. DEVINE:

18        Q.   Would you agree with me, Ms. Mercuris, that

19   Sempris does not have any ability to direct or control

20   how Quality Resources disciplines or fires its

21   employees?

22        A.   Yes.

23             MR. DEVINE:  That's all -- that's all I have.

24        I -- I appreciate your time today.

25             THE WITNESS:  You're welcome.



1      MR. DEVINE:  Yeah, thank you.

2      MR. BACKMAN:  We'll read.

3      THE VIDEOGRAPHER:  We are going off the video

4  record at 3:41 p.m.

5      (Off video record at 3:41 p.m.)

6      THE COURT REPORTER:  Did you need to order it?

7      MR. BRODERICK:  Yes, please.

8      THE COURT REPORTER:  Ten business days is our

9  normal turnaround.  Do you have something coming

10  up?

11      MR. BRODERICK:  That's fine.

12      MR. DEVINE:  That's fine for me too.

13      MR. BACKMAN:  You know what -- well, let's

14  deal with something real quick; and this doesn't

15  have to be on the record.

16      (Discussion held off the record.)

17      MR. EPSTEIN:  Are you going to be here

18  tomorrow?

19      THE COURT REPORTER:  No.

20      MR. EPSTEIN:  Then you'll need to leave those

21  exhibits.

22      THE COURT REPORTER:  Oh.  Okay.

23      Did anybody need a copy of the transcript?

24      MR. DEVINE:  We'll certainly reach out to you

25  regarding that.



1        THE COURT REPORTER:  Okay.  Did you need a

2    copy of the transcript?

3        MR. EPSTEIN:  Yes.  It's been ordered.  Right?

4        THE COURT REPORTER:  It has been ordered, the

5    original.

6        And you-all handle -- would you-all be able to

7    handle the read and sign?

8        MR. EPSTEIN:  Yes.

9        THE COURT REPORTER:  Okay.  Thank you.

10        (The reading and signing of this videotaped

11    deposition is not waived, and the taking of this

12    videotaped deposition concluded at 3:41 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1              VIDEOTAPED DEPOSITION ERRATA SHEET

 2

 3   Our Assignment No. J0128159

 4   Case Caption:  Toney vs. Quality Resources, Inc.

 5

 6          DECLARATION UNDER PENALTY OF PERJURY

 7        I declare under penalty of perjury that I have read

 8   the entire transcript of my Videotaped Deposition taken

 9   in the captioned matter or the same has been read to me,

10   and the same is true and accurate, save and except for

11   changes and/or corrections, if any, as indicated by me

12   on the VIDEOTAPED DEPOSITION ERRATA SHEET hereof, with

13   the understanding that I offer these changes as if still

14   under oath.

15

16        Signed on the _____ day of _____, 20___.

17

18

19              _____
                CHERYL MERCURIS
20

21

22

23

24

25
```



```
                    VIDEOTAPED DEPOSITION ERRATA SHEET
                      ESQUIRE JOB NO. J0128159


 Page No._____Line No._____Change to:_____

 _____

 Reason for change:_____

 Page No._____Line No._____Change to:_____

 _____

 Page No._____Line No._____Change to:_____

 _____

 Reason for change:_____

 Page No._____Line No._____Change to:_____

 _____

 Page No._____Line No._____Change to:_____

 _____

 Reason for change:_____

 Page No._____Line No._____Change to:_____

 _____

 Page No._____Line No._____Change to:_____

 _____

 Reason for change:_____

 Page No._____Line No._____Change to:_____

 _____


 SIGNATURE:_____DATE:_____
            CHERYL MERCURIS
```



```
1                    VIDEOTAPED DEPOSITION ERRATA SHEET
                        ESQUIRE JOB NO. J0128159
2

3    Page No._____Line No._____Change to:_____

4    _____

5    Reason for change:_____

6    Page No._____Line No._____Change to:_____

7    _____

8    Page No._____Line No._____Change to:_____

9    _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Page No._____Line No._____Change to:_____

14   _____

15   Reason for change:_____

16   Page No._____Line No._____Change to:_____

17   _____

18   Page No._____Line No._____Change to:_____

19   _____

20   Reason for change:_____

21   Page No._____Line No._____Change to:_____

22   _____

23

24   SIGNATURE:_____DATE:_____
                   CHERYL MERCURIS
25
```



1                    CERTIFICATE OF REPORTER

2

3    STATE OF FLORIDA

4    COUNTY OF HILLSBOROUGH

5

6            I, Jennifer Figueroa, Registered Professional

7    Reporter, certify that I was authorized to and did

8    stenographically report the foregoing videotaped

9    deposition, Pages 1 through 171; and that the transcript

10   is a true record of the testimony given by the witness.

11

12           I further certify that I am not a relative,

13   employee, attorney, or counsel of any of the parties,

14   nor am I a relative or employee of any of the parties'

15   attorneys or counsel connected with the action, nor am I

16   financially interested in the action.

17

18           Dated this 16th day of July, 2015.

19

20

21

22   _____

23           Jennifer Figueroa, RPR

24

25



1                          CERTIFICATE OF OATH

2

3     STATE OF FLORIDA

4     COUNTY OF HILLSBOROUGH

5

6              I, Jennifer Figueroa, Registered Professional

7     Reporter, Notary Public, State of Florida, certify that

8     CHERYL MERCURIS personally appeared before me on the 8th

9     day of July, 2015, and was duly sworn.

10

11             WITNESS my hand and official seal this 16th

12    day of July, 2015.

13

14    Identification:

15    Personally known ___ or produced identification X.

16    Type of identification produced:

17    Florida driver's license.

18

19

20                        

21             _____

                         Jennifer Figueroa, RPR
22                       Notary Public, State of Florida
                         Commission No.: EE 848734
23                       Commission Expires: 03/02/2017

24

25

Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 178 of 213 PageID #:2535

CHERYL MERCURIS  30(b)(6)                                July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS        Index: $1.50..2007

**$**

**$1.50**
    27:8
    81:21

**$100**
    117:1,15

**$30**
    19:8

**$320,000**
    76:13

**$320,219.50**
    75:2

**'**

**'DNC'**
    34:1

**1**

**1**
    8:1,3,14
    17:13
    30:23
    33:15
    83:14
    84:3,12,
    13 97:23,
    24 98:1
    133:10

**1(A)**
    136:20

**1(B)**
    156:8
    157:1,2

**1.50**
    27:6

**10**
    52:8,11

**10/1/2010**
    61:3

**100**
    10:12,18,
    21 25:7,
    17 34:22
    89:13,14,
    16 141:17

**10366**
    32:13,19

**10367**
    33:12

**10369**
    35:6

**10399**
    32:13

**10451**
    74:15

**10452**
    74:16

**10:14**
    6:8

**10:26**
    150:8

**10:34**
    47:3

**11**
    54:3
    55:17,18,
    21 66:4

**11/5**
    153:25

**11/5/2010**
    153:25

**11:30**
    55:13,14

**11:43**
    55:14,16

**12**
    58:10,12

**12343**
    77:9
    167:15

**12344**
    77:9
    78:23
    167:15

**12714**
    79:20

**12717**
    79:21

**12:35**
    82:4,5

**12:43**
    82:5,7

**12:44**
    83:4,5

**13**
    21:4 47:3
    59:21,24

**13620**
    80:13

**13621**
    80:15

**13881**
    55:21

**13th**
    69:11

**14**
    12:8
    62:14,17
    63:22
    117:2,16
    149:7,8

**15**
    63:24,25
    64:4

**15-day**
    27:15,17

**150**

**53:5**

**16**
    65:24
    66:2
    137:3

**16-digit**
    41:7,9
    43:17
    49:23
    155:5

**17**
    66:24
    84:13
    149:24,25
    151:13

**17764**
    76:21

**17766**
    76:22

**18**
    32:20
    69:4,7,19

**18-3**
    58:16

**18051**
    69:8

**19**
    51:4
    69:16,20,
    21

**1977**
    70:3

**1991**
    137:1

**19910-19911**
    59:24

**1992**
    9:1

**1994**
    137:3

**1:39**
    83:5,7

**2**

**2**
    25:25
    26:3,15
    27:2 29:5
    30:13
    38:18
    64:15
    97:20,22,
    25 139:7

**2,336**
    31:10

**20**
    14:15,24
    52:11
    53:15
    71:24
    72:1,7
    94:11,20
    105:25
    107:2
    116:6
    119:21

**2003**
    24:17,18,
    19

**2005**
    9:11
    11:14
    20:2
    24:11
    38:18
    72:19
    101:2,9,
    10 102:3
    110:4

**2007**
    13:11
    55:7 94:4



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 179 of 213 PageID #:2536

CHERYL MERCURIS  30(b)(6)                          July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS        Index: 2009..566

**2009**
  151:25

**2010**
  26:15
  28:4,13
  29:1,5,
  20,24
  40:18,20
  43:20
  45:17
  47:3 51:4
  56:8
  70:12
  71:9,13,
  17 72:23
  75:21
  79:11
  122:6
  135:24
  136:9,19
  155:1
  166:7
  167:5

**2011**
  32:21
  66:4
  69:12
  75:24
  76:9
  150:4,8

**2012**
  12:22
  22:20
  95:15,18,
  23 96:20
  97:1 98:9
  140:17
  152:13
  157:20

**2013**
  20:18
  62:20,24
  63:10
  71:9,13,
  17 72:24

  98:20
  99:1,10
  100:4,13,
  23 103:1
  104:23
  105:8
  166:7
  167:5

**2015**
  6:8

**21**
  72:7
  74:13,15

**21647**
  62:18

**21674**
  62:18

**22**
  36:6
  76:18,19,
  21 81:11

**23**
  77:6,9
  167:15

**24**
  39:14
  79:18,20

**24.95**
  27:7

**25**
  53:15
  80:9,13

**26**
  81:6,10
  135:24
  136:9

**27**
  123:10,17
  133:1,2,4
  151:25

**28**

  141:22,23
  142:1

**29**
  150:23,25
  151:2

**29.95**
  12:9
  119:11

**2:35**
  133:25
  134:1

**2:43**
  134:1,3

**2nd**
  67:19

— **3** —

**3**
  27:22
  30:13
  32:7,8,11
  116:24
  139:8

**3(A)**
  35:8

**30**
  14:15,24
  28:11
  29:4
  94:11,20
  151:18,
  19,20,22
  163:10
  164:22

**30(b)(6)**
  8:15 84:4

**30-day**
  27:7,15,
  18 31:23,
  25

**31**
  33:24
  81:11
  153:16,
  17,19

**310**
  137:3

**32**
  38:1 39:8
  135:9

**350**
  125:6

**375**
  53:18

**38**
  38:11

**39**
  156:18,21

**3:15**
  155:22,23

**3:25**
  155:23,25

**3:41**
  170:4,5
  171:12

— **4** —

**4**
  37:21,22
  38:1
  135:12,16
  136:21
  156:4
  158:20,21
  162:22

**4/24/2013**
  54:18

**400**
  53:18
  125:6

**45**
  82:24

— **5** —

**5**
  8:18
  40:5,9
  84:11
  155:1
  158:21

**5(A)**
  158:22

**5/2/2008**
  54:16

**50**
  17:19

**51**
  38:13

**519**
  26:3

**520**
  31:3

**521**
  31:21

**523**
  54:18

**524**
  26:4

**551**
  40:9

**553**
  40:10

**56**
  38:16

**561**
  46:25

**566**
  46:25



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 180 of 213 PageID #:2537

CHERYL MERCURIS  30(b)(6)                         July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS         Index: 57..advice

**57**
    38:1

**585**
    50:16

**587**
    50:17,20

_____

**6**

**6**
    30:4,23
    42:24

**603.759.
0269**
    77:21

**61**
    69:19
    70:3

**65**
    69:19

_____

**7**

**7**
    8:18
    46:22,25
    84:11

**70**
    27:23

_____

**8**

**8**
    48:17
    146:20,
    21,22
    148:3
    150:4,8

**80**
    25:7,17
    34:22

**89**:13,14,
    16

**865**
    64:4

**867**
    64:4

**868**
    66:2

**869**
    66:3

**872**
    66:2

**8:03**
    26:15

**8th**
    6:7 67:19

_____

**9**

**9**
    50:14,18
    148:4,5,
    22

**9/30/2010**
    60:25

**90**
    30:5,15

**92**
    9:7

**93**
    9:2

**95**
    30:6,15

_____

**A**

**a.m.**
    6:8
    55:13,14,
    16 150:8

**abide**
    20:16

**ability**
    57:3,12
    157:7
    169:19

**Absolute**
    57:5

**absolutely**
    20:10
    39:18
    51:25
    55:10
    61:8,12
    84:25
    85:16
    95:24
    100:1
    148:2

**Abuse**
    137:2

**accept**
    74:6

**accepted**
    97:23,24

**access**
    39:13
    154:2,12
    169:4

**accessible**
    11:9

**accidentall
y**
    51:18

**account**
    30:18

**accounting**
    30:16
    125:13
    126:4
    144:20,21
    145:6,16

**accounts**
    76:24

**accurate**
    107:12
    124:8,20
    125:16
    154:6

**acquire**
    87:25
    88:6 90:7

**acquires**
    40:1 89:8

**acquiring**
    101:15

**acronym**
    32:3
    66:19

**Act**
    137:1,2

**action**
    51:7

**active**
    137:20

**activities**
    85:25
    159:5

**activity**
    60:2 75:1

**acts**
    86:8
    159:3

**actual**
    27:19
    62:7
    115:4

**Adam**
    9:18
    64:7,9,10
    104:14

**add**

**57:3,12
59:13
60:22
61:5**

**added**
    59:16
    61:11
    69:9,12
    77:11,14,
    23 92:12

**addendums**
    136:14,17

**adding**
    69:11

**additional**
    27:6,8

**address**
    113:12
    116:9

**addressing**
    49:4

**adhere**
    50:2
    108:16
    156:12
    162:24

**adhered**
    112:1

**adhering**
    20:20
    24:12,20
    25:13

**adjust**
    73:4

**Advantage**
    97:4

**advertising**
    136:25

**advice**
    159:19



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 181 of 213 PageID #:2538

CHERYL MERCURIS 30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS        Index: affect..assumes

affect
    50:3

affected
    49:11

affiliates
    158:24

Affinion
    18:4,14
    20:14
    95:2,12,
    16 96:22,
    25 97:5,
    10
    107:17,18
    108:17
    140:4

Affinion's
    18:16

affirm
    6:23

affirmatively
    162:4

affirmed
    7:5

afternoon
    83:10

agency
    36:15

agent
    73:23
    116:6

agents
    159:4
    163:2

aggressively
    103:16

agree
    34:12
    39:1,23

91:9
133:11
134:19
135:1
136:7
137:23
138:10,17
139:5
141:6,8
142:9
148:10,15
155:9
157:1
169:18

agreed
    7:13,17
    34:10
    143:6,9
    152:7
    158:2
    159:8
    163:1

agreeing
    137:15
    160:9

agreement
    7:19
    35:11,18,
    20 38:14
    99:7
    135:20
    136:8,10,
    15,18
    137:9,25
    156:5
    158:18
    159:6

agreements
    136:3

agrees
    33:23
    39:9,11
    136:22
    156:12

Agriculture
    54:22,24,
    25

ahead
    82:14
    104:13

airlines
    118:5

AJR
    54:3

Allen
    52:20
    54:8 60:6

allowed
    49:18

amenable
    7:23

amended
    20:4
    137:4

amount
    19:11
    75:11
    113:21,22
    114:3

amounts
    117:6

analysis
    112:21
    113:4

annual
    44:8

answers
    20:4
    151:9

antiaging
    18:21

anymore
    13:8
    42:10

45:12
65:9 76:8

apologize
    85:19
    113:3
    132:19
    150:6

appearance
    6:11

appearing
    84:6

appears
    32:13,19
    40:10
    55:21
    57:15
    58:3
    60:1,9,17
    64:4
    77:13
    78:1,12

append
    58:22

applicable
    34:4
    136:23
    137:15

apply
    47:5

appreciation
    116:24
    117:14

approached
    11:13

approaches
    85:25

approval
    73:5
    109:4
    139:20

approve
    21:14
    109:1,20
    118:1

approved
    109:14
    118:15
    122:18,21

approving
    109:9

approximate
    14:9
    101:3

approximately
    17:19
    92:19
    93:18
    94:10
    122:5
    125:5
    131:25

AR
    54:6

areas
    156:3

arising
    159:2

asks
    47:11

assign
    16:18

assistant
    44:22

Association
    103:24

assume
    54:1
    87:10
    122:2,3

assumes



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 182 of 213 PageID #:2539

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS    Index: assuming..Bates-numbered

27:23

**assuming**
121:1
143:14

**astute**
85:10

**ATDS**
22:2,12
46:11
166:9,12

**Atlantic**
18:6,14,
20 95:7,
12,13

**attached**
30:6
58:15
156:13

**attachment**
31:4

**attempt**
16:9

**attempts**
134:21

**attended**
44:20

**attention**
151:5
153:23
167:14

**attorney**
33:4

**attorneys**
35:16
159:2

**attributable**
17:17

**Augeo**
45:5

**authority**
124:21
139:20

**authorized**
38:10
161:14

**auto**
98:15
99:2,6,9,
16,19,24
100:5,12,
23 101:12
102:5
103:2
104:24
105:4,17,
23

**automated**
20:6

**automatic**
22:1
166:14,25

**automatically**
119:1

**average**
27:23
43:24

**averaging**
30:6

**avoid**
90:20

**aware**
21:23
56:7
78:2,12
89:15
92:1
99:12,14,
15,19
102:25
105:21
108:10

109:8,11
112:14
120:10
121:10
126:24
127:2
133:6
134:9
143:12,14
145:15
167:11
168:6

————————

**B**

————————

**b-i-n-s**
66:20

**back**
16:7
22:20,21
24:13
38:13
41:17,19,
20 44:11
48:12
55:15
56:8 71:6
76:23
81:3
82:6,15
83:6,13
102:1
104:25
105:25
134:2
138:7
145:8,10
155:24
156:4,17
157:1
158:21

**Backman**
6:19 55:8
83:19,24
102:11

104:12
105:6
106:11
110:22
111:21
112:25
115:9,13,
15,20
117:9,18
118:19,21
119:8
121:21
132:6,8,
15,17,20,
24 134:15
136:1,12
143:10
147:3,16
149:1
154:18
155:11
156:20
158:4,8
159:12,
16,21,25
160:6,11,
19,25
163:12,
18,20
164:6,23
166:11,17
170:2,13

**bad**
64:11
77:3

**bad-credit**
68:15

**baked**
30:24

**ball**
69:25

**ballpark**
108:3
131:16

144:7
152:19

**based**
46:1
79:12
158:9
159:13
160:11,20

**basically**
9:21 10:4
13:21
22:22
23:10
30:10
40:25
41:1
43:16
49:4,7
65:13
68:9,15
90:7
92:12
114:20
115:18
154:14
157:2
158:15

**basis**
30:18
36:13,14
76:7
98:19
99:5
120:6
141:13

**Bates**
32:13
59:24
156:20

**Bates-numbered**
38:1 40:9
62:18



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 183 of 213 PageID #:2540

CHERYL MERCURIS  30(b)(6)                                July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS    Index: Bates-stamped..Budget

Bates-
stamped
    26:3

bathroom
    135:7

bear
    88:16

began
    109:23

beginning
    9:2 33:23
    73:7
    107:25
    111:25

behalf
    8:16,22
    14:10
    15:16
    16:7
    23:13
    25:8
    38:11
    59:11
    68:3
    70:15
    84:7
    90:24
    161:8
    163:9

belief
    23:21,25
    46:4,9

believed
    165:10

benefit
    21:25
    22:2
    27:21

benefits
    18:19
    92:13
    118:25

big
    65:7
    111:8

biggest
    41:5

bill
    10:8
    12:6,8,9
    67:23
    68:14

billed
    51:24

billing
    42:20,21
    67:6
    68:18
    80:25
    88:5
    113:18,19

bills
    88:1

bin
    67:2,5
    68:22

bins
    66:19
    67:21,23,
    24 68:14
    150:15

Birnbaum
    33:10

bit
    96:1
    109:24
    150:12
    152:20
    157:19

board
    124:4
    137:5

books
    75:25

76:7

boss
    44:5

bottom
    67:10,11
    83:16

bought
    28:24
    120:19

brackets
    87:8

brand-new
    118:4

break
    55:9
    81:24
    82:13,15
    132:6,8,
    12 133:22
    155:19

Brienne
    6:17

bring
    65:14
    73:19

bringing
    9:21

brings
    88:16

Broderick
    6:13 7:7,
    9,12,17
    8:1,4,7,
    9,11
    23:20
    24:16,23
    26:1
    32:7,9
    36:24
    37:9,13,
    23,24
    40:6,7

43:1,5
46:23
47:17,19
48:4,10,
18 50:15,
19,24,25
52:5,9
55:10,17,
19 57:9
58:11
59:9,22
62:15
63:18,21,
24 64:2
65:22,25
66:25
69:6,14,
17,21,23
70:1
71:24
72:2,4,5
74:14
75:8,21,
23 76:18,
20 77:7,
19 78:7,
16 79:9,
16,19
80:12
81:9,23
82:8
84:10
86:7
89:10
91:6 94:3
96:1
103:8
105:16
106:14,23
108:24
111:22
115:14
117:19
119:3,22
121:22
123:9,12,
15 126:16

133:7
134:16,24
135:5,9
136:13
143:6,11,
17,19
146:21
148:5,20
149:11
154:19
155:12
156:18
157:14
161:3
162:16,
19,21
163:14,22
164:9,25
166:1,13,
18,22
167:8,20,
23 168:4,
12,18
169:11
170:7,11

broke
    134:5

broken
    76:25

brought
    36:16
    157:18

Budget
    12:1,6
    13:6 14:3
    40:3
    57:2,19,
    24 66:9
    72:12
    73:18
    78:25
    80:17,21
    91:7,9,
    12,16,19,
    21 92:11



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 184 of 213 PageID #:2541

CHERYL MERCURIS  30(b)(6)                                July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS        Index: bump..card

93:1,9,
16,22,25
94:5,17,
22 107:9,
24 108:9,
15 109:10
114:23
116:4
117:2,16
126:20
127:4,15
145:17
152:8
153:5
161:9,15
163:11
168:1

**bump**
68:22

**Bureau**
60:1 61:1

**business**
9:4,5
11:18
22:10
23:7,23
24:4
57:11
60:1 61:1
84:20
85:1,25
86:4
103:16,18
120:11
127:6
129:23
130:1,5
147:8
148:1,11
158:13
160:15,19
165:7
170:8

**businessman**
85:10

111:23

**busy**
167:1

**button**
63:8

**buyer's**
18:18

**buys**
127:3

─────────────

C

─────────────

**call**
14:10
15:16
16:7
17:1,4
22:1,17,
25 23:11
24:1,2,6,
9,12,13,
14,20,22
26:24
34:1
35:22
37:15
38:23
39:3,5,
11,19
43:2,4
46:11
53:1
57:5,13
59:6,11
60:13,23
61:6,24
63:2,8,17
67:21
68:2
69:10
73:12
77:11,13,
14,24
80:19

87:2
88:18
96:15
97:12
99:1
100:15
103:5
105:2,12
112:3
122:9
124:25
125:22,25
126:22,25
127:3
128:21
131:3,18
134:7,13,
14,21
138:8,24
139:7
140:8,16,
21 141:4
143:7
150:9,11,
15 153:5
162:1,9,
11
163:21,
23,24
164:14,21
165:8,17
166:8,9
167:1
168:10,
11,20,22

**call's**
98:5

**call-center**
9:5
16:19,22
22:10,19
73:23
115:8
125:4,16
138:11

**called**
12:1,2
14:4,17
20:19
22:18
23:22
39:3 52:2
61:23
78:3,13
81:3 91:7
92:3
105:19
108:19
121:6,20
129:24
130:2,6
162:13
168:14

**calling**
15:9 16:1
23:3,9,13
34:4 59:1
68:24
78:2,18
79:5
100:17
116:7
119:24
121:1
161:16,20

**calls**
14:17
16:9,19,
21 20:17
22:11
25:8,11,
20 46:1
53:4
57:16,19,
24 58:4,5
60:18
62:23
70:15
78:24
80:18
90:11

96:4
107:20
109:6
126:19
128:12,13
138:12
140:23
146:5
159:22
161:8,12
163:8,10,
15 164:4,
17 167:5,
11,17,25
168:7

**campaign**
16:21
33:24,25
34:5
164:12

**canceled**
51:12

**capable**
35:25

**capacity**
45:7

**Capito**
29:25
30:2,3
38:10

**capture**
41:8,9,
10,11
42:12,15,
17 49:23
147:2
155:5

**capturing**
50:1

**card**
12:10,13
27:20
39:25



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 185 of 213 PageID #:2542

CHERYL MERCURIS 30(b)(6)                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS      Index: cardholder..color

40:2
41:10,12
42:15,18
147:1
157:21

**cardholder**
43:14

**cards**
41:5

**care**
15:13
51:9 60:4

**careful**
85:14,24
86:4
147:25

**carefully**
87:12

**cars**
118:6

**case**
6:9,10
32:12
38:2
46:17
58:16
120:19
140:16

**catch**
48:20

**category**
87:17
114:11

**caused**
51:6

**cellphone**
44:2
57:16
58:4,6
60:19
77:14
78:3,14,

19,20,25
79:2
144:5
168:1,15

**cellphones**
23:3,9,22
35:21
36:1
46:11
78:18
79:3,5
119:24
121:2,19
167:12,21
168:7

**center**
17:1
22:17
26:24
53:1
88:18
103:5
126:22,25
138:8
165:18
166:8,9
167:1

**centers**
124:25
125:23
126:1

**CEO**
19:23
85:6
124:1,8

**cetera**
140:5

**CFO**
29:16,22
38:8

**CFO'S**
29:17

**CFR**

137:3

**chain**
153:24

**chance**
43:9
118:9,10

**change**
21:18
37:14
42:11
62:24
111:8
112:4
155:9

**changed**
12:20
22:21
49:17
50:12
57:2
72:22
92:14
111:4,5,6
113:11
154:24

**changing**
20:18

**charge**
9:21
27:20
41:5
74:11
106:24

**charged**
51:17

**charges**
51:9

**chart**
52:16
53:19
54:12

**charts**

71:18

**check**
29:13
113:9
121:8

**Cheryl**
7:4 67:20
90:22
98:25
99:1
150:9
154:1

**Chicken**
42:3

**Christmasti
me**
9:2

**claims**
158:25

**clean**
103:18

**cleaner**
57:11

**clear**
84:6
94:20

**Clearwater**
53:12,13
125:7

**client**
9:24 10:1
16:3
23:13
41:12
47:12
87:6
121:4
138:12

**clients**
9:22
16:16
17:7

24:25
25:2,4,8
34:24
47:4
57:21
87:5,10
88:19
92:2
120:24
127:19,21
128:15,
16,19
138:13
158:16

**close**
34:1,2
64:16
155:20
162:18

**closer'**
64:16

**closing**
14:9

**club**
10:5 13:7
18:14,18
30:12,21
130:7

**Coast**
18:6,15,
20 95:7,
12,13

**code**
41:17,19

**coffee**
106:12

**colleague**
6:16 21:9

**collection**
32:14

**color**
133:18



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 186 of 213 PageID #:2543

CHERYL MERCURIS 30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS        Index: column..consumer

**column**
53:20

**comment**
160:6

**commission**
34:3
76:13

**commissions**
75:2,18

**common**
145:23
166:5,19

**communicate**
108:14
109:20
125:17
144:12

**communicated**
121:16

**communicates**
145:2

**communicating**
161:18

**communication**
98:20
108:8
146:25
159:23
161:14

**communications**
115:7
143:20
144:16
145:15,20
158:12
160:16

**comp**
27:3

**companies**
17:2 41:6
45:6
86:24
87:14,19
88:23
89:12,16,
20 90:8
95:20,23
101:13
140:4
165:23
166:8

**companies'**
18:1

**company**
11:17
18:11
22:2
29:14,18,
20 33:23
36:5
39:9,12
40:13,14
41:4,22,
23 44:18
49:5,19
50:3
84:7,24
85:1,2,24
86:4
87:24
91:21,25
95:6,7,22
101:14
103:17
124:16
129:23
130:2,6
136:22
137:8
147:23
156:12

**company's**
156:10

**compensate**
130:23

**compensation**
27:4

**competent**
47:13

**competing**
65:6

**competitive**
41:25

**competitor**
64:18
65:1,5
147:7

**competitors**
45:13,19

**complain**
168:10

**complaining**
57:16,23
60:17
61:6
78:3,13
167:25

**complaint**
51:22
52:16
56:8,10
60:2,9,10
61:2,9,11
148:7

**complaints**
52:1,3,18
54:2,11,
20 148:13

**complete**

158:22
159:4

**completed**
7:24

**completely**
77:17

**completion**
7:21

**compliance**
35:9 36:8
52:17,19
55:1 60:5
125:13
126:4
165:10

**compliant**
10:13
36:5
45:21
107:19

**complied**
137:21

**comply**
134:21
136:23
137:15
147:1

**comport**
86:1

**composite**
136:2

**concluded**
171:12

**concrete**
46:14

**conference**
44:10
48:13
67:14,15

**conferences**
44:12

157:3

**completed**
7:24

**confirm**
15:5,9
88:20
120:15
141:14

**confirmation**
17:6
24:21
27:24
28:3,7,
12,20
29:4,5
34:11,12
35:4,9
45:23,25
46:1,5,10
72:20
114:25
120:9,10,
12,14,22
121:2
122:21,23
141:16
156:12
161:24

**confirming**
39:25

**confirms**
40:1

**confusing**
113:3

**connection**
159:5

**consenting**
7:20

**considered**
13:22,23
14:6

**consumer**
39:11
61:10
137:1,2



**consummate**
88:12

**consummated**
90:12

**contact**
9:12,13
11:15
13:22
14:13,19,
20 34:18
77:16
100:14
162:8

**contacted**
77:20
78:21
162:3

**contacting**
34:20
79:1

**contained**
108:9

**content**
73:6

**continually**
58:5
78:24
167:25

**continue**
27:23
118:25

**continuing**
118:10

**continuity**
43:7
49:12,13

**contract**
24:10
25:13
26:18
30:25
32:16

33:1,18
37:16,18
38:9,15,
21,22
59:14
69:9
81:22
89:24
90:4
99:12
101:5,6,7
135:23
161:6

**contracted**
157:11

**contractor**
65:13

**contracts**
25:15
32:14
38:3
81:17
87:20

**contractual**
89:15

**contractual
ly**
163:1

**control**
52:25
53:2
125:14
126:4,13
134:20
138:11,18
156:10
157:3,7
169:19

**convenience**
83:18

**convention**
102:20,21
103:2,20

104:4

**conver**
103:19

**conversatio
n**
21:2
43:19
61:18,22
98:22
102:9,13
104:6,11,
22 105:22
106:23
121:17,23
122:1,4
150:20
157:20

**conversatio
ns**
20:8,12
45:24
46:3,8
59:18
112:8,12,
15,18
158:9
159:13
160:12,20

**conversion**
94:11,14,
22 107:15
112:24
164:14
165:4,5

**convert**
14:24
165:8

**converted**
155:5

**convey**
100:2

**copies**
154:3,16

**copy**
52:6
62:10
107:23
154:20,23
155:2
170:23
171:2

**corporate**
84:13
90:23

**correct**
15:1 16:3
20:7
26:14,16
27:9
31:14,20
32:22
33:19
34:9,17
35:22
37:16
55:1
57:13,14,
17 58:1
60:19
62:22
63:14
66:10
68:15
71:25
76:14
79:6
84:8,16
85:4,5
86:1,5,
18,24,25
87:17,21
90:13
91:1
92:5,10
94:12,24
95:3,5,8
96:3,8,12
97:15,18
98:16,24

104:20
106:25
111:12,
14,18
113:25
114:15
115:20
116:9,15,
21 117:5
119:5
120:1,17
124:24
125:20
126:15
127:20
137:16,18
138:2,21
139:8,9,
12 141:21
143:16
144:2,6
145:13
148:9,14
149:12
150:24
152:5,13,
14 157:4,
8,12
158:18
161:9,16,
17,25
162:6,10,
24 164:5,
15,19,20,
22 165:12
168:25

**correctly**
116:11

**cost**
159:1

**costs**
113:22

**counsel**
6:10
46:13,14,



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 188 of 213 PageID #:2545

CHERYL MERCURIS 30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS      Index: couple..decline

15,16
110:17
159:19
160:16

**couple**
45:16
132:23
138:8
142:2
156:3

**coupon**
13:6

**court**
6:20,22
7:2 8:6
37:6,8
58:23
65:21,23
71:25
72:3
78:11
80:11
81:8
102:2
123:11,19
133:1
135:4
141:25
150:24
151:3,20
170:6,8,
19,22
171:1,4,9

**cover**
156:3

**cream**
18:21

**create**
111:19,24
115:24

**created**
95:6

**creates**

86:17
91:10

**credit**
12:10,13
39:25
40:2
41:5,10,
12 42:15,
18 147:1
157:21

**criteria**
35:10
156:13

**CROSS-
EXAMINATION**
83:8

**current**
136:9

**curve**
69:25

**customer**
10:8,9
12:11
14:4,11,
12 15:14
16:3
19:5,7,
10,12
20:15
22:25
23:12
31:16
39:2
41:13
51:8,10,
11,12,17,
19,23
52:24
53:14
56:24
58:2,5
59:1
74:10,11,
12 78:21,

24 79:13
81:21
86:23
87:14
88:1,5,6,
7,23
89:1,12,
21 91:15
100:2
105:2,18
111:14
113:13
114:20,25
115:5,8
116:25
117:15
120:9,19
127:24
128:11
138:20
148:7
162:3,5,
9,13
163:25

**customer's**
97:13
120:15

**customer-
service**
51:16
80:22
148:11

**customers**
10:4
13:21
15:2,20
17:20,22
31:8,13
34:18
67:2,4
80:18
87:2,25
88:3,20
89:4,8
90:7,8,12

92:1 96:5
100:16
101:15,16
121:3
127:3
128:14
148:12,16
161:19,22
163:7,9,
17 164:4,
17,22
165:22
168:9,10

_____

D

_____

**daily**
113:10
128:14

**damages**
158:25

**Darren**
52:24

**data**
43:14
50:5
51:7,9,13
59:1
68:10
74:25

**database**
87:1

**date**
54:15
60:24
99:8,11
121:17,23

**dated**
26:15
136:9
150:4,8
151:25
153:25

155:1

**dates**
25:14,16

**day**
6:7 53:5

**day-to-day**
124:9
144:25

**days**
12:8
33:24
75:16
117:2,16
170:8

**deal**
83:24
116:14,20
132:20,22
145:7
170:14

**deals**
65:14
144:24

**Debbie**
44:22

**December**
140:17
152:13
157:20

**deceptive**
136:25

**decided**
158:14

**decision**
159:13
160:19

**decisions**
46:14

**decline**
43:10



declined
  98:1

deducting
  79:12

defendant
  6:15,19
  7:14 37:2
  84:3

defined
  137:8

delete
  31:9

deletes
  31:19

deletion
  133:12

Depalma
  44:24

department
  11:11
  12:25
  52:17,19
  54:22,23,
  25 74:4
  80:22
  114:23
  145:16

departments
  125:9

depend
  82:25

depending
  16:11

deposition
  6:1 7:9,
  11,21
  8:15,20
  83:14
  84:2,4,12
  171:11,12

derive

90:10

describe
  9:23 10:2
  22:16
  128:8

designed
  157:2

detail
  73:11,13
  114:24

details
  102:12
  111:10
  113:17,
  18,21
  116:16,20

determine
  107:13

develop
  127:25

development
  127:24

deviated
  109:23

Devine
  6:15 7:8
  23:16,19
  37:22
  42:25
  46:19
  47:7,24
  50:18,21
  52:7 59:8
  63:19,23
  64:1
  69:5,15,
  22,25
  78:4
  79:8,15
  81:5,25
  82:12,17,
  23 83:9,
  11,25

84:1
101:18,
20,22,25
102:7,14
103:10
104:16
105:7,20
106:3,12,
16,18
109:2
110:17,
20,25
111:1
112:5
113:2
115:11,21
117:11,22
118:22
119:6,10,
15,17
121:24
123:8,10,
13,16,20
126:18
132:7,10,
16,19,22,
25 133:2,
3,22
134:4,18,
25 135:3,
6,10,15
136:4,16
141:22,24
143:13,18
147:5,18
148:21
149:3
150:23
151:1,16,
19,21
153:16,18
154:21
155:14,19
156:1,2,
19,21,22
157:15
158:6,11

159:18,24
160:2,3,
7,8,14,23
161:1,4,5
162:16
163:19
164:7
165:24
166:10,20
167:6,9,
19,22
168:2,8,
17
169:14,
17,23
170:1,12,
24

dial
  21:14
  62:23
  63:5,13

dialed
  63:7 71:6

dialer
  20:19
  22:24
  63:12
  70:5,6
  98:15
  99:2,6,9,
  16,19,24
  100:5,12,
  16,24
  101:12
  102:5
  103:3
  104:24
  105:4,14,
  17,18,23

dialers
  71:11,12

dialing
  20:6,25
  22:1,4,21

105:3,4
128:2,6
166:14,25

dials
  22:24

Diego
  48:13

difference
  27:15
  121:14
  133:6

difficult
  28:22,23

difficultie
s
  80:16

digitally
  39:10

digits
  42:12

diligence
  99:25

diligent
  85:13,24
  137:20
  147:25

dining
  12:4

direct
  8:8 20:8
  89:8
  124:21
  126:13
  130:6
  134:20
  156:10
  157:7
  166:2
  167:14
  169:19

direction



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 190 of 213 PageID #:2547

CHERYL MERCURIS 30(b)(6)                     July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS      Index: directly..efficient

125:19
126:10
138:11,18

directly
64:24
74:1,3
80:19
159:2

directors
124:4
158:23

disciplines
169:20

disclaimer
121:6

disclose
160:17

discontinued
153:10,11

discount
130:6
152:1,8,
16

discounts
12:5

discovery
52:15
71:22
110:23

discrepancy
30:16

discuss
23:14,17
30:7
51:14
116:1

discussed
7:24
120:11
128:3

discussing
7:23 64:6
146:25

discussion
170:16

dismissed
37:5,7

divide
7:13
26:24

DNC
34:4,6,8,
16 39:1
46:6
60:19

Docket
58:16

document
26:5
32:12
38:2,8
48:19
52:12
55:20
59:23
60:3 70:4
72:7
76:22
78:5
79:17
81:12
103:6,7
105:21
107:5
108:6,10
109:8
121:18
123:22,23
132:4,11
133:6,9,
18,19
142:5
149:13,22
152:2

167:10,16
168:5

documents
13:15
29:11,12
32:17
38:4,5
70:14,16
83:20
92:21
102:25
112:14

dollar
12:8
27:14
117:3,6,
17

dollars
90:2

doubt
10:21
110:2
149:17,18

downstairs
82:22
83:1

draft
24:10
114:15
115:6

drafted
108:22
117:25
118:6,12,
14 119:1,
7,11
162:25

drafts
115:3,12

drill
100:9

dropped

36:23,25
37:1,2

dropping
37:14

drops
80:19

due
99:25
101:18
112:2

duly
7:5

duplicate
30:10

duration
33:25
114:1

—————————

E

—————————

e-mail
26:9 27:2
28:7 31:4
32:20
40:10
47:2,21
51:4
55:22
56:20
57:15
64:5,14
74:16
77:9
78:22
108:7
110:1,5,
9,11,12,
18,19
112:19
133:5
142:2,3
150:1,2,
3,17

151:24
153:24
154:1,25

e-mail's
151:25

e-mailed
109:22

e-mailing
108:12

e-mails
104:25
142:2

eager
82:19

earlier
94:9 95:1
98:11,14
114:22
138:22
143:6
152:4

easier
27:1
66:23
79:17

Edelson
36:16,18

edit
33:17
35:8

Edward
6:13

effect
49:11

effectiveness
113:5

Efficiency
22:8

efficient



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 191 of 213 PageID #:2548

CHERYL MERCURIS  30(b)(6)                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS      Index: efforts..Express

7:25
166:25

**efforts**
89:4

**Electronic**
103:24

**elevated**
56:11,17

**eliminate**
23:22
35:21

**eliminating**
35:25

**employees**
53:16
71:6
124:13
125:4
126:14
130:13,
16,20,23
158:23
159:4
169:21

**Encore**
41:21,22

**end**
9:1 65:19
87:13,19
147:20
162:23

**ended**
142:18
152:23

**enemies**
64:16

**enforcing**
55:3

**enroll**
39:11,23
91:16

**ensure**
134:13
140:5
157:2

**ensuring**
88:10
147:25

**enter**
148:17

**entertainme
nt**
12:4

**entire**
42:15
72:15
136:2

**entity**
11:25
55:2
90:23

**entries**
54:19

**Epstein**
6:18 7:18
24:18
36:22
37:5,7,11
47:14,18,
25 57:7
61:25
62:4,6,9,
12 69:20,
24 75:7,
20 77:17
78:6,9
82:1,2,
11,14,25
106:5,7,
9,13
161:2
170:17,20
171:3,8

**ERA**

67:12,13
102:22
103:22

**errors**
159:3

**established**
23:23
24:4

**et al**
6:10

**evaluate**
130:16

**EXAMINATION**
8:8
162:20

**examined**
7:5

**excerpt**
62:17

**exchange**
40:10
47:2,21
48:24
55:22
64:5 67:9
77:10
79:21

**excuse**
25:3 34:2
65:21

**executed**
37:16,17

**executives**
126:14

**exhibit**
8:3,14
25:25
26:3
32:8,11
35:10
37:21

38:1
40:5,9
42:24
46:22,25
48:17
50:14,18
52:8,11
54:4
55:18,21
58:10,12,
13 59:21,
24 62:14,
17 63:25
64:4
65:24
66:2,22,
24 69:4,
7,16,19
72:1,7
74:13,15
76:19,21
77:6,9
79:18,20
80:9,13
81:6,10
83:14
84:2,12
105:25
107:2
123:17
133:4
135:12,16
136:2,21
141:23
142:1
146:20,22
148:4,5,
22 149:7,
8,25
150:25
151:2,18
153:17,19
156:4,13,
16
158:20,21
162:22
167:15

**exhibits**
62:8,9
105:1
170:21

**existing**
23:7
26:18
120:11
121:3
147:1

**exists**
110:20
137:4

**expenses**
159:1

**experiencin
g**
80:16

**expertise**
88:10,15

**expiration**
41:15

**explain**
13:18
15:8
20:14
27:14,24
30:8
49:16
95:25
115:5
122:22,24

**explained**
21:13
96:1
114:22,24
122:20

**explains**
34:19
148:23
152:2

**Express**



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 192 of 213 PageID #:2549

CHERYL MERCURIS 30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS        Index: extend..fulfills

92:22,25
93:4,7,10
94:1,6
152:1,8,
12,16
153:3,4,8

**extend**
118:25

**extent**
7:10,11,
15  110:20

_____

**F**
_____

**facility**
165:14,15

**fact**
24:8
30:18
46:4  64:6
69:1
78:18
79:5
126:24
127:2

**facts**
118:15

**fair**
7:16  87:3
88:13
94:25
148:6
160:2,7
166:24

**fall**
87:16
114:10

**familiar**
21:10
140:18

**Farnam**
29:18

**fashion**
7:25

**favor**
155:2

**FCC**
20:22,24
50:10

**February**
26:15
29:5

**federal**
34:3
136:24
137:5

**feel**
74:10

**feelings**
64:11

**fees**
159:2

**Fifty**
17:18

**Figueroa**
6:2

**figure**
29:8

**file**
30:6

**filed**
37:10

**filing**
58:23

**fill**
25:16

**final**
37:16,17
136:15

**find**
82:25
106:1

131:18

**fine**
7:19  38:9
83:1
132:12
170:11,12

**finish**
29:3
57:6,7
61:15

**fires**
169:20

**firing**
130:10

**firm**
8:21
36:17,18
65:6

**fixable**
77:3

**flat**
30:18

**floor**
118:2
154:12

**Florida**
6:3
54:23,25
55:2

**focus**
56:21
151:5
153:23

**folder**
155:3

**follow**
124:14
148:25

**follow-up**
43:19

**forever**
40:4
109:7
140:25

**form**
78:6
79:8,15
102:11
104:12
105:6
111:21
112:25
115:9,13
117:9,18
121:21
134:15
136:1,12
143:10
147:3,16
149:1
154:18
155:11
158:4
163:12,
18,19
164:6,23
165:24
166:10,
11,17
167:6,19,
22  168:8,
17

**format**
39:14

**forward**
51:22
155:2

**foundation**
59:8
167:22

**founder**
19:23

**FP**
11:7

**frame**
98:19
152:20

**Fraud**
137:2

**frequent**
144:16

**frequently**
90:19

**Friday**
155:1

**friends**
64:16

**front**
83:14,15
87:13
107:2
132:5
135:13,16
136:9
151:4
153:19
156:6
162:22

**fronter**
73:7,10
114:17,19

**fronter-
script**
168:20

**FTC**
20:24,25
50:10

**FTP**
11:4,7
12:17
169:9

**fulfill**
88:4

**fulfills**
88:1



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 193 of 213 PageID #:2550

CHERYL MERCURIS 30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS          Index: full..hide

**full**
  42:17
  73:13
  103:20
  138:1

**future**
  51:15
  137:4

———————————

**G**

———————————

**gas**
  117:1,15

**gauge**
  112:22

**gave**
  67:21

**GE**
  11:17

**generally**
  22:16
  148:16

**generate**
  165:22

**generating**
  100:2
  107:14
  112:24
  120:9

**gentleman**
  9:17 21:4

**George**
  19:18,19
  26:9,11,
  12 32:20
  35:17
  40:11,24
  50:1
  51:4,5
  64:5 66:4
  67:2
  85:6,9,

  12,13
  98:12,14
  99:1
  107:18,20
  111:23
  121:10
  122:2,3
  129:8,11
  143:6
  144:8
  145:20
  146:5,9
  150:3,7,
  14,20
  151:24
  153:11

**George's**
  19:22
  40:14

**Georgia**
  9:18

**give**
  6:24 8:4
  10:7
  67:23
  68:5,10
  73:3
  74:11
  88:7
  99:11
  131:16,24

**giving**
  158:16

**glitch**
  80:6

**Goldstein**
  42:2

**good**
  17:6
  45:21
  55:8
  67:16
  83:10
  84:24

  85:2,10
  103:17,18
  132:24
  144:10
  147:23

**good-paying**
  67:4

**gossip**
  41:1

**government**
  36:14

**grade**
  56:13

**grammatically**
  119:4

**gray**
  133:17,18

**great**
  17:15
  91:4
  94:25

**gross**
  31:6,18

**guess**
  13:11,23
  15:19
  45:16
  51:20
  93:20
  133:17
  164:16

**guessing**
  21:7
  53:15
  141:14
  165:4

**guy**
  65:8

**guys**
  13:23

  51:5

———————————

**H**

———————————

**half**
  7:13,14
  30:7
  82:24

**Hamphire**
  77:10

**handing**
  40:6

**handle**
  171:6,7

**handled**
  51:6
  56:13,14
  148:24

**handles**
  52:17

**Hanks**
  9:18
  11:13
  64:7,9,
  10,12
  65:4
  104:14

**Hanks's**
  9:20
  65:15

**happen**
  148:13

**happened**
  102:16,19

**happy**
  15:4,6
  16:12
  51:5,23
  52:2
  148:17

**harmless**
  158:24

**head**
  8:6 14:14
  37:4
  53:10
  62:5
  66:16
  68:25
  71:1,9,15
  72:16
  98:6
  104:21
  123:11
  125:3
  139:24

**health**
  92:24
  97:3
  152:1,8,
  12,16
  153:3,4,7

**hear**
  139:18

**heard**
  47:4 87:6

**held**
  104:1
  124:16
  170:16

**helpful**
  112:23

**helping**
  69:24

**helps**
  98:7

**hereto**
  156:14

**hid**
  79:7

**hide**
  78:17



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 194 of 213 PageID #:2551

CHERYL MERCURIS  30(b)(6)                                July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS      Index: high..internal

79:4

high
148:12

hired
64:7,19
167:4

hiring
130:10

history
64:8
65:16

hold
73:21
158:23

Hollis
77:10,13
167:24

honest
11:2
12:16
28:1

hotels
118:5

hour
82:16,18,
24

hours
7:13,14
39:15

HR
125:11
126:3

hundred
164:13,21
166:23

hundreds
118:5

Hydroxacone
18:22

Hydroxatone

18:5,23
95:2,4

———————

I
———————

iced
106:5

idea
28:1
35:13
42:6
105:24
131:23

identificat
ion
8:3 25:25
32:8
37:21
40:5
42:24
46:22
48:17
50:14
52:8
55:18
58:10
59:21
62:14
63:25
65:24
66:24
69:4,16
72:1
74:13
76:19
77:6
79:18
80:9 81:6
123:17
141:23
150:25
151:18
153:17

identify

89:4
100:10
107:5

identity
95:21
97:2,3

immediately
19:9
128:21

important
88:25

impression
147:9

in-person
44:21

inbound
57:24
162:11

inception
99:7

include
113:22

included
23:3

including
14:16
53:2
136:24
159:1

Incorporate
d
84:5

incorrect
149:5

Increased
27:3

indemnifica
tion
158:17

indemnify

158:2,14,
22 159:8
160:9

indemnifyin
g
160:18

independent
65:13

indicating
22:4
104:23

indirect
156:10

indirectly
159:3

individual
36:13,14

individuals
134:14

industry
41:6
42:10
65:8
67:13
112:7

Infomercial
81:14

Infomercial
s
89:25
90:3,11
158:2,14
160:9,18

Infomercial
s/quality
90:4

Infomercial
s/stompeez
87:16

inform
127:7

information
12:11,14
28:21

inherent
165:7

initial
11:14
15:10,12
116:1

initiates
145:20

inputs
128:5,8,
10

inquiry
54:15
82:11

instance
15:9 16:5
107:17
108:16
111:5
113:12

instruct
130:25

instruction
160:11

interest
66:5,7

interested
73:13
114:21
118:11

interject
85:19

internal
39:1,3,5
57:13
60:23
61:6
77:14,23



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 195 of 213 PageID #:2552

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS        Index: internally..Leisure

100:15
113:4
131:3
134:6

**internally**
88:18
112:21

**Internet**
11:9
49:18
89:9

**interpose**
47:7

**interrogatories**
20:4
151:10

**invoice**
74:19,20,21

**involve**
139:10

**involved**
120:20
122:1
140:4
148:7

**involvement**
89:19,24
127:24
129:1
130:9,12,15,19,22
139:6

**involves**
140:16
142:4

**issue**
16:13
51:1,16
79:23
110:23

**issued**
8:21

**issues**
36:8

**item**
28:22

—————————

**J**

—————————

**January**
32:20
151:25

**Jeff**
132:14
133:23
135:12

**Jeff's**
135:5,6

**Jeffrey**
6:18

**Jennifer**
6:1

**job**
144:22
158:15

**jobs**
126:15

**Joe**
116:6

**John**
116:4,6
118:12

**join**
55:6

**judgments**
159:1

**July**
6:7 66:4

**June**
31:11

—————————

**K**

—————————

**kind**
28:15
52:2
61:10
86:21
87:11
123:22
130:12,15,19,22

**kinds**
51:7

**knew**
20:5
23:8,10,13 98:12,15 99:1
103:17
119:23
120:7,8
121:14
147:24
167:17

**knowledge**
46:21
91:23
126:20
141:10
142:14,17
148:16
165:21
166:5

**Kraig**
52:20,21
54:8,21
60:6

—————————

**L**

—————————

**L-i-c-a-t-a**
21:7

**l:13-cv-0042**
6:10

**labeled**
52:15
64:3

**land**
163:9,16
164:4,18

**landlines**
79:3

**language**
33:22
35:12
103:11
107:13,14
108:22
111:19
112:22
113:6,14,16
114:13,14,16
115:4
116:13,19
117:7
127:13
133:10,13
137:6,14,24 139:6,10,16,23
155:9

**large**
6:3 47:4
132:2

**Las**
104:2,9

**latest**
155:2,4

**law**
85:17
86:1
148:25

**laws**
55:3
136:24
137:16,21

**lawsuit**
83:12
157:18

**lawsuits**
36:19
37:5,7,10

**lawyer**
35:2
42:4,5
158:10

**lawyers**
35:2
108:17
158:13
159:14
160:12,21

**lead**
23:8
81:19

**lead-in**
13:20,23

**learn**
168:14

**learned**
99:9

**leave**
65:18
170:20

**left**
36:6

**legal**
51:7
114:16

**legally**
116:2

**Leisure**
130:2



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 196 of 213 PageID #:2553

CHERYL MERCURIS 30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS        Index: Letourneau..manual

Letourneau
  6:17

liabilities
  158:25

Licata
  21:5

lie
  168:10

limit
  7:22

limited
  136:25

lines
  133:17,19

Linn
  77:10,13
  167:24

list
  24:1,6,9
  34:5,8,16
  37:15
  38:23
  39:3,5
  46:6
  56:16
  57:13
  60:19,23
  61:7 63:5
  67:21
  68:1,24
  77:11,15,
  24 89:1
  105:12
  127:10
  131:3,6,
  9,13,17,
  20,22
  134:7,14,
  22
  142:10,
  12,18,23
  143:8

listed
  8:17
  59:14

listen
  10:12,18,
  21,22,23
  74:9
  107:19
  109:6
  139:18

listened
  10:7,10

listens
  10:14

lists
  86:23
  87:14
  88:23
  89:12,16,
  21 127:3,
  24 128:11

litigation
  158:2
  159:9

live
  14:22
  44:12

Load
  63:4

loads
  31:6,18

locations
  53:6

logged
  54:12

long
  22:10
  29:19
  32:24
  45:14,15
  65:11
  93:6,8

listed
  102:12
  109:6
  113:11
  132:14,20
  141:15
  152:16
  158:8
  165:21
  169:2

longer
  45:2
  152:24

looked
  35:16
  110:11,
  12,15,19

lose
  68:23

lost
  167:14

lot
  108:12
  144:10
  162:24
  163:8

love
  67:16

lunch
  44:24
  48:12
  82:13,15

————————

M

————————

mad
  135:7

Madam
  6:20
  78:10

made
  10:6
  16:10,22

21:13
28:22
37:15
46:13
51:11
56:7
62:24
92:22
112:1
128:12,13
140:16
159:4
160:6

maintain
  87:1
  154:8

maintained
  34:3

maintaining
  131:8

maintains
  131:3

majority
  16:14

make
  7:24
  10:12
  16:19
  17:4
  20:20
  22:11
  28:23
  48:7 49:7
  50:22
  51:8
  75:17
  76:12
  84:5
  85:14,20,
  25 86:21
  87:11
  89:4
  90:21
  94:19

96:4
97:16
115:18
116:8
117:24
118:16
120:13
121:13
126:19
128:6,17
131:18
132:13
137:21
156:25
161:7,8,
12 162:17
163:8
164:4

makes
  11:11
  26:25
  27:17

making
  20:17
  53:3
  145:11
  167:11
  168:6

manage
  27:1
  63:12

manager
  56:2
  62:17
  63:12
  149:10

managers
  70:23
  71:11,13

manner
  11:12

manual
  20:19,24
  21:14



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 197 of 213 PageID #:2554

CHERYL MERCURIS  30(b)(6)                          July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS        Index: manually..mind

22:13,21
62:18
149:11
161:12

**manually**
62:23
71:5

**Marina**
13:4 56:6
104:18,22
105:22
131:11
146:12,
13,14

**Marina's**
154:1

**mark**
30:1
33:14
55:22,23
63:18,19
74:16
78:22
109:16
112:9
123:8
135:8
141:22
142:3
145:4
146:15
150:23
151:16
153:16,24
154:1

**marked**
8:3,13
25:25
26:2
32:8,10
37:21,25
40:5,8
42:24
46:22,24

48:17
50:14,16
52:8,10
55:18,20
58:10,13
59:21,24
62:14,16
63:25
65:20,24
66:1,24
69:4,16,
18 72:1,6
74:13
76:19
77:6,8
79:18
80:9
81:6,10
123:17
141:23
142:1
150:25
151:18
153:17

**market**
16:10
20:13
21:23
40:13,15
49:6,18,
20 140:7

**marketed**
49:12,14
99:13,15
103:4,9
121:7
140:6
157:8

**marketer**
10:1
45:22
86:9,13,
16
111:13,
17,19,24

**marketing**
20:15
21:24
28:14,15,
18 45:5
49:17
50:12
56:2 89:8
101:15
136:22
137:16
138:2
156:11
157:4
166:2

**married**
56:6

**master**
142:10

**Matt**
7:8 82:11
83:11

**matter**
105:15

**Matthew**
6:15

**meaning**
39:9
43:10
54:9
68:23

**means**
13:19
27:11,25
31:7 32:4
39:2 41:9
43:7,9
50:2 54:3
66:7
86:16
96:6
120:11
162:3

**meant**
34:13
150:7

**mechanicall
y**
22:23
140:3

**Media**
18:6,15,
20 95:7,
12

**meet**
43:25
44:7,10,
12,14,17
143:25

**meet all**
35:18

**meeting**
44:21
47:5

**meetings**
44:8,16

**member**
30:10,11
91:19

**members**
30:21
80:8

**membership**
114:3
148:7

**memory**
69:8

**mentioned**
92:3
94:4,9
104:18
106:22
128:23

**merchants**

68:18

**Mercuris**
7:4 8:10
47:8,11
82:9,19
83:10
84:19
90:23
92:10
94:10
108:5
135:13,16
137:23
141:25
148:11
151:3,22
153:20
156:6
169:18

**message**
150:7

**met**
8:10 44:9
83:10
112:20
122:14

**methods**
156:10
157:4

**Miami**
104:3

**middle**
136:21

**Mike**
29:25
30:2,3,7

**mind**
47:11
82:18
83:15
102:1
107:6
132:16



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 198 of 213 PageID #:2555

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS          Index: mine..objection

135:10

mine
101:14

Mine's
106:8

Minnesota
148:25

minus
31:18

minute
153:22

minutes
67:17
82:24

missed
69:23

missing
136:18

misstates
77:18
78:4

mistake
80:8

Mister
21:16
64:7,8

Mixed
31:22

mode
62:20

modified
108:20
115:25

modify
115:24

moment
12:21
92:2

Monday

154:4

money
27:17
49:6
75:11
118:4,24

monitor
107:16
169:7

month
12:9 27:7
31:11
41:14
119:1

Monthly
31:23

months
152:18,25

mop
162:17

mouth
65:7

moved
21:14

moves
8:6 14:14
37:4
53:10
62:5
66:16
68:25
72:16
98:6
104:21
123:11
125:3
139:24

multiple
136:2

mutually-
acceptable
39:14

_____

N
_____

name's
8:11
83:11

named
9:18
21:4,9
157:19

names
131:6,17,
20,21
158:16

Naples
67:18

National
24:1,6,9
33:25
37:15
38:23

natural
61:17

nature
114:8

necessarily
164:24
165:3
168:9

needed
21:14

negate
122:3

negative
42:20
43:3,4,9

net
31:18

Nick
21:4

night
53:5

no-cost
39:13

no-sale
140:23

non-e-mail
133:9

nonorder
29:3

nonresponsi
ve
101:21
119:16

normal
43:25
76:6,11,
12 170:9

Notary
6:2

notes
82:1
120:1
146:4
150:19

notice
8:15,20
84:4

notified
61:3

November
155:1

nuisance
36:15

number
16:22
25:21
58:2
60:12
63:8
67:17

76:4
78:21
80:17
94:21
132:25
135:9
138:19
156:20

numbering
50:22

numbers
15:15
16:2
22:18,24
23:2,22
24:2,6
25:19
34:5
35:21
39:4
63:2,4,5,
15 68:2,
10,23

_____

O
_____

object
79:8,15
101:20
102:11
119:15
121:21
165:24
166:10
167:6,19,
22 168:8,
17

objection
47:8
48:6,7
59:8
77:17
78:4,6
105:16



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 199 of 213 PageID #:2556

CHERYL MERCURIS 30(b)(6)                                      July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS          Index: objections..paragraph

108:24
111:22
115:14
117:9,19
119:3
121:22
126:16
134:16,24
136:13
143:11,17
148:20
154:19
155:12
157:14
159:17
164:7
166:20
168:2

objections
48:8,9
151:9

obligated
163:1

obtain
10:4
12:10
33:25
88:20
89:12

obtains
86:23

occasionally
44:1
144:4
148:13

occupied
96:21
98:8
139:3

occupies
96:2,20

occurred

92:20
101:4

occurs
96:6

offer
10:5
13:16,20,
21 14:4
17:2,9,10
18:1,11,
12,13
88:21
97:17,19,
22,23,24,
25 98:1

offered
138:19
141:11,19
152:13
153:5,8

offering
49:6

office
67:18

officers
158:23

omissions
159:3

on-site
129:5,7

online
34:19
121:5

open
7:11
22:25
34:1

operate
90:16

operates
90:17

operating
166:8,9

operation
152:21

operations
124:9

operative
135:24
136:10

opposed
27:15

option
42:20
43:3,4,10

order
15:5,10,
13 16:8,
12,13
17:5
20:13
24:2,20
27:24
28:2,6,
11,20
29:5
34:10,12
35:4
45:22,25
46:1,5,10
72:20
88:20
91:18
96:6
109:1
113:13
116:25
117:14
120:9,10,
12,14,22
121:2
122:21,22
128:22
141:15,16
161:24

163:6,9,
16 164:22
170:6

order-
confirmatio
n
15:18
24:25
72:19
87:4
127:19,21
128:19
143:8

ordered
15:5
171:3,4

orders
76:25
77:3
101:13

organizatio
nal
71:18

organize
83:19

original
102:1
171:5

OTY
31:23
32:3
76:16

outbid
147:8

outbound
28:18
103:5
161:8,12,
16,20,22,
23 162:1

outgoing
25:11

outlined
35:10

oversees
125:22

owner
51:6

_____

P

_____

p.m.
26:15
82:4,5,7
83:4,5,7
133:25
134:1,3
155:22,
23,25
170:4,5
171:12

packet
38:13,22

pages
70:2
84:11

paid
18:25
19:7,9
30:5,15,
17 31:2,
10,16
75:10,15
79:13
80:3,4
164:18

paper
62:12
151:23

paragraph
27:2,22
30:4
33:15
73:15
116:23,24



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 200 of 213 PageID #:2557

CHERYL MERCURIS  30(b)(6)                              July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS        Index: paren..portion

133:10
136:20,22
137:9
158:21
162:23

**paren**
34:1,2

**part**
21:1
47:2,21
51:17
73:12
137:3
150:6
168:21,24

**participati
ng**
6:17

**partner**
15:22

**partners**
15:17,20
17:8 23:7
28:18
95:11,17
127:8,11,
14

**parts**
151:16

**party**
36:19
121:7

**pass**
162:16

**passed**
147:10

**past**
107:20

**pay**
30:12
56:13
76:3

81:19

**payable**
76:24

**paying**
27:19
79:14

**payment**
19:4

**Paymentech**
41:3,4

**payments**
145:7,11

**pays**
19:5

**pen**
62:3,4

**peop**
154:11

**people**
12:6
14:16,17,
21 15:16
16:1
22:19
30:19
44:3,4,
17,20
52:1
53:1,3,13
57:3,12
61:23
63:17
68:16
78:18
80:7,21
81:3 89:7
91:16
94:16
109:12,14
126:3
150:15
164:22
166:7,23

167:1

**People's**
92:22,25
93:3,7,9,
25 94:6
152:1,7,
12,16
153:2,4,7

**per-sale**
27:3,4

**percent**
10:12,18,
22 14:15,
25 17:18,
19 27:23
28:11
29:4
30:5,6,7,
13,15,16,
23 94:11,
21 141:17
163:10
164:13

**percentage**
10:22
17:16
30:18
31:23
68:25
108:22
131:24
163:16
165:22

**period**
71:9
75:9,20
114:1
140:9,10

**permitted**
46:10
59:6,11
161:7,12

**person**
8:16,21

44:1,7
54:8
60:8,23
61:11
71:1
122:9
125:25
143:25
145:1
158:14
160:15

**person's**
60:17

**personal**
129:20

**personally**
90:22
144:13,14
154:9

**perspective**
145:6

**pertinent**
113:14,16

**phone**
15:15
16:1
20:17
22:25
53:3
68:2,10
70:15
88:11
107:19
108:11
122:9
126:19
131:18
146:7

**phones**
47:6 50:2

**physical**
107:23

**physically**
102:16

**pick**
14:18
135:12

**pieces**
151:23

**place**
113:12
164:17

**placing**
167:5

**plaintiff**
6:12,14
7:14 8:12
140:17

**play**
87:23

**pleading**
58:15

**point**
28:7 40:2
73:24
92:15
111:2
117:12
121:18,20
127:7
167:10

**policies**
34:21
58:25
124:12,22

**policy**
34:19
58:17
60:22
61:5

**portion**
39:10,19
168:19,20



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 201 of 213 PageID #:2558

CHERYL MERCURIS 30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS            Index: position..promoting

position
  13:16,24
  14:7
  18:14
  25:11,12,
  14,20
  26:21
  68:5
  96:2,5,9,
  21 98:9
  138:24,25
  139:2,7
  153:7

positions
  96:14
  138:23

positive
  114:24
  141:15,19

possession
  60:3

possibly
  56:23

posted
  11:6

practice
  138:4
  157:11,12

practices
  49:17
  50:13
  124:13,22

pre
  19:17

predictive
  62:20

premarked
  69:14

prepared
  84:12

present

100:22
102:23
104:11
112:17
122:11

presented
  154:20

preserve
  48:6,9

president
  19:23
  45:2

pressing
  63:7

pretty
  23:11
  109:25
  113:10

prevent
  51:14

Prevention
  137:2

previously
  68:19

price
  74:6
  111:5,6

prior
  9:15
  21:16,18
  24:18,21
  35:4
  40:18
  64:21
  70:11,12
  99:10
  100:4,12,
  23 101:10
  102:3
  103:1
  104:23
  105:8

privacy
  34:19,21
  58:17,25
  95:21

privacy/
sharing
  43:14

privately
  124:16

privilege
  159:17

privileged
  159:22
  160:25

problem
  50:4
  56:15
  68:18
  103:17
  112:3
  132:21
  141:15

problems
  15:13
  36:9
  40:25
  65:7

procedures
  124:13,22

process
  81:2
  109:4
  120:14
  122:21,22
  143:8

produced
  52:14
  70:14
  71:21

product
  10:5
  11:16

12:1,3,7
13:11,13,
23 14:4
15:4,6
16:10
17:11,13,
14 18:16
25:22
28:19
66:8,18
80:8,25
88:4,12
89:6
92:24
94:5,8
95:4,6,19
96:7,8,
10,11
97:5,7
109:25
111:7,14,
20 112:2
114:21
116:7
127:8,11,
14,15
128:22
140:14
141:7,11

production
  32:11,12
  38:2
  70:18
  108:6

productive
  107:14

products
  11:19
  13:5
  16:21
  17:25
  18:1,5,8,
  11,12
  29:6
  49:20

86:17
87:3
96:25
97:2,3

Professiona
l
  6:2

program
  38:14
  39:12,15
  57:1
  76:16
  91:7,10
  92:3,12
  93:1
  94:23
  97:17
  107:8
  111:10
  113:17,
  18,21,22
  114:6,8
  116:16,20
  118:4
  135:19
  136:8
  137:24
  139:13
  148:8
  152:2,4,
  8,17
  156:5

programs
  92:11,16
  93:10,24
  136:23
  137:16
  138:2
  140:1,5
  148:17
  156:11

promote
  11:19

promoting



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 202 of 213 PageID #:2559

CHERYL MERCURIS 30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS        Index: proper..quality

16:20
18:17
57:19,24

proper
50:8

proposal
26:8,13
27:10
68:7

proposed
133:12,19

proposing
27:13

prospective
12:11
87:2 96:5
115:4
161:19

Protection
137:1

Provell
9:9,16,
18,20,25
10:1,3
11:18,20
13:6
20:13
38:4,15
55:22
56:1,5
57:3,12
86:9,11
100:1

Provell/
sempris
11:20
167:17

provide
15:17
39:4,13
87:4,14
88:2,19
95:1

111:10
149:13

provided
73:1
81:20

provider
51:7,9,13

providing
23:12

provision
158:18
159:6

Public
6:3
116:5,6

pull
70:19

pulled
70:17

purchase
16:4
88:23,25
89:6
97:14
115:1
116:7
120:16

purchased
25:22
28:19,20,
22 121:4

purchases
14:3

purchasing
116:8

purpose
129:15,17

purposes
39:12
83:18

put
7:7 22:24
60:12
61:24
83:13
84:18
105:2,12
116:14,19
119:21
123:22
135:12
141:25
143:4
148:3
149:24
150:22
151:3,15,
23 153:15
155:18
157:16

putting
143:2
160:16

_____

Q

_____

QSR
32:13,19
35:6
38:1,11,
13,16
39:8
52:11
55:21
59:24
62:18
69:8,19
70:3 72:7
74:15,16
76:21
77:9
78:23
79:20
80:13
81:11

156:18,21
167:15

quads
26:25

quality
6:9,19
8:17,22,
24 9:24
10:3
12:10
17:23
18:25
20:5 22:3
23:3
25:3,6
27:4,9
30:17
34:21
35:25
36:10,19
37:3
38:3,11,
22 39:9,
17 45:7
52:14,15,
25 53:2
55:6
57:13,19
58:25
59:6
60:3,10
61:13
62:21
70:22
71:20
75:2,17
78:17,23
80:21
84:4,7,
14,19
86:8,13,
17,21,23
87:2,20,
24 88:9,
16 89:4,
20,24

90:3,11,
16,23,24
91:22
92:6,15
93:11,15
94:4,10
98:15
99:2,15,
19 100:4,
5,10,12,
23 101:11
102:5
103:2
104:24
107:12
108:7,8,
14,23
109:10,12
111:16
112:22
113:4
114:14
115:3,12
116:13,19
117:7
119:23
120:15
121:1,18
123:24,25
124:2,4,
10,13,19,
21,22
125:10,
14,20
126:4,14
127:25
128:3,5
129:5,22
130:1,5,
10,13,16,
20 131:2,
9 133:12,
20 134:6,
8,13,20
135:20
136:10
137:9,14,



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 203 of 213 PageID #:2560

CHERYL MERCURIS 30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS        Index: Quality's..record

18,25
138:7,18
140:20
142:15
143:7
144:15
145:12
149:16,21
151:8
154:9
157:3,7,
20 158:1
163:6
165:10,23
166:8
167:4
169:20

**Quality's**
23:21,25
25:11
32:12
38:2
60:22
61:5,11
65:1

**quality-
assurance**
39:12

**question**
12:24
35:14
39:7
47:10
54:21
57:6,7,22
58:12
61:4,20
62:1
67:25
75:7
78:9,11
94:19
100:9
101:25
102:1,3

115:16
118:18
123:1
132:3,11
134:17
136:5,6
142:22
159:20
160:1,5
163:12
168:3,5

**questioning**
84:11

**questions**
15:12
44:2
73:18
80:25
82:9 86:8
89:11
91:6 94:4
119:22
123:24
138:9
146:22
161:1
162:25

**quick**
58:12
81:24
90:17
132:6,9
138:9
170:14

**quicker**
27:19,20

**quickly**
83:2

**quote**
34:1,2

——————

**R**

——————

**raise**

159:16

**ran**
55:1
71:11

**randomly**
10:14

**rate**
14:9,13
94:11,14,
22 164:14

**rates**
107:15

**re-mark**
69:22

**reach**
170:24

**reached**
7:22
78:21
162:4

**read**
47:25
66:6,13,
17 74:5,
10 101:25
107:23
116:11
153:2
158:22
163:4
170:2
171:7

**reading**
48:20
116:5
154:15
171:10

**ready**
72:2
106:20,21

**real**
90:17

132:6,8
170:14

**reason**
31:10
36:4
149:4,18,
20

**reasonable**
159:1

**reasons**
31:15

**recall**
13:10
40:16
46:12
48:3
59:20
76:4
92:19
93:6,18
96:21,24
98:10
103:25
104:15
112:11
114:12
121:23
129:15
150:13,
14,16

**recalls**
47:9

**receive**
90:2
114:24
128:14

**received**
60:10
61:1,2
75:2
115:25

**receiving**
20:15

80:17

**recess**
55:14
82:5 83:5
134:1
155:23

**recipients**
74:17

**recognize**
26:5
32:15,16,
17 38:5
48:19
52:12
72:7
81:11
142:4,6

**recollectio
n**
56:9,10
129:13,19
150:11
152:15
153:12

**reconciling**
74:23,25

**reconfirm**
128:22

**record**
6:7,11
8:10
39:10
48:5
55:13,16
57:11
82:3,7
83:3,7
133:24
134:3
136:1
140:23,24
155:21,25
168:19,
21,24



CHERYL MERCURIS  30(b)(6)
TONEY vs. QUALITY RESOURCES AND SEMPRIS

July 08, 2015
Index: recorded..reps

170:4,5,
15,16

**recorded**
39:19
40:2
114:23

**recording**
10:7,10
51:12,13,
19 73:9,
14 140:21
141:3

**recordings**
10:14,19
11:6
39:14
40:4
139:18
168:25
169:2,4,8

**RECROSS-
EXAMINATION**
169:16

**REDIRECT**
162:20

**redline**
32:23

**redlined**
32:25
35:17

**redlines**
133:16

**refer**
9:23
11:20

**reference**
43:13
47:6
155:4

**referenced**
103:21
150:6

152:4

**referring**
10:15
30:9
43:15
64:9 65:4
66:21
94:21
113:17
127:17
128:17

**refers**
76:25
77:3

**reflect**
78:1,12
103:1
112:14

**reflected**
133:16,19

**reflects**
33:17

**refresh**
69:7,8

**refunded**
51:8

**refusing**
159:20

**Registered**
6:2

**registries**
34:4,6

**Registry**
24:15
34:2

**regulation**
20:21
137:5

**regulations**
20:22
136:24

**rejected**
111:3

**relation**
105:13

**relationshi
p**
9:9,15
17:15,17
23:7,23
24:4
120:12
129:23
130:2,6
144:9
165:11

**relationshi
ps**
89:15

**remain**
17:12

**remaining**
119:11

**remember**
9:14,17
11:14
13:13
20:17
21:3
25:14
29:7 33:6
35:4
37:11,12
42:14,16,
17 43:2,
3,22
46:18,20
48:14,16,
24 49:24
50:12
51:1 58:7
61:15
69:2
70:11
71:7,14,

15 79:21,
23 86:9
92:22
101:1
102:24
103:11
109:21
122:20
123:4
129:10
146:21
165:16,
17,19

**remove**
24:8 34:4

**removed**
60:12

**renegotiati
on**
26:17

**renew**
43:10

**renewed**
136:19

**rental**
118:6

**reoccurring**
19:13

**repeat**
78:9
136:6

**replacing**
147:20

**reply**
77:12

**report**
60:2,24
70:5,6
76:23
124:6
126:5,7
146:17

**reporter**
6:2,20,22
7:2 8:6
37:6,8
65:21,23
71:25
72:3
78:10,11
80:11
81:8
102:2
123:11,19
133:1
135:4
150:24
151:3,20
170:6,8,
19,22
171:1,4,9

**reporter's**
141:25

**reporting**
30:5

**reports**
126:1

**represent**
83:11
108:5

**representat
ive**
23:1
84:14
138:12

**representat
ives**
16:19,23

**representin
g**
8:11

**represents**
70:4

**reps**
115:8



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 205 of 213 PageID #:2562

CHERYL MERCURIS 30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS              Index: request..Ricke

125:16

**request**
  100:16
  110:17
  142:19,20
  155:8

**requesting**
  154:23

**requests**
  39:2
  144:25

**require**
  38:22

**required**
  163:15

**requirement**
  24:8
  37:14

**requirements**
  35:19

**requires**
  35:21
  162:23

**reserve**
  7:10
  137:5

**Resolution**
  53:20

**resolved**
  53:23,24
  54:2 58:8

**Resources**
  6:9,19
  8:17,25
  9:24
  52:15
  84:4,7,
  14,20
  86:8,13,
  17,22,23

87:2,20,
24 88:9,
16 89:4
90:3,4,
11,17,24,
25 91:22
92:6,15
93:11,15
94:4,10
98:15
99:2,16,
19 100:4,
5,11,12,
23 101:12
102:5
103:2
104:24
107:12
108:7,8,
15,23
109:10,13
111:16
112:22
113:5
114:14
115:3,12
116:13,19
119:23
121:19
124:2,20,
21,23
126:14
127:25
128:3,6
129:5,23
130:1,5,
10,13,18,
20 131:3
133:12,20
134:8,21
135:20
136:11
137:10,
15,18,25
138:7
140:21
142:15

143:7
144:16
149:16,21
154:9
157:3,7,
20 158:1
169:20

**Resources'**
  89:20,24
  134:6
  151:9

**respect**
  94:22
  101:20
  144:22

**respectfully**
  119:15

**respond**
  68:20
  103:15

**response**
  48:11
  52:14
  56:19
  119:25
  159:25

**responsibility**
  111:9,13
  138:1

**responsible**
  55:3
  124:9,12
  131:8

**rest**
  114:13
  117:7

**restaurants**
  118:5

**restroom**
  132:18

**result**
  90:3
  142:19
  163:23,25

**resulted**
  163:11

**resulting**
  159:2

**retail**
  97:13
  103:24
  120:16

**retain**
  58:25
  59:2

**retrieved**
  58:22

**revenue**
  17:16
  19:13
  90:10

**review**
  34:21
  151:12
  153:22

**reviewed**
  108:6

**reviewing**
  113:12

**revolved**
  53:24

**Rhodes**
  44:22

**Richard**
  6:18 40:6

**Richards**
  19:20
  20:1,5,9
  21:11,17
  26:9,11,
  12 27:22

32:20
34:7
40:11
43:15,19,
23 45:25
46:9,12
47:8,12
49:3 51:4
59:19
64:6,9,10
66:4
67:20
85:6,13
98:12,14,
21 99:9,
22 100:22
101:11
102:4,10,
18 103:1,
14 108:13
120:1,7,
25
121:14,15
143:6,20
145:20
146:25
147:24
148:22
149:5
150:3
151:24
165:14
167:10

**Richards'**
  27:2
  46:16
  129:16

**Ricke**
  55:22,23
  58:3
  74:16
  109:16,19
  112:9
  142:3
  146:15
  153:24



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 206 of 213 PageID #:2563

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS         Index: Ricke's..scripts

Ricke's
 78:22
 154:25

rights
 7:10

Rita
 44:24

Robby
 33:9,10

Robert
 33:9

Rockefeller
 49:4,8,15
 50:11

Roix
 21:9

role
 9:20
 87:23
 89:19,23
 127:23
 129:1
 142:25

rooms
 26:22,23

Roscoe
 52:24

roster
 127:21

rough
 75:18

roughly
 38:18
 76:12
 165:1,2

route
 63:15

routed
 22:18

rule

8:14
41:8,9
49:10,23
84:3
137:3

rules
 20:18,23
 21:18
 36:7
 43:14
 47:5
 98:21,22
 108:16
 136:24
 147:1,9

ruling
 49:5,9,
 11,15,17
 50:9,11

run
 30:13
 62:20
 126:3,22

running
 42:2
 63:13

runs
 125:25
 126:25

_____

        S
_____

S&es
 158:24

safe
 11:12

sale
 10:6,19
 27:6
 39:15
 67:22
 88:12
 90:12

112:24
140:22
165:8

sales
 10:12
 27:24
 28:11
 29:4,6
 30:5
 38:14
 39:11
 50:3
 67:23
 68:14
 80:2,5
 125:14
 135:19
 136:8
 137:3,25
 140:25
 144:24
 156:5
 164:8,10
 168:19,24
 169:1,8

San
 48:13

Sandy
 13:2
 56:5,6
 58:9
 68:22
 78:22
 100:14,19
 104:18,22
 105:22
 131:10,11
 132:3
 142:3
 144:18,
 19,24
 146:11,
 14,17
 153:24
 154:25

169:10

Sandy's
 13:3
 144:22

Sarah
 6:9,14
 8:12
 140:17
 141:3
 152:13
 157:19

save
 118:4,24

Saver
 116:4

Saver's
 80:17

Savers
 12:1,6
 13:6 14:3
 40:3
 57:2,20,
 25 66:9
 72:12
 73:18
 78:25
 91:7,9,
 12,16,19,
 21 92:11
 93:1,9,
 16,22,25
 94:6,17,
 22 107:9,
 24 108:9,
 15 109:10
 114:23
 117:2,16
 126:20
 127:4,16
 145:17
 152:9
 153:5
 161:9,15
 163:11

168:1

Savers'
 80:21

savings
 118:4,11
 130:3

schedule
 130:20

Scott
 21:9
 29:18

script
 16:23
 66:17
 72:10,11,
 13,19
 73:1,3,6,
 8,10 74:5
 107:7,8,
 10,18,21,
 23 108:21,
 18,22
 109:1,7,
 9,22,24
 111:3,25
 112:1,23
 113:5,10,
 15
 114:14,
 17,18,19
 116:1,4
 118:16
 119:12,14
 155:3,10,
 17

scripted
 115:10

scripting
 20:16
 106:24
 112:9

scripts
 72:18



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 207 of 213 PageID #:2564

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS        Index: scrub..sending

107:13
108:14
109:15,20
111:4
115:19,
24,25
116:1
154:3,8,
11,12
162:24,25
163:1,4

**scrub**
24:1,5,9
34:8,15
36:4
38:22
46:5
143:7

**scrubbed**
24:21

**scrubbing**
37:15

**second-**
**position**
17:20,22
18:10
67:23
68:14

**second-to-**
**the-top**
150:3

**secret**
100:7

**secretary**
154:10

**section**
33:14

**secure**
12:19

**segment**
67:2

**select**
88:22

**selection**
89:20
129:2

**sell**
11:16
13:5 17:9
18:8
40:23
87:3
88:11,21
91:6,21
92:6 93:3
94:23
100:1
109:1,10
111:14,20
126:20
127:4
140:1,15
145:16
161:9,15

**selling**
28:25
66:8
92:16
93:16,19,
21,22
95:18
139:13

**sells**
16:25
86:17

**Sempris**
6:16 7:15
10:8,17,
18 11:21
12:14
13:16,20
14:10,11,
12 15:16,
24 16:16,
20,25

17:1,3,8,
9,10,12,
14,17
19:1,11,
14,22
20:1
21:22
23:2
24:5,10
25:10,19
26:3,4,10
29:1,6
30:11
32:14
33:20
36:5
39:4,13
40:9,10
41:25
42:1 45:6
46:25
49:23
50:16
51:22
52:3
59:5,11
60:11,14
64:4,22,
23 65:1,
16 66:2
69:1,9
70:15
72:14
73:2,3,5
74:2,12
75:18
76:13,16,
24 78:1,
12 79:5,
12 83:12
84:3,20,
24 85:7,
14,23
86:3,14,
17,20,22,
24 87:20,
23,25

88:2,7
89:15,19,
23 90:2,
10 91:10,
12,15
92:9,14,
16 93:10,
24 94:5
95:10,16
96:2,7,10
97:17
98:12
100:4,12,
14 101:13
104:10,23
105:23
106:23
107:16,
18,22
108:7,9,
14 109:9,
14 111:3,
11 117:6,
12 118:1,
15
119:13,23
120:4
121:1,19
125:17
126:7,10,
13,19,22,
25 127:3,
7,10,20,
23 129:1,
4 130:9,
12,15,19,
22
131:14,22
134:20
135:20,24
136:10
138:2,10,
17 139:3,
5,10,13,
16 140:1,
5,7,14
141:7,11

142:15,
19,20,24
144:13,
17,23,24,
25 145:3,
11,16
146:18
147:20,
22,25
148:16
149:14,22
154:16
155:8
156:9
157:6
158:18,23
159:9
160:10,18
161:6
163:7,17
164:1,18
165:12,21
167:5,11
168:6,13
169:4,19

**Sempris's**
8:14
16:10
30:21
46:16
57:1
111:9
127:15
137:16
151:9

**send**
10:13
19:5,12
68:21
110:7
154:13

**sending**
73:16
117:1,15



CHERYL MERCURIS 30(b)(6)                                July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS        Index: sends..specific

**sends**
  144:24
  154:3
**senior**
  48:14
**sentence**
  117:13,
  24,25
  118:3,7,
  13,23
  119:2
**sentences**
  116:4,18
  119:11
**separate**
  26:25
  92:16,25
  152:8
**September**
  67:18,19
  135:24
  136:9
  150:4,8
**sequence**
  50:23
**series**
  38:3
  138:12
**service**
  10:8
  15:14,18
  23:12
  51:10
  52:25
  53:14
  87:4
  88:5,19
  91:15
**services**
  88:2 95:2
**set**
  106:19

151:9
**settle**
  36:25
  37:1
**seven-hour**
  7:21
**share**
  8:2 52:2
  60:13
**shared**
  60:11
**shareholder
s**
  158:24
**shave**
  30:7
**sheet**
  62:12
**Shoppers**
  97:4
**shopping**
  10:5 12:4
  97:2
**shopping-
travel**
  18:18
**short**
  22:2 55:8
**shorter**
  82:17
**show**
  25:15
  42:23
  66:22
  70:15
  79:16
  112:20
  116:24
  117:13
  165:15
  167:10

**showed**
  165:17
**showing**
  8:13 26:2
  30:15
  32:10
  37:25
  40:8
  46:24
  50:16
  52:10
  55:20
  59:23
  62:16
  64:3
  65:20
  66:1
  69:18
  72:6
  74:15
  76:21
  77:8
  79:20
  80:13
  81:10
**shows**
  30:5
  31:22
  121:18
**side**
  64:17
  139:24
**sign**
  35:18
  38:8,10
  171:7
**signature**
  38:16
  151:6
**signed**
  25:13
  38:15
  69:10
  99:12

101:5
  151:12
**signing**
  163:11
  171:10
**similar**
  45:7 97:2
  113:10
**similarly**
  8:20
  61:10
**simpler**
  135:11
**simultaneou
sly**
  93:25
**sir**
  102:2
**site**
  11:7
  12:18
  169:9
**skin**
  18:21
**slightly**
  123:13
  133:5
**slippers**
  120:20
**small**
  10:22
  132:2
**smaller**
  106:8
**smart**
  35:17
  46:13
  111:23
**smooth**
  144:11

**social**
  129:20
**sold**
  13:9
  93:6,11,
  25 96:10
  97:1,3,8
  141:7
**solicitatio
ns**
  156:11
**solicited**
  9:19
**sort**
  19:3
  28:17
  48:7
  61:21
  87:7
**Sounds**
  67:16
**source**
  99:22
**sources**
  24:24
  25:17
**space**
  41:23,24
**speak**
  43:23
  46:14
  67:17
  143:21
  144:10
  145:19
  146:15
**speaking**
  48:8
  113:13
  148:17
**specific**
  44:13



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 209 of 213 PageID #:2566

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS       Index: specifically..talk

45:24
59:5
70:24
99:11
103:11
129:13

**specifically**
33:23
39:9
44:14
99:16
101:24
161:7

**speculating**
141:20

**Speed**
22:6

**spell**
21:6

**spoke**
7:9  20:19
21:8
122:15

**spoken**
14:21

**spreadsheet**
31:5,22

**stack**
83:16

**stand**
67:5  90:2

**standard**
112:7

**start**
8:24  9:10
24:15
25:10
49:25
70:9
82:13
100:21

123:21

**started**
9:16
24:11,20
38:18
95:13
109:25
110:4
120:12

**starting**
6:12

**state**
6:3,11
34:4
69:10
79:3
136:23
140:7,8
142:10,
18,21,23
148:25

**stated**
150:17

**statement**
58:17
98:19
99:5
141:13

**states**
59:5,10,
13,19
81:21
139:25
140:6

**stats**
113:9

**status**
16:11

**stay**
19:10
147:22

**steps**

134:12
137:20

**Stompeez**
15:19
16:4,7
24:25
25:2,4,5
50:7
58:17
81:15,16,
17,19
89:7
120:20
121:4

**stop**
24:19
99:4
100:17
108:1

**stopped**
24:19
93:19

**stopping**
132:17

**store**
63:1,3

**stores**
118:5

**stricken**
33:22
35:15
133:11

**strike**
25:9
34:15
86:12
90:17
91:19
98:13
109:13
142:16
153:3
166:5

**Striking**
35:8

**struck**
35:11

**stuff**
135:5,6

**subject**
102:10
142:1

**subjects**
146:2

**Subparagraph**
33:15
35:14
39:8

**subset**
70:3

**successors**
158:24

**sued**
36:10

**sufficient**
48:6,8

**suits**
36:15,16
158:25

**supervise**
130:25

**supposed**
16:20

**suppress**
67:21
68:9
150:14

**suppressing**
69:13

**suppression**
68:22
142:21

**suppressions**
142:10,
19,23

**surprised**
168:14

**swear**
6:21,23

**switched**
20:18
71:8

**sworn**
7:5

**Synergy**
129:24

**system**
20:6
21:12,18
22:1,12,
17  63:4
70:7,10,
22  71:2,4
80:6
105:3,4,9
128:2,6,
23  129:2
166:14,
15,25

_____

T
_____

**takes**
134:13

**taking**
56:16
132:12
171:11

**talk**
44:1
46:13
60:8
85:20



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 210 of 213 PageID #:2567

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS        Index: talked..told

88:22
98:20
104:17
110:23
134:5
144:4,8
146:9

talked
98:20
108:11
122:14
133:7
138:22
157:19

talking
40:25
48:14
49:3
134:6
143:5
145:24
147:7,8
152:5
165:20

talks
146:17

tape
74:7
114:25
140:21

tapes
74:9

TCPA
165:11

team
20:20
21:1

technically
133:17

Ted
8:11

telemarket

42:8

telemarketing
13:19
33:24
36:11
42:9 55:3
65:6
135:19
136:8
137:2,3,
24 156:5
164:4,12
165:23

telephone
6:17 20:6
22:1
25:19,21
34:5 63:2
89:9
137:1
166:14

telling
34:7
99:21
159:21

ten
10:6
72:15
104:15
165:20
170:8

term
13:15,19
31:6
42:20
95:11

terminology
87:11

terms
19:3
24:24
26:21
31:5 74:7

75:18
107:14
138:18
153:3

tested
92:22
95:22

testified
7:6 84:19
86:7
89:10
91:5 95:1
98:11,14
124:1
131:2
139:25
143:5

testify
47:10,13
84:6,12

testifying
8:16,22
90:24

testimony
6:23
98:25
101:11
102:4
107:22
108:21
109:15
113:20
117:5
120:7

testing
95:14

tests
107:12

theft
95:21
97:3

theme
145:23

thereabouts
82:16

thing
28:17
40:24
43:16
66:14,15
148:24

things
56:23
120:23
145:24

thinking
67:20
150:9

third-party
34:20
88:21

thought
64:17
69:24
168:23

thousand
71:7

threaten
51:7

throwing
135:5,6

time
6:8 7:13,
22 9:19
11:18
13:8
19:11
22:11
30:14
32:15
33:6
42:18
45:14,15
55:8
72:14,22
75:10,20

79:11
82:9
84:21
92:17
93:21
98:18
111:2,6
130:2
144:1
152:20
165:21
169:24

timely
7:25

times
19:17
44:9
51:18
87:7
108:19
122:15
144:9

title
19:22
45:1
55:25

titled
84:3

today
6:7 7:12
11:11
16:24
84:6,13
87:7
145:5
169:24

told
12:15
16:23
45:20
47:9 51:9
99:20
100:11,22
101:11



102:4
103:1,14
121:6,15,
19

**toll-free**
80:17

**tomorrow**
170:18

**Tone**
18:24

**Toney**
6:9,14
8:12
83:12
140:17
141:3,7,
11 152:13
157:19,
21,22

**top**
142:3
148:22
150:2
151:6
153:23,25

**topics**
8:17
84:13

**total**
53:18
75:1
131:16

**totally**
61:17

**town**
129:18
154:3

**track**
167:15

**Trade**
34:3

**train**
130:13

**transaction**
88:17

**transcript**
170:23
171:2

**transfer**
10:19
19:10
73:25
74:1,3
80:18,21,
24 163:7
164:22

**transferred**
22:18

**transferring**
163:25

**transitioning**
28:2

**transmit**
12:13

**travel**
12:5

**trial**
27:7,15,
16,17,18
111:6
114:1

**trial-period**
114:3

**trials**
27:7
31:25

**true**
48:12

**true-up**

74:22,23
75:12,14

**trusts**
107:18

**truth**
6:24,25

**turn**
31:3
32:24
83:1
133:8

**turnaround**
170:9

**type**
18:18
20:15
89:1
105:14,15
161:13

**typed**
107:10

**types**
28:13
54:11

**typical**
166:7

**typically**
44:7
51:23
146:7

**typing**
47:23

_____

**U**
_____

**Uh-huh**
13:17
22:5
25:18
33:13,16
47:1

53:21
58:14
59:25
73:17,20,
22 80:14
88:24
110:22
113:23
125:12

**underlying**
97:13
120:15

**understand**
26:20
27:12
31:4 67:9
74:7
85:9,12,
23 86:21
87:7
91:2,3
98:18
100:8
105:9
115:2,15,
17 117:20
120:6,14,
25 121:9,
13 123:1
137:8,14
163:20

**understanding**
42:19
47:18,20
48:1
62:19
68:8,13
80:20
99:22
117:4
146:24
147:6

**understood**
23:6

47:15,22
88:8
159:24
161:13

**unnatural**
61:21

**unresolved**
53:25

**unsuccessful**
163:8,15,
21,24

**uploaded**
31:16

**upsell**
13:22,25
14:5 17:2
40:3 89:6
95:2,10,
16 96:7

**upsells**
138:19

**upset**
51:11,14

**UR**
53:24

**Utah**
59:16
69:9
142:9,12,
18,23

_____

**V**
_____

**vague**
127:13

**variety**
146:2

**vastly**
166:24



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 212 of 213 PageID #:2569

CHERYL MERCURIS  30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS          Index: Vegas..world

Vegas
  104:2,9

vente
  106:3

verbatim
  74:5,10
  162:24
  163:4

verification
  35:10
  39:13,21,
  22 73:8
  74:4 81:1
  96:6
  114:22
  151:8
  156:13
  168:21

verifier
  39:10

verify
  16:8 74:4
  97:13
  120:23

verifying
  120:19

version
  32:24
  123:14,15
  133:5
  135:23
  155:16

versus
  6:9 86:22

Vertrue
  40:12,23
  41:2,4
  42:16
  47:4
  49:19
  96:24,25
  147:7,12,

13,14,20

Vertrue's
  95:19

VICIDIAL
  21:10,12,
  17 22:17
  62:17
  70:7,9,22
  71:2,4
  128:23
  129:2
  149:10
  166:15

VICIDIALER
  62:20
  63:1

video
  6:6
  55:12,15
  82:6
  83:3,6
  134:2
  155:21,24
  170:3,5

view
  47:11
  84:23
  147:15

violate
  36:7

Visa
  47:5

visit
  129:16,20

visited
  165:14

volume
  66:5,12
  148:12

vouchers
  117:1,15

————————

     W

————————

wait
  61:25
  73:16
  132:10

waived
  171:11

wanted
  8:15
  11:15,16,
  18 56:21
  71:2
  77:10
  83:13
  84:5
  103:16
  123:23
  150:14
  156:25

ways
  30:7

Web
  49:11,12,
  14

website
  58:18
  91:13

websites
  59:1

Wednesday
  6:7 51:3

week
  30:22,23
  43:24
  76:5,6,
  11,12,13
  95:13
  169:3

weekly
  19:2

74:20,21
  76:2,7

weeks
  75:13,14,
  16 169:3

well-
caffeinated
  106:15

well-known
  100:6

well-liked
  65:8

whatsoever
  105:13
  139:6
  141:10

wipe
  23:11

wire
  19:2

woman
  42:2
  157:18

word
  13:25
  87:6
  90:18,19
  105:23
  107:17

wording
  118:14

words
  47:22
  86:20
  90:9
  104:25
  113:11
  119:18
  120:18
  125:19
  145:14

work
  13:12
  36:5 42:9
  44:4
  45:3,4,
  13,22
  53:1
  63:11
  64:10,24
  65:9,11,
  15 68:7
  89:7
  97:12
  109:4

worked
  9:3 21:7
  57:10
  64:21
  65:12
  138:4
  157:10,12

working
  9:16,18
  11:17
  15:24
  18:2 23:6
  38:19
  40:20
  42:16
  45:17
  64:19,23
  65:6
  67:10
  72:14
  109:5
  153:14

works
  22:17,23
  42:7
  45:2,5,7,
  12 71:3
  123:25
  140:3

world
  13:19



Case: 1:13-cv-00042 Document #: 251-3 Filed: 07/26/16 Page 213 of 213 PageID #:2570

CHERYL MERCURIS 30(b)(6)                                    July 08, 2015
TONEY vs. QUALITY RESOURCES AND SEMPRIS        Index: wrapped..Zufall

**wrapped**
  81:24

**write**
  62:6,10
  66:3

**writes**
  27:22
  67:20

**written**
  28:7

**wrong**
  115:20
  117:5
  147:14
  150:6

**wrote**
  119:18

─────────────

**Y**

─────────────

**year**
  13:10
  40:16
  41:14
  44:1
  54:14
  75:19
  76:1,3
  95:15
  101:3,8
  104:2
  110:3
  144:1,8
  152:24

**years**
  10:6
  12:20
  36:6
  40:16
  45:16
  72:15
  93:20
  95:23

  104:15
  109:21
  165:20

**yesterday**
  48:13
  142:8

**York**
  44:9,11,
  12,13,14,
  25

**you-all**
  171:6

─────────────

**Z**

─────────────

**Zufall**
  56:5
  142:3
  146:12
  153:24
  155:1

