# THE REAL DEAL
NEW YORK CITY REAL ESTATE NEWS

## Direct marketing guru slashes ask on Time Warner Center PH
Condo listing fell from $50M to $42.5M -- to now $35M
June 26, 2014 05:20PM

« PREVIOUS    NEXT »



*From left: Cheryl Mercuris, Time Warner Center penthouse, John Gomes and Fredrik Eklund*

Direct marketing mogul and self-made millionaire Cheryl Mercuris has slashed the asking price for her 3,852-square-foot Time Warner Center penthouse by $7.5 million.

The reduction isn't as dramatic as it first seems though, broker John Gomes of Douglas Elliman's Eklund Gomes team told the New York Daily News. Gomes said Mercuris, who paid $500,000 to rent out a Hamptons estate for two weeks to meet eligible bachelors, only recently got serious about selling the pad, which first listed for $50 million. The drop from $42.5 million a month ago to about $35 million is a sign that Mercuris, who lives in Florida, has gotten real about the price, Gomes told the Daily News.

If the apartment does go for the current asking price, it would still be a substantial markup on the price Mercuris paid for the space, which was converted from two units. Mercuris bought the first for $2.75 million in 2004 and the second for $8.3 million in 2008, according to the Daily News.

In 2012, Mercuris bought another piece of New York real estate, a six-bedroom apartment at the Aldyn, for $13.7 million. [NYDN] — *Tom DiChristopher*

Tags: cheryl mercuris, columbus circle, eklund-gomes, penthouse, Time Warner Center