**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SARAH TONEY on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-cv-42 |
| v. | ) ) | Hon. Judge Milton I. Shadur |
| QUALITY RESOURCES, INC. and SEMPRIS LLC D/B/A BUDGET SAVERS, | ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Plaintiff Sarah Toney, by and through her attorneys, respectfully moves this Court, pursuant to Local Rule 7.1, for leave to file Plaintiff's Motion for Award of Attorneys' Fees, Costs, and Incentive Award with Respect to Class Action Settlement with Sempris, LLC in excess of fifteen pages, and in support states as follows:

1. Plaintiff is filing a motion for attorneys' fees, costs, and an incentive award in connection with the class action settlement with Sempris, LLC in this matter, and believes in good faith that a detailed presentation of the facts and law specific to this action and the work leading to the proposed settlement will assist the Court in its consideration of her motion.

2. Under L.R. 7.1, Plaintiff understands that she must seek leave of Court to file a brief in excess of fifteen pages.

3. In including the detailed analysis of the facts and law applicable to the Court's fee and incentive award analysis, Plaintiff's motion (filed concurrently with this motion) exceeds the 15-page limit set forth in the Local Rules—totaling 23 pages excluding the cover page, tables, signature page, and certificate of service. Plaintiff respectfully requests that, given the need for

such additional pages to fully explain and examine the facts and law applicable to this motion, she be granted leave to file it as submitted concurrently herewith.

WHEREFORE, Plaintiff Sarah Toney respectfully requests leave to file her motion for attorneys' fees, costs, and incentive award in excess of fifteen pages, as submitted concurrently herewith.

Dated: September 19, 2016

Respectfully submitted,

SARAH TONEY, on behalf of herself and others similarly situated

By: /s/ Alexander H. Burke

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

Edward A. Broderick
Anthony I. Paronich
BRODERICK LAW, P.C.
125 Summer St., Suite 1030
Boston, MA 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue
LAW OFFICE OF MATTHEW P. MCCUE
1 South Ave., 3rd Floor
Natick, MA 07160
Telephone: (508) 655-1415
Facsimile: (508) 319-3077
mmccue@massattorneys.net

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on September 19, 2016, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                               /s/ Alexander H. Burke