## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Sarah Toney ) | |
| ) | Case No: 13 C 42 |
| v. ) | |
| ) | Chief Judge Ruben Castillo |
| Quality Resources, Inc., et al., ) | |

## ORDER

Enter Memorandum Opinion and Order. Plaintiff's motion for class certification [372] is granted. The class claims to be tried are Counts II-V of the fourth amended complaint. Pursuant to Rule 23(g), Alexander H. Burke, Edward A. Broderick, Anthony I. Paronich, and Matthew P. McCue are appointed as class counsel. Sarah Toney, the named Plaintiff, is hereby designated as the class representative. The Court will hold a status hearing in open court on March 6, 2018 at 9:45 a.m.


Dated:  February 12, 2018                             /s/ Chief Judge Ruben Castillo